IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF THE DISTRICT OF COLUMBIA

In re:                                                *

Cheng & Company L.L.C.                                *       Case No. 23-00104
                                                              Chapter 11
    Debtor.                                       *

*    *    *    *    *    *    *    *    *    *    *    *    *

## APPLICATION TO EMPLOY ATTORNEY

The application of Cheng & Company, L.L.C. respectfully represents:

1. On the 17th day of April,, 2023, the debtor filed a petition herein under Chapter 11 of the Bankruptcy Code.

2. Your applicant has continued in possession of its property and your applicant as debtor in possession is now managing its property.

3. Your applicant has selected Ronald J. Drescher and Drescher & Associates, P.A. (the "Firm") for the reason that it has had considerable experience in bankruptcy matters, and your applicant believes that the Firm is well-qualified to represent it as debtor in this proceeding.

4. The professional services anticipated are:

    a. Consultation with and advice to debtor as to its powers and duties as debtor in possession in the operation of its business and the management of their property;

    b. Such response, as necessary, under the circumstances of this case, to any effort of creditors to appoint a trustee in lieu of the debtor in possession or to rescind the automatic stay of § 362 of the Bankruptcy Code as to their property;

    c. Assistance to the debtor in the preparation of those documents required by the Bankruptcy Code, including the Statement of Financial Affairs, the Schedules, the Statement of Exemptions and the Statement of Executory Contracts;

    d. Representation of the debtor in the formulation and negotiation of a plan of reorganization, including the drafting and filing of the plan of reorganization and any

amended or modified plans of reorganization as may be required, and including attendance at and management of the confirmation hearing;

   e. Attendance at the meeting of creditors, any adjourned meeting of creditors, and such other bankruptcy court hearings as are required;

   f. Assistance to the debtor in the preparation of a disclosure statement adequate to the circumstances of this case; and

   g. The drafting and filing of such applications, orders, reports, complaints, and other bankruptcy court papers as are required of the debtor, or the debtor in possession, in the conduct of this case.

It is necessary to debtor, as debtor in possession, to employ an attorney for such professional services.

   5. To the best of the debtor's knowledge, the Firm has no connection with the creditors, or any other party in interest, or their respective attorneys, that would prejudice his independence or his disinterestedness in this case.

   6. Your applicant desires to employ Ronald J. Drescher under a $25,000.00 retainer because of the nature of the legal services required. Ronald J. Drescher will bill at an hourly rate of $400.00.

   7. Other than as set forth in the Verified Statement of Ronald J. Drescher, neither the Firm nor any of its attorneys, paralegals or staff represent any interest adverse to the Debtor or the estate in the matters upon which it is to be engaged, and its employment would be in the best interests of the estate.

   WHEREFORE, your applicant pray that it be authorized to employ and appoint Ronald J. Drescher and Drescher & Associates, P.A., and such other associates or paralegals as he may employ from time to time, under a $25,000.00 retainer to represent it as debtor in this proceeding under Chapter 11 of the Bankruptcy Code, and that he have such other and further relief as is just.

PLEASE BE ADVISED THAT Any objections to the proposed employment set forth herein shall be made in writing, filed with the Court, with a copy served on counsel and the parties listed below, within 14 days from the date of service of this motion.

CHENG & COMPANY L.L.C.

*/s/Ronald J. Drescher*
Ronald J. Drescher
Drescher & Associates, P.A.
10999 Red Run Blvd. Suite 205
PMB 224
Owings Mills, MD 21117
(410) 484-9000
Fax (410) 484-8120
rondrescher@drescherlaw.com

Counsel for Cheng & Company, L.L.C.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 17th day of April, 2023, a copy of the foregoing Application to Employ Attorney was served upon the following by regular first class mail, postage prepaid upon all parties on the attached service list, which represents all parties in interest in this case.

*/s/Ronald J. Drescher*
Ronald J. Drescher