The order below is hereby signed.

Signed: July 26 2023



Elizabeth L. Gunn
U.S. Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **In re:** | |
| **CHENG & COMPANY, LLC,** | Bankr. Case No. 23-00104-ELG |
| Debtor(s). | Chapter 11 |

### ORDER CONVERTING CASE TO CHAPTER 7

Upon consideration of the motion filed by the Acting United States Trustee for Region 4 ("U.S. Trustee") to Convert or Dismiss Chapter 11 Case ("Motion"), and good cause having been shown for the requested relief, it is, by the United States Bankruptcy Court for the District of Columbia hereby

ORDERED that this case is CONVERTED to a case under chapter 7 of Title 11 of the United States Code; and it is further

ORDERED that the debtor in possession shall file a final report and account as required by Federal Rule of Bankruptcy Procedure 1019(5) with the Court within 30 days of the entry of this order, with a copy to be mailed to the United States Trustee; and it is further

ORDERED that the debtor, pursuant to Local Bankruptcy Rule 1019-1, shall file with the Court within 14 days after the conversion of this case as applicable, either:

    a. a schedule of unpaid debts incurred after commencement of the original bankruptcy case, and a list of creditors as required under Local Bankruptcy Rule 1007-1(a), or

    b. a certification that no unpaid debts have been incurred since the commencement of the case; and it is further

ORDERED that if the debtor fails to file the schedule and list referred to above on the date of conversion of the case, any such subsequent filing shall be treated as an amendment under Local Bankruptcy Rule 1009-1 and the debtor shall be required to give all required notices and distribute all required copies, including copies to the trustee and the United States Trustee; and it is further

ORDERED that the debtor, pursuant to Federal Rule of Bankruptcy Procedure 1019(1)(B), shall file with the Court a Statement of Intention with respect to secured property, if required, within 30 days of entry of this order or before the first date set for the meeting of creditors in the converted case, whichever is earlier; and it is further

ORDERED that the debtor, pursuant to Bankruptcy Rule 1019(1)(A), shall file with the Court within 14 days after the conversion of this case Official Form 122A-1, "Chapter 7 Statement of Your Current Monthly Income," if required; and it is further

ORDERED that the portion requesting the appointment of a Chapter 11 Trustee in United Bank's Motion for Relief from Stay or in the alternative Motion to Appoint a Chapter 11 Trustee, Doc. No. 52, is denied as moot.

I ask for this:

GERARD R. VETTER
ACTING U.S. TRUSTEE, REGION 4

By: /s/ *Sara Kathryn Mayson*
Sara Kathryn Mayson
Trial Attorney, NC Bar # 55280
1725 Duke Street, Suite 650
Alexandria, VA 22314
(703) 557-0423 (Direct Dial)
(202) 841-8501 (Office Cell)
sara.kathryn.mayson@usdoj.gov

All Parties
All Counsel

END OF ORDER