

**McNamee Hosea**
6404 Ivy Lane, Suite 820    O 301.441.2420
Greenbelt, Maryland 20770    F 301.982.9450

mhlawyers.com
Email: Jfasano@mhlawyers.com
Tel: 301-441-2420
Web: www.mhlawyers.com

September 18, 2023

**VIA FIRST CLASS MAIL, POSTAGE PREPAID**

Jumbo Seafood, Inc.
c/o Julie Yun Li Cheng
619 H Street, N.W.
Washington DC 20001

Jumbo Seafood Restaurant, Inc.
c/o Anthony C. Y Cheng, Registered Agent
619 H Street, N.W.
Washington DC 20001

Mr. and Ms. Cheng:

Please take notice that pursuant to the purported Commercial Lease ("Lease") between Cheng & Company, LLC and Jumbo Seafood Inc. ("Jumbo") dated June 10, 2022 regarding the leased premises located at 619 H Street, N.W. Washington DC 20001, Wendell W. Webster, in his capacity as Chapter 7 trustee (the "Trustee") of Cheng & Company, LLC hereby gives notice to Jumbo that it has defaulted under said Lease, by, among other things, failing to pay base rent of $20,000 per month from at least April 2023 to present, failing to pay insurance charges and real estate taxes, and failure to pay late fees. The foregoing is not a complete list of all defaults and not a waiver of any other defaults.

If all defaults are not cured within ten (10) days of this notice, the Trustee will take appropriate action, include all actions necessary to obtain possession of the Lease Premises and to terminate the Lease.

Please govern yourself accordingly.

Very truly yours,

/s/ Justin Fasano

Justin P. Fasano

Copies to: Ronald Drescher (via e-mail to rondrescher@drescherlaw.com)

Exhibit C