**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **IN RE:** ) | **23-00104-ELG** |
| **CHENG & COMPANY L.L.C.,** ) | **CHAPTER 7** |
| ) | |
| **Debtor.** ) | |
| ) | |

**NOTICE OF HEARING AND NOTICE OF OPPORTUNITY**
**TO OBJECT TO TRUSTEE'S MOTION TO REJECT INSIDER**
**COMMERCIAL LEASE AND REQUIRE INSIDER**
**COMMERCIAL TENANT TO VACATE FORMERLY LEASED PREMISES**

Wendell W. Webster, Chapter 7 Trustee ("Trustee") of the bankruptcy estate of Cheng & Company L.L.C. ("Debtor"), by and through his undersigned attorneys, McNamee Hosea, P.A., has filed an *Motion To Reject Insider Commercial Lease And Require Insider Commercial Tenant To Vacate Formerly Leased Premises* (the "Motion"). The Motion seeks an order rejecting any lease of the Debtor with Jumbo Seafood, Inc. ("Jumbo"), compelling Jumbo to vacate the Debtor's property or pay post-petition rent, and granting related relief.

PLEASE TAKE NOTICE THAT BY **October 27, 2023,** , you must file and serve a written objection to the Motion. The objection must be filed with the Clerk of the Bankruptcy Clerk, U.S. Courthouse, 3rd and Constitution Ave., NW, Washington, DC, 20001, and service (by delivery or mailing of copy) upon the undersigned. The objection must contain a complete specification of the factual and legal grounds upon which it is based. You may append legal memorandums, affidavits and documents in support of your objection. IF YOU FAIL TO FILE A TIMELY OBJECTION OR STATE INADEQUATE GROUNDS FOR DENIAL, THE MOTION MAY BE GRANTED BY THE COURT WITHOUT A HEARING. The Court may grant the MOTION without a hearing if the objection filed states inadequate grounds for denial.

NOTICE IS HEREBY GIVEN that a hearing on the Motion has been scheduled

**Date: November 1, 2023**
**Time: 10:00 AM**

before the Honorable Elizabeth L. Gunn United States Bankruptcy Judge, United States Courthouse, to be held at 333 Constitution Ave. NW, Courtroom 1, Washington, DC 20001.

| | |
|---|---|
| Dated:  October 12, 2023 | Respectfully submitted |
| | /s/ Justin P. Fasano |
| | Janet M. Nesse (D.C. Bar 358514) |
| | Justin P. Fasano (DC Bar MD21201) |
| | McNamee Hosea, P.A. |
| | 6404 Ivy Lane, Suite 820 |
| | Greenbelt, MD 20770 |
| | (301) 441-2420 |
| | jnesse@mhlawyers.com |
| | jfasano@mhlawyers.com |
| | *Counsel to the Trustee* |

## CERTIFICATE OF SERVICE

I hereby certify that on October 12, 2023, I served a copy of the foregoing was served via first class mail, postage prepaid, upon the following:

U. S. Trustee's Office
1725 Duke Street
Suite 650
Alexandria, VA 22314

Jumbo Seafood, Inc.
c/o Julie Yun Li Cheng
619 H Street, N.W.
Washington DC 20001

Jumbo Seafood Restaurant, Inc.
c/o Anthony C. Y Cheng, Registered Agent
619 H Street, N.W.
Washington DC 20001

/s/ Justin P. Fasano
Justin P. Fasano