Daniel A. Staeven, Esq.,
Bar ID. MD0090
**FROST LAW**
839 Bestgate Road, Ste. 400
Annapolis, Maryland 21401
(410) 497-5947
daniel.staeven@frosttaxlaw.com

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| In Re:<br><br>CHENG & COMPANY L.L.C.<br><br>　　　　　Debtor. | Case No. 23-00104<br><br>Chapter 7 |

**RESPONSE TO TRUSTEES MOTION TO REJECT CERTAIN INSIDER COMMERCIAL LEASE AND REQUIRE INSIDER COMMERCIAL TENANT TO VACATE FORMERLY LEASED PREMISES**

　　　　COMES NOW, Jumbo Seafood Inc., aka Lessee, by and through undersigned counsel, hereby responds to the Trustees Motion To Reject Certain Insider Commercial Lease And Require Insider Commercial Tenant To Vacate Formerly Leased Premises and states as follows:

**JURISDICTION AND VENUE**

　　　　1.　　This Court has jurisdiction over this Chapter 7 case pursuant to 28 U.S.C. §§ 157 and 1334. Pursuant to 28 U.S.C. § 157(b)(2), this is a core proceeding. Venue is proper in this District pursuant to 28 U.S.C. § 1409 because the underlying bankruptcy case is pending in this court. To the extent this Court may lack the authority to enter a final judgment in this matter pursuant to the holdings in *Stern v. Marshall*, 564 U.S. 462, 131 S.Ct. 2594 (2011) and *Wellness International Network, Ltd. v. Sharif*, 575 U.S. 665, 135 S. Ct. 1932 (2015), and pursuant to Rule 7008(a), Debtor consents to this Court's entry of a final judgment.

**PARTIES**

　　　　2.　　Cheng & Company LLC ("Cheng") is the Debtor in this Chapter 7 case.

　　　　3.　　Jumbo Seafood Inc. ("Jumbo") is a lessee of the Debtor. Leasing the commercial property owned by the Debtor, located at 619 H Street, N.W., Washington D.C. 20001 (the "Property").

　　　　4.　　Wendell W. Webster is the Trustee of the Debtor's Chapter 7 case.

## BACKGROUND

5. On the Petition Date, April 17, 2023, the Debtor commenced a voluntary case under Chapter 11 of the Bankruptcy Code.

6. The case was subsequently converted to a case under Chapter 7 on July 26, 2023.

## ARGUMENT

7. Jumbo denies the characterization of the Trustee that the present lease is a "Discovered Lease".

8. Jumbo believes it should be able to remain at the Property until it lease ends.

9. Jumbo denies the assertion in the Trustee's Motion that states the Property would be marketed better if Jumbo vacates the space.

10. Jumbo agrees with Debtor's counsel in that the Property would be better marketed with a Tenant like Jumbo in the space.

WHEREFORE, the reasons stated above, Jumbo Seafood Inc., as the Lessee, respectfully requests that this Court deny the Trustees Motion and grant such other and further relief that the Corut deems just and proper.

Date: October 27, 2023                    Respectfully Submitted,

*/s/ Daniel A. Staeven*
Daniel A. Staeven
(Bar No.:MD0090)
FROST LAW
839 Bestgate Road, Suite 400
Annapolis, Maryland 21401
Phone: (410) 497-5964
Email: daniel.staeven@askfrost.com
*Counsel for Jumbo Seafood, Inc.*

# CERTIFICATE OF SERVICE

I certify that on this 27 October 2023, a copy of the foregoing Response To Trustees Motion To Reject Certain Insider Commercial Lease And Require Insider Commercial Tenant To Vacate Formerly Leased Premises to be electronically filed with the Clerk of the Court using the CM/ECF system, which will automatically send email notifications to all parties and counsel of record, including the following:

**23-00104-ELG Notice will be electronically mailed to:**

Nancy L. Alper on behalf of Creditor Office of the Attorney General for the District of Columbia
nancy.alper@dc.gov

Darrell W. Clark on behalf of Creditor United Bank
darrell.clark@stinson.com, Siobhan.rudolph@stinson.com

Ronald Jay Drescher on behalf of Debtor In Possession Cheng & Company L.L.C.
rondrescher@drescherlaw.com, 284@notices.nextchapterbk.com

Kristen S. Eustis on behalf of U.S. Trustee U. S. Trustee for Region Four
Kristen.S.Eustis@usdoj.gov

Justin Philip Fasano on behalf of Plaintiff Wendell Webster, Chapter 7 Trustee for Cheng & Company L.L.C.
jfasano@mhlawyers.com, jfasano@ecf.courtdrive.com;hleaphart@mhlawyers.com;fasano.justinr92003@notify.bestcase.com

Justin Philip Fasano on behalf of Trustee Wendell W. Webster
jfasano@mhlawyers.com, jfasano@ecf.courtdrive.com;hleaphart@mhlawyers.com;fasano.justinr92003@notify.bestcase.com

David V. Fontana on behalf of Creditor Yellow Breeches Capital LLC
dfont@gebsmith.com

Sara Kathryn Mayson on behalf of U.S. Trustee U. S. Trustee for Region Four
sara.kathryn.mayson@usdoj.gov, Robert.W.Ours@usdoj.gov

Tracey Michelle Ohm on behalf of Creditor United Bank
tracey.ohm@stinson.com, porsche.barnes@stinson.com

Daniel Staeven on behalf of Creditor Jumbo Seafood Inc.
daniel.staeven@frosttaxlaw.com, ann.jordan@frosttaxlaw.com;21029@notices.nextchapterbk.com

U. S. Trustee for Region Four
USTPRegion04.DC.ECF@USDOJ.GOV

Wendell W. Webster
wwebster@websterfredrickson.com, DC03@ecfcbis.com

Wendell W. Webster on behalf of Trustee Wendell W. Webster
wwebster@websterfredrickson.com, DC03@ecfcbis.com

Ruiqiao Wen on behalf of Creditor United Bank
ruiqiao.wen@stinson.com


                                        */s/ Daniel A. Staeven*
                                        Daniel A. Staeven