The order below is hereby signed.

Signed: November 3 2023



*Elizabeth L. Gunn*
U.S. Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: ) | 23-00104-ELG |
| CHENG & COMPANY L.L.C., ) | CHAPTER 7 |
| ) | |
| **Debtor.** ) | |

### ORDER GRANTING IN PART TRUSTEE'S MOTION TO REJECT CERTAIN INSIDER COMMERCIAL LEASE AND REQUIRE INSIDER COMMERCIAL TENANT TO VACATE FORMERLY LEASED PREMISES

Upon consideration of the *Motion To Reject Insider Commercial Lease And Require Insider Commercial Tenants To Vacate Formerly Leased Premises* (the "Motion") filed by Wendell W. Webster, Chapter 7 Trustee ("Trustee") of the bankruptcy estate of Cheng & Company L.L.C. ("Debtor"), and good cause being shown, and the agreement of Jumbo Seafood, Inc. ("Jumbo") thereto, as evidenced by the signature of counsel below, it is, by the United States Bankruptcy Court for the District of Columbia, hereby

**ORDERED**, that the Motion is **GRANTED IN PART AS FOLLOWS**, and it is further

**ORDERED**, that the Debtor's lease with Jumbo is rejected pursuant to 11 U.S.C. § 365(a); and it is further

**ORDERED**, that Jumbo shall be allowed to remain in the Debtor's real property located at 619 H Street, N.W., Washington D.C. 20001 ("Property") to and including midnight February 29, 2024, so long as it pays the Trustee $10,000.00 on or before December 1, 2023, an additional $10,000.00 on or before January 1, 2024; and an additional $10,000.00 on or before February 1, 2024; and it is further

**ORDERED**, that Jumbo shall remove all of its property from the Property not later than midnight February 29, 2024; and it is further

**ORDERED**, that on March 1, 2024, the Trustee shall be entitled to immediate and exclusive possession of the Property, and Jumbo shall have no rights to possess or occupy the Property; and it is further

**ORDERED**, that in the event Jumbo does not vacate the Property prior to midnight February 29, 2024, the Trustee shall be entitled to any and all such writs as this Court may issue to enable the Trustee to utilize the United States Marshalls to evict Jumbo from the Property and remove and/or dispose of any remaining personal property of Jumbo from the Property.

**END OF ORDER**

I ASK FOR THIS

/s/ Justin P. Fasano
Janet M. Nesse (D.C. Bar 358514)
Justin P. Fasano (DC Bar MD21201)
McNamee Hosea, P.A.
6404 Ivy Lane, Suite 820
Greenbelt, MD 20770
(301) 441-2420
jnesse@mhlawyers.com
jfasano@mhlawyers.com
*Counsel to the Trustee*

SEEN AND AGREED

<u>/s/ Daniel A. Staeven</u>
Daniel A. Staeven
(Bar No.:MD0090)
FROST LAW
839 Bestgate Road, Suite 400
Annapolis, Maryland 21401
Phone: (410) 497-5964
 Email: daniel.staeven@askfrost.com
Counsel for Jumbo Seafood, Inc.

3