The order below is hereby signed.

Signed: January 16 2024



Elizabeth L. Gunn
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

In re: )
)
) Case No. 23-00104-ELG
CHENG & COMPANY, L.L.C., ) Chapter 7
)
Debtor. )
)

**STIPULATION AND CONSENT ORDER ON MOTION TO APPROVE COMPROMISE OF CONTROVERSY BETWEEN THE TRUSTEE AND UNITED BANK PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019**

This Stipulation and Consent Order is made and entered into by and between Wendell W. Webster (the "Trustee"), Chapter 7 Trustee for the estate of Cheng & Company, L.L.C. (the "Debtor") and United Bank (collectively with the Trustee, the "Parties"). The Parties hereby represent as follows and agree to the relief granted herein:

**WHEREAS**, the Debtor is the owner of a singular three-story commercial retail building located at 619 H Street, NW Washington, D.C. 20001 known for assessment and taxation purposes as Lot 830, Square 453 and described as:

The West 41.00 feet, 1-inch front on H Street, N.W., by the full depth thereof of Original Lot 4 in Square 453, as per plat recorded in "Record of Squares" Book No. 2 at page 453 in the Office of the Surveyor for the District of Columbia, being more particularly described as follows:

>BEGINNING for the same at a point on the north line of H Street, N.W., at the southwest corner of said lot, and running thence East along said line of said street, 41.00 feet, 1-inch to a point; thence North, 132.00 feet, 10-1/2 inches to a point on the north or rear line of said lot; thence West along the rear line of said lot, 41.00 feet, 1-inch to a point on the east line of a public alley; and thence South along said line of said alley, 132.00 feet, 10 ½ invoices to the point of beginning.

(the "Property"), which generated substantially all of the gross income of the Debtor; and

**WHEREAS** the Debtor filed a voluntary petition under Chapter 11 of the Bankruptcy Code initiating the above-captioned bankruptcy case on April 17, 2023 (the "Petition Date"); and

**WHEREAS**, as of the Petition Date, the Debtor was indebted to United Bank pursuant to various prepetition loan documents, including without limitation, a Promissory Note from the Debtor to United Bank in the original principal amount of $4,000,000.00, dated February 15, 2012, as modified by that certain Allonge notarized March 12, 2012, and those certain Deed of Trust, Security Agreement, and Assignment of Contracts, Leases and Rents dated February 15, 2012, Guaranty Agreement dated February 15, 2012, and Estoppel and Subordination Agreements dated February 15, 2012 (together, with any other documents evidencing, creating or granting rights or interests in the Property to United Bank, the "Prepetition Loan Documents"), which are secured by, *inter alia*, a first-priority lien upon the Property all rents and proceeds derived from the Property; and

**WHEREAS**, on June 27, 2023, United Bank filed its *Motion for Relief from the Automatic Stay* [Dkt. No. 52] (the "Stay Relief Motion") seeking relief from the automatic stay in order to exercise its non-bankruptcy rights against the Property; and

**WHEREAS,** on July 26, 2023 (the "Conversion Date"), the Debtor's case was converted to a case under Chapter 7 of the Bankruptcy Code; and

**WHEREAS,** following the Conversion Date the Trustee was appointed as the Chapter 7 Trustee for the Debtor's estate; and

CORE/0808027.0019/185673572.1

**WHEREAS**, United Bank has not received monthly interest payments on the Prepetition Loan Documents; and

**WHEREAS**, upon information and belief, the Debtor owes real estate taxes on the Property in the approximate amount of $199,301.11; and

**WHEREAS**, the Trustee seeks additional time to sell the Property; and

**WHEREAS**, the Parties enter this Stipulation and Consent Order to both resolve the Stay Relief Motion and supply United Bank with certain adequate protection of its interests in order to allow the Trustee time to attempt to sell the Property; and

**WHEREAS**, the Trustee expects to be paid $200,000.00 representing the settlement proceeds from Adversary Proceeding No. 23-10031-ELG (Bankr. D.D.C.) (the Adversary Proceeding"); and

**WHEREAS,** the Trustee will use the $200,000.00 to pay the real estate taxes due and owing on the Property; and

**WHEREAS,** the Trustee will pay adequate assurance each month to United Bank beginning December 5, 2023 and continuing through May 5, 2024 in the amount of either (i) $3,500.00 if no rents are received by the Trustee for that month; or (ii) $7,000.00 if rents are received for that month; and

**WHEREAS**, the Trustee and United Bank agree that the automatic stay is lifted as to United Bank effective as of June 1, 2024.

**NOW, THEREFORE**, it is, by the United States Bankruptcy Court for the District of Columbia, the foregoing is **SO ORDERED;** and it is

CORE/0808027.0019/185673572.1

**FURTHER ORDERED**, that the Motion to Approve Compromise of Controversy Between the Trustee and United Bank Pursuant to Federal Rule of Bankruptcy Procedure 9019 be, and hereby is, **GRANTED**; and it is

**FURTHER ORDERED**, that subject to the stipulated agreement set forth above, the Trustee is authorized and directed to use the Settlement Fund in the amount of $199,301.11 to pay the Washington DC real estate taxes due and owing on the Property; and it is

**FURTHER ORDERED**, that subject to the stipulated agreement set forth above, the Trustee is authorized and directed to pay United Bank a monthly payment starting December 5, 2023 and continuing through May 5, 2024 in the amount of either:

 i. $3,500.00 if no rents are received for the month; or

 ii. $7,000.00 if rents are received for the month; and it is

**FURTHER ORDERED**, that subject to the stipulated agreement set forth above, effective June 1, 2024, United Bank is granted relief from the automatic stay and is permitted to exercise its non-bankruptcy rights against the Property, specifically including, but not limited to, foreclosing against the Property under state law or otherwise exercising its rights under its Prepetition Loan Documents.

END OF ORDER

**WE ASK FOR THIS:**

/s/ Justin Fasano
Janet M. Nesse (D.C. Bar 358514)
Justin P. Fasano (DC Bar MD21201)
MCNAMEE HOSEA, P.A.
6404 Ivy Lane, Suite 820
Greenbelt, MD 20770
(301) 441-2420
jnesse@mhlawyers.com
jfasano@mhlawyers.com
*Counsel to the Trustee*

**WE ASK FOR THIS:**

 /s/ Darrell Clark
Darrell W. Clark, No. 450273
Tracey M. Ohm, No. 982727
Ruiqiao Wen, No. 1743500
STINSON LLP
1775 Pennsylvania Ave., N.W., Suite 800
Washington, DC 20006
Tel. (202) 785-9100; Fax (202) 572-9948
darrell.clark@stinson.com
tracey.ohm@stinson.com
ruiqiao.wen@stinson.com
*Counsel for United Bank*


Copies of this Order to:

Recipients of ECF Notice

and

Child Support Services Division
Attn. Legal Services Section
400 Sixth ST SW
Suite 8300
Washington DC 20001- 0189

Anthony C.Y. Cheng
1727 Stone Bridge Road
Alexandria, VA 22304-1038

Department of Treasury
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia PA 19101-7346

Saeda Siam, District Counsel
Washington Metropolitan Area District Office
409 3rd Street, SW
Washington, DC 20416-0011

CORE/0808027.0019/185673572.1

Eagle Bank
c/o Michael D. Nord
Gebhardt & Smith LLP
One South Street, Suite 2200
Baltimore, Maryland 21202-3343

Eagle Bank
Attn: W.C. McKnew, VP
6010 Executive Boulevard
Suite 800
Rockville, MD 20852-3815

PCH Investments LLC
c/o LP Title LLC
4725 Wisconsin Ave., N.W. Suite 250
Washington, DC 20016-4663

Comptroller of Maryland Bankruptcy Unit
301 W Preston ST, Room 409
Baltimore, MD 21201-2383

Department of Treasury
Internal Revenue Service
P.O. Box 7317
Philadelphia, PA 19101-7317

Lane Potkin
4725 Wisconsin Ave. NW
Suite 250
Washington, DC 20016-4663

US Small Business Administration
409 3rd Street SW
Washington, DC 20416-0005

Yun Li Cheng
1727 Stone Bridge Road
Alexandria, VA 22304-1038

CORE/0808027.0019/185673572.1