**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| IN RE: ) | 23-00104-ELG |
| CHENG & COMPANY L.L.C., ) | CHAPTER 7 |
| ) |  |
| Debtor. ) |  |
| ) |  |

**MOTION FOR ORDER AND WRIT OF ENTRY DIRECTING THE UNITED STATES MARSHALS SERVICE TO ASSIST THE BANKRUPTCY TRUSTEE IN OBTAINING FULL AND EXCLUSIVE POSSESSION OF THE REAL PROPERTY LOCATED AT 619 H STREET, N.W., WASHINGTON D.C. 20001**

COMES NOW, Wendell W. Webster, Chapter 7 trustee (the "Trustee") of the estate of Cheng & Company L.L.C. (the "Debtor"), by and through his undersigned counsel, McNamee Hosea, P.A., and as his *Motion for Order And Writ of Entry Directing the United States Marshals Service to Assist The Bankruptcy Trustee In Obtaining full and Exclusive Possession of The Real Property Located at 619 H Street, N.W., Washington D.C. 2000* (the "Motion"), respectfully represents as follows:

1. On April 17, 2023 (the "Petition Date"), the Debtor filed a voluntary petition under Chapter 11 of the Bankruptcy Code initiating the above-captioned bankruptcy case, which was converted to Chapter 7 on July 16, 2023 (the "Conversion Date").

2. Wendell W. Webster is the duly appointed and qualified Trustee of the Debtor's bankruptcy estate.

3. On November 3, 2024, this Court entered its *Order Granting in Part Trustee's Motion to Reject Certain Insider Commercial Lease and Require Insider Commercial Tenant to Vacate Formerly Leased Premises* (the "Rejection Order," Dkt. No. 98).

4. Pursuant to the Rejection Order, it was

1

> **ORDERED**, that [Jumbo Seafood, Inc.] shall remove all of its property from the [Debtor's real property located at 619 H Street, N.W., Washington D.C. 20001] not later than midnight February 29, 2024; and it [was] further
>
> **ORDERED**, that on March 1, 2024, the Trustee shall be entitled to immediate and exclusive possession of the [Debtor's real property located at 619 H Street, N.W., Washington D.C. 20001], and [Jumbo Seafood, Inc.] shall have no rights to possess or occupy the [Debtor's real property located at 619 H Street, N.W., Washington D.C. 20001]; and it [was] further
>
> **ORDERED**, that in the event [Jumbo Seafood, Inc.] does not vacate the Property prior to midnight February 29, 2024, the Trustee shall be entitled to any and all such writs as this Court may issue to enable the Trustee to utilize the United States Marshalls to evict Jumbo from the [Debtor's real property located at 619 H Street, N.W., Washington D.C. 20001]and remove and/or dispose of any remaining personal property of [Jumbo Seafood, Inc.] from the [Debtor's real property located at 619 H Street, N.W., Washington D.C. 20001].

Docket No. 98, p. 2.

5. As of March 6, 2024, Jumbo has not vacated the Debtor's real property located at 619 H Street, N.W., Washington D.C. 20001.

6. Accordingly, the Trustee requests entry of the attached *Order And Writ of Entry Directing the United States Marshals Service to Assist The Bankruptcy Trustee In Obtaining full and Exclusive Possession of The Real Property Located at 619 H Street, N.W., Washington D.C. 20001*.

Dated: March 6, 2024

Respectfully submitted,

/s/ Justin P. Fasano
Janet M. Nesse (D.C. Bar 358514)
Justin P. Fasano (D.C. Bar MD21201)
McNamee Hosea, P.A.
6404 Ivy Lane, Suite 820
Greenbelt, MD 20770
Tel. (301) 441-2420
jnesse@mhlawyers.com
jfasano@mhlawyers.com
*Counsel for Wendell W. Webster, Chapter 7 Trustee*

**CERTIFICATE OF SERVICE**

      I hereby certify that on this March 6, 2024, I caused a true and correct copy of the foregoing to be served via the Court's ECF system upon all parties receiving notice thereby, and by first class mail, postage prepaid, to:

Jumbo Seafood, Inc.
c/o Julie Yun Li Cheng
619 H Street, N.W.
Washington DC 20001

Jumbo Seafood Restaurant, Inc.
c/o Anthony C. Y Cheng, Registered Agent
619 H Street, N.W.
Washington DC 20001

                                                  /s/ Justin P. Fasano
                                                  Justin P. Fasano