The order below is hereby signed.

Signed: March 20 2024



Elizabeth L. Gunn
U.S. Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: ) | 23-00104-ELG |
| CHENG & COMPANY L.L.C., ) | CHAPTER 7 |
| ) | |
| Debtor. ) | |

**ORDER AND WRIT OF ENTRY DIRECTING THE UNITED STATES MARSHALS SERVICE TO ASSIST THE BANKRUPTCY TRUSTEE IN OBTAINING FULL AND EXCLUSIVE POSSESSION OF THE REAL PROPERTY LOCATED AT <u>619 H STREET, N.W., WASHINGTON D.C. 20001</u>**

Upon consideration of this *Order Granting in Part Trustee's Motion to Reject Certain Insider Commercial Lease and Require Insider Commercial Tenant to Vacate Formerly Leased Premises* (the "Rejection Order," Dkt. No. 98) , the Chapter 7 trustee's *Motion for Order And Writ of Entry Directing the United States Marshals Service to Assist The Bankruptcy Trustee In Obtaining full and Exclusive Possession of The Real Property Located at 619 H Street, N.W., Washington D.C. 20001* [Dkt. No. 110], and this Court finding that Jumbo Seafood, Inc. ("Jumbo") has not vacated the property located at 619 H Street, N.W., Washington D.C. 20001 ("Jumbo Occupied Premises") or delivered possession to the Trustee as required by this

Rejection Order upon proceedings before this Court at the March 20 2024 hearing, and upon consideration of the entire record of this case, it is hereby

ORDERED that the United States Marshals Service is directed to accompany Wendell Webster, Trustee, the Chapter 7 trustee in this case, the Trustee's counsel, and/or the Trustee's real estate agent and locksmith ("Trustee's Agents") to the Jumbo Occupied Premises as often as necessary to (i) allow the Trustee and/or the Trustee's Agents to access and take possession of the Jumbo Occupied Premises; (ii) remove Jumbo and any occupants from the Jumbo Occupied Premises and to bar Jumbo, its principals Julie Yun Li Cheng and Anthony C.Y. Cheng, and any other individuals from accessing the Jumbo Occupied Premises; (iii) allow the Trustee's Agents to place a lock box on the Jumbo Occupied Premises; and (iv) to take any other actions necessary to secure the Jumbo Occupied Premises; and it is further

ORDERED that the United States Marshals Service, in taking possession of the Jumbo Occupied Premises, shall employ whatever reasonable force is necessary to enter and remain on the Jumbo Occupied Premises, regardless of whether the Jumbo Occupied Premises is locked or unlocked, or occupied or unoccupied, for the purposes of executing this Order; and it is further

ORDERED that the United States Marshals Service is further authorized and directed to arrest and/or evict from the Jumbo Occupied Premises any and all persons who obstruct, attempt to obstruct, or interfere or attempt to interfere, in any way, with the execution of this Order, and the United States Marshals Service shall employ whatever reasonable force is necessary to arrest and/or evict such persons; and it is further

ORDERED that the authority granted to the United States Marshals Service in this Order shall apply to each and every instance that the United States Marshals Service is required to

return to the Jumbo Occupied Premises for purposes of carrying out the provisions of this Order; and it is

ORDERED that Jumbo, its principals Julie Yun Li Cheng and Anthony C.Y. Cheng shall not access or appear on the Jumbo Occupied Premises at any time, shall not communicate with potential purchasers of the Jumbo Occupied Premises, shall not take any action that harasses the Trustee or the Trustee's Agents, and shall not take any other action that interferes with the Trustee's administration of the case, including without limitation, the sale of the Jumbo Occupied Premises; and it is further

ORDERED that, upon gaining access to the Jumbo Occupied Premises, the Trustee is authorized, in his sole and absolute discretion, to cause any personal property that remains on the Premises to be removed and placed in a storage unit ("Stored Property"), and the Trustee will pay, with estate funds, one months of advanced rent and provide the Debtor with a key to the storage unit, and shall thereafter have no responsibility for the Stored Property; and it is further

ORDERED that the Trustee is authorized to expend estate funds to comply with the requirements of this Order.

**END OF ORDER**

I ASK FOR THIS

/s/ Justin P. Fasano
Janet M. Nesse (D.C. Bar 358514)
Justin P. Fasano (DC Bar MD21201)
McNamee Hosea, P.A.
6404 Ivy Lane, Suite 820
Greenbelt, MD 20770
(301) 441-2420
jnesse@mhlawyers.com
jfasano@mhlawyers.com
*Counsel to the Trustee*