Maurice B. VerStandig, Esq.
Bar No. MD18071
The Belmont Firm
1050 Connecticut Avenue, NW, Suite 500
Washington, DC 20036
Phone: (202) 991-1101
mac@dcbankruptcy.com
*Proposed Counsel for Jumbo*
*Seafood Restaurant, Inc.*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 23-104-ELG |
| | ) | (Chapter 7) |
| CHENG & COMPANY L.L.C. | ) | |
| | ) | |
| Debtor. | ) | |

## SUGGESTION OF BANKRUPTCY

It is respectfully suggested that of even date herewith, Jumbo Seafood Restaurant, Inc.

("Jumbo Seafood") filed a petition for relief, pursuant to Section 301 of Title 11 of the United

States Code, in this Honorable Court, and thereby commenced the matter of *In re Jumbo Seafood*

*Restaurant, Inc.*, Case No. 24-90-ELG.

It is further suggested that, pursuant to Section 362 of Title 11 of the United States Code,

the aforesaid filing operates as a stay of, *inter alia*, "any act to obtain possession of property of the

estate or of property from the estate or to exercise control over property of the estate." 11 U.S.C.

§ 362(a)(3).

*[Signature on Following Page]*

1

Respectfully submitted,

Dated: March 27, 2024                By:   /s/ Maurice B. VerStandig
                                            Maurice B. VerStandig, Esq.
                                            Bar No. MD18071
                                            The Belmont Firm
                                            1050 Connecticut Avenue, NW, Suite 500
                                            Washington, DC 20036
                                            Phone: (202) 991-1101
                                            mac@dcbankruptcy.com
                                            *Proposed Counsel for Jumbo*
                                            *Seafood Restaurant, Inc.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 27th day of March, 2024, a copy of the foregoing was

served electronically upon filing via the ECF system.

                                            /s/ Maurice B. VerStandig
                                            Maurice B. VerStandig