UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: | ) |
| | ) |
| | ) Case No. 23-00104-ELG |
| CHENG & COMPANY L.L.C., | ) Chapter 7 |
| | ) |
| Debtor. | ) |
| | ) |

**NOTICE OF MOTION AND NOTICE OF HEARING ON MOTION TO SELL REAL PROPERTY FREE AND CLEAR OF ANY AND ALL LIENS AND INTERESTS PURSUANT TO 11 U.S.C. § 363(f)**
**(**619 H Street, N.W., Washington D.C. 20001**)**

Wendell W. Webster, Chapter 7 Trustee (the "Trustee"), by counsel has filed a *Motion to Sell Property Free and Clear of Any and All Liens and Interest Pursuant to 11 U.S.C. § 363(f)* (the "Motion").  In the Motion, the Trustee seeks property located at 619 H Street, N.W., Washington D.C. 20001 to MR 619 H Street A LLC or its assigns, free and clear of liens, pursuant to terms described in the Motion.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

**If you do not want the Court to grant the Motion, or if you want the Court to consider your views on the Motion, then:**

☒ **On or before May 8, 2024,** file with the Court, at the address shown below, a written response with supporting memorandum as required by the local bankruptcy rules. **Unless a written response and supporting memorandum are filed and served by the date specified, the Court may deem any opposition waived, treat the motion as conceded, and issue an order granting the requested relief without further notice or hearing.** If you mail your response to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above. You must also mail a copy to the persons listed below. The address for the Court is as follows:

> Clerk of the Bankruptcy Court
> E. Barrett Prettyman U.S. Courthouse
> 333 Constitution Avenue, N.W.
> Washington, D.C. 20001

Any objection filed must be sent to:

>Justin P. Fasano
>McNamee Hosea, P.A.
>6404 Ivy Lane, Suite 820
>Greenbelt, MD 20770

☒ **PLEASE TAKE NOTICE that a hearing will be held on May 15, 2024, at 10:00 a.m. regarding the Motion.** Pursuant to General Order 2023-3 the hearing will be held in a hybrid in-person or Zoom for Government format. All participants may choose to appear either (a) in-person in Courtroom 1, United States Bankruptcy Court for the District of Columbia, E. Barrett Prettyman, 333 Constitution Ave. NW, Washington, DC 20001 or (b) by video using Zoom for Government. All parties participating by Zoom for Government before Judge Gunn should review and be familiar with the "Virtual Hearing Expectations." Parties in interest with questions or wish to appear virtually shall contact the Bankruptcy Court's Courtroom Deputy at aimee_mathewes@dcb.uscourts.gov for Zoom login instructions.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Dated:  April 18, 2024                                    Respectfully submitted,

/s/ Justin P. Fasano
Janet M. Nesse (D.C. Bar 358514)
Justin P. Fasano (D.C. Bar MD21201)
McNamee Hosea, P.A.
6404 Ivy Lane, Suite 820
Greenbelt, MD 20770
Tel. (301) 441-2420
jnesse@mhlawyers.com
jfasano@mhlawyers.com
*Counsel for Wendell W. Webster, Chapter 7 Trustee*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on April 18, 2024, I served a copy of the foregoing was served via first class mail, postage prepaid, or where indicated, by CM/ECF, upon the following:

Nancy L. Alper on behalf of Creditor Office of the Attorney General for the District of Columbia
nancy.alper@dc.gov

Darrell W. Clark on behalf of Creditor United Bank
darrell.clark@stinson.com, Siobhan.rudolph@stinson.com

Ronald Jay Drescher on behalf of Debtor In Possession Cheng & Company L.L.C.
rondrescher@drescherlaw.com, 284@notices.nextchapterbk.com

Kristen S. Eustis on behalf of U.S. Trustee U. S. Trustee for Region Four
Kristen.S.Eustis@usdoj.gov, Robert.W.Ours@usdoj.gov

David V. Fontana on behalf of Creditor Yellow Breeches Capital LLC
dfont@gebsmith.com

Sara Kathryn Mayson on behalf of U.S. Trustee U. S. Trustee for Region Four
sara.kathryn.mayson@usdoj.gov, Robert.W.Ours@usdoj.gov

Tracey Michelle Ohm on behalf of Creditor United Bank
tracey.ohm@stinson.com, porsche.barnes@stinson.com

Kenneth L. Samuelson on behalf of Creditor Renyong Cai
ksamuelson@samuelson-law.com

Daniel Staeven on behalf of Creditor Jumbo Seafood Inc.
daniel.staeven@frosttaxlaw.com,
U. S. Trustee for Region Four
USTPRegion04.DC.ECF@USDOJ.GOV
Ruiqiao Wen on behalf of Creditor United Bank
ruiqiao.wen@stinson.com

Office of the U.S. Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314

DC Water & Sewer Authority
c/o David L. Gadis, CEO
5000 Overlook Avenue, SW
Washington, DC 20032

Jumbo Seafood, Inc.
c/o Julie Yun Li Cheng
619 H Street, N.W.
Washington DC 20001

Jumbo Seafood Restaurant, Inc.
c/o Anthony C. Y Cheng, Registered Agent
619 H Street, N.W.
Washington DC 20001

Merrick Garland Esq.
Attorney General of the United States
950 Pennsylvania Avenue, NW
Washington, DC 20530

Office of U.S. Attorney
Attn: Civil Process Clerk
United States Attorney's Office
555 Fourth Street, N.W.
Washington, D.C. 20530

Maurice "Mac" VerStandig, Esq.
The Belmont Firm
[1050 Connecticut Avenue, NW, Suite 500](#)
[Washington, DC 20036](#)
[mac@dcbankruptcy.com](mailto:mac@dcbankruptcy.com)
(By e-mail and mail)

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
31 Hopkins Plaza, Rm 1150
Baltimore, MD 21201

Marty Zupancic
Marcus & Millichap
7200 Wisconsin Ave
Suite 1101
Bethesda, MD 20814

All other creditors on the creditors matrix in this case.

                                                  /s/      Justin Fasano
                                                  Justin P. Fasano