**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| IN RE: ) | 23-00104-ELG |
| CHENG & COMPANY L.L.C., ) | CHAPTER 7 |
|  ) |  |
| Debtor. ) |  |
|  ) |  |

**MOTION TO EXPEDITE HEARING ON, AND
SHORTEN TIME TO OBJECT TO, MOTION TO APPROVE BIDDING
PROCEDURES IN CONNECTION WITH
MOTION TO SELL REAL PROPERTY FREE AND CLEAR OF ANY AND ALL
LIENS AND INTERESTS PURSUANT TO 11 U.S.C. § 363(f)**
**(619 H Street, N.W., Washington D.C. 20001)**

Wendell W. Webster, Chapter 7 trustee (the "Trustee") of the estate of Cheng & Company L.L.C. ("Debtor"), by and through proposed counsel, McNamee Hosea, P.A., files his *Motion to Expedite Hearing On, and Shorten Time to Object to, Motion to Approve Bidding Procedures in Connection with Motion to Sell Property Free and Clear of Any and All Liens and Interest Pursuant to 11 U.S.C. § 363(f)* (the "Motion to Expedite") with respect to his *Motion to Approve Bidding Procedures in Connection with Motion to Sell Property Free and Clear of Any and All Liens and Interest Pursuant to 11 U.S.C. § 363(f)* (the "Bid Procedures Motion") and states as follows:

**Jurisdiction**

1. This Court has jurisdiction over the Bid Procedures Motion and this Motion to Expedite pursuant to 28 U.S.C. §§ 157 and 1334. Venue of this case and the Bid Procedures

---

Justin P. Fasano, Esquire
McNamee Hosea, P.A.
6404 Ivy Lane, Suite 820
Greenbelt, MD 20770
301-441-24240
jfasano@mhlawyers.com
*Counsel for Wendell W. Webster,*
*Chapter 7 Trustee for Cheng & Company L.L.C.*

Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

## Background

2. Background related to the relief requested herein is in the Bid Procedures Motion. Additional relevant facts are discussed herein. All capitalized terms not herein defined shall have the meaning assigned to them in the Bid Procedures Motion.

## Summary of Relief Requested

3. The Trustee requests that the Court hold a hearing on the Bid Procedures Motion on May 1, 2024, at 10:00 a.m., and that the Court order that all objections be filed by 4:00 p.m., on the day before the expedited hearing.

## The Need for Shortened Time

4. Rule 9006(c)(1) of the Bankruptcy Rules allows the Court to shorten notice periods. Specifically, Rule 9006(c)(1) provides that "when an act is required or allowed to be done at or within a specified time by these rules or by a notice given thereunder or by order of court, the court for cause shown may in its discretion with or without motion or notice order the period reduced."

5. The Bid Procedures Motion must be heard promptly. The Trustee must sell the Property by June 1, 2024, the day on which United Bank has relief from stay to foreclose on the Property. A sale hearing is scheduled for May 15, 2024. The Trustee anticipates several bidders participating at the sale hearing. A hearing on May 1, 2024 will ensure that the Bid Procedures Motion is timely heard to allow all parties to ascertain the rules of any auction conducted at or in accordance with the sale hearing.

6. A hearing on the Bid Procedures Motion on shortened notice will not prejudice parties in interest, as the hearing on the motion to sell the Property is scheduled on ordinary notice.

7. Accordingly, cause exists to reduce the notice period pursuant to Rule 9006(c)(1)

of the Bankruptcy Rules.

WHEREFORE, the Trustee requests that the Court grant this Motion to Expedite, hold a hearing on the Bid Procedures Motion on May 1, 2024 at 10:00 a.m., and that the Court order that all objections to the Bid Procedures Motion be filed by 4:00 p.m on the day before the expedited hearing; and that the Court such other relief as it deems appropriate and proper.

Dated:  April 18, 2024				Respectfully submitted,

/s/ *Justin P. Fasano*
McNamee Hosea, P.A.
Justin P. Fasano, Esquire (Bar No. MD21201)
6404 Ivy Lane, Suite 820
Greenbelt, MD 20770
Phone: 301-441-2420
jfasano@mhlawyers.com
*Counsel for Wendell W. Webster, Chapter 7 Trustee for Cheng & Company L.L.C*.

## CERTIFICATE OF SERVICE

I hereby certify that on April 18, 2024, I served a copy of the foregoing was served via first class mail, postage prepaid, or where indicated, by CM/ECF, upon the following:

Nancy L. Alper on behalf of Creditor Office of the Attorney General for the District of Columbia
nancy.alper@dc.gov

Darrell W. Clark on behalf of Creditor United Bank
darrell.clark@stinson.com, Siobhan.rudolph@stinson.com

Ronald Jay Drescher on behalf of Debtor In Possession Cheng & Company L.L.C.
rondrescher@drescherlaw.com, 284@notices.nextchapterbk.com

Kristen S. Eustis on behalf of U.S. Trustee U. S. Trustee for Region Four
Kristen.S.Eustis@usdoj.gov, Robert.W.Ours@usdoj.gov

David V. Fontana on behalf of Creditor Yellow Breeches Capital LLC
dfont@gebsmith.com

Sara Kathryn Mayson on behalf of U.S. Trustee U. S. Trustee for Region Four
sara.kathryn.mayson@usdoj.gov, Robert.W.Ours@usdoj.gov

Tracey Michelle Ohm on behalf of Creditor United Bank

tracey.ohm@stinson.com, porsche.barnes@stinson.com

Kenneth L. Samuelson on behalf of Creditor Renyong Cai
ksamuelson@samuelson-law.com

Daniel Staeven on behalf of Creditor Jumbo Seafood Inc.
daniel.staeven@frosttaxlaw.com,
U. S. Trustee for Region Four
USTPRegion04.DC.ECF@USDOJ.GOV
Ruiqiao Wen on behalf of Creditor United Bank
ruiqiao.wen@stinson.com

Office of the U.S. Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314

DC Water & Sewer Authority
c/o David L. Gadis, CEO
5000 Overlook Avenue, SW
Washington, DC 20032


Jumbo Seafood, Inc.
c/o Julie Yun Li Cheng
619 H Street, N.W.
Washington DC 20001

Jumbo Seafood Restaurant, Inc.
c/o Anthony C. Y Cheng, Registered Agent
619 H Street, N.W.
Washington DC 20001

Merrick Garland Esq.
Attorney General of the United States
950 Pennsylvania Avenue, NW
Washington, DC 20530

Office of U.S. Attorney
Attn: Civil Process Clerk
United States Attorney's Office
555 Fourth Street, N.W.
Washington, D.C. 20530

Maurice "Mac" VerStandig, Esq.
The Belmont Firm
1050 Connecticut Avenue, NW, Suite 500

4

Washington, DC 20036
mac@dcbankruptcy.com
(By e-mail and mail)

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
31 Hopkins Plaza, Rm 1150
Baltimore, MD 21201

Marty Zupancic
Marcus & Millichap
7200 Wisconsin Ave
Suite 1101
Bethesda, MD 20814

/s/    Justin Fasano
Justin P. Fasano