The order below is hereby signed.

Signed: April 18 2024

Elizabeth L. Gunn
U.S. Bankruptcy Judge



# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: ) | 23-00104-ELG |
| CHENG & COMPANY L.L.C., ) | CHAPTER 7 |
| ) | |
| Debtor. ) | |

**ORDER GRANTING MOTION TO EXPEDITE HEARING ON, AND SHORTEN TIME TO OBJECT TO, MOTION TO EXPEDITE HEARING ON, AND SHORTEN TIME TO OBJECT TO, MOTION TO APPROVE BIDDING PROCEDURES IN CONNECTION WITH MOTION TO SELL REAL PROPERTY FREE AND CLEAR OF ANY AND ALL LIENS AND INTERESTS PURSUANT TO 11 U.S.C. § 363(f)**
**(619 H Street, N.W., Washington D.C. 20001)**

Upon consideration of the *Motion to Expedite Hearing On, and Shorten Time to Object to, Motion to Approve Bidding Procedures in Connection with Motion to Sell Property Free and Clear of Any and All Liens and Interest Pursuant to 11 U.S.C. § 363(f)* (the "Motion to Expedite") filed by Wendell W. Webster, Chapter 7 trustee (the "Trustee") of the estate of Cheng & Company L.L.C. (the "Debtor"), with respect to his *Motion to Approve Bidding Procedures in*

*Connection with Motion to Sell Property Free and Clear of Any and All Liens and Interest Pursuant to 11 U.S.C. § 363(f)* (the "Bid Procedures Motion"); and the Court finding that (a) it has jurisdiction over the matters raised in the Motion to Expedite pursuant to 28 U.S.C. §§ 157 and 1334, (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and (c) adequate notice of the Motion to Expedite was given under the circumstances and that no other or further notice is necessary; and good and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT**:

1. The Motion to Expedite is GRANTED pursuant to Local Bankruptcy Rule 9013-2.

2. An expedited preliminary hearing on the Bid Procedures Motion will be held on May 1, 2024 at 10:00 a.m. by videoconference and in person.

3. Objections to the relief sought in the Bid Procedures Motion shall be filed electronically with the Court on or prior to 4:00 p.m. one business day before the hearing on the Bid Procedures Motion.

**END OF ORDER**

**I ASK FOR THIS**

/s/ *Justin P. Fasano*
Janet M. Nesse (DC Bar 358514)
Justin P. Fasano (DC Bar MD21201)
McNamee Hosea, P.A.
6404 Ivy Lane, Suite 820
Greenbelt, Maryland  20770
(301) 441-2420
jnesse@mhlawyers.com
jfasano@mhlawyers.com
*Counsel to Wendell W. Webster, Chapter 7 trustee*

**Cc:** all creditors