The order below is hereby signed.

Signed: April 18 2024

Elizabeth L. Gunn
U.S. Bankruptcy Judge

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **IN RE:** ) | **23-00104-ELG** |
| **CHENG & COMPANY L.L.C.,** ) | **CHAPTER 7** |
| ) | |
| **Debtor.** ) | |
| ) | |

**ORDER GRANTING MOTION TO EXPEDITE HEARING ON, AND
SHORTEN TIME TO OBJECT TO, MOTION TO EXPEDITE HEARING ON, AND
SHORTEN TIME TO OBJECT TO, MOTION TO APPROVE BIDDING
PROCEDURES IN CONNECTION WITH
MOTION TO SELL REAL PROPERTY FREE AND CLEAR OF ANY AND ALL
<u>LIENS AND INTERESTS PURSUANT TO 11 U.S.C. § 363(f)</u>
(619 H Street, N.W., Washington D.C. 20001)**

Upon consideration of the *Motion to Expedite Hearing On, and Shorten Time to Object to, Motion to Approve Bidding Procedures in Connection with Motion to Sell Property Free and Clear of Any and All Liens and Interest Pursuant to 11 U.S.C. § 363(f)* (the "Motion to Expedite") filed by Wendell W. Webster, Chapter 7 trustee (the "Trustee") of the estate of Cheng & Company L.L.C. (the "Debtor"), with respect to his *Motion to Approve Bidding Procedures in*

*Connection with Motion to Sell Property Free and Clear of Any and All Liens and Interest Pursuant to 11 U.S.C. § 363(f)* (the "Bid Procedures Motion"); and the Court finding that (a) it has jurisdiction over the matters raised in the Motion to Expedite pursuant to 28 U.S.C. §§ 157 and 1334, (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and (c) adequate notice of the Motion to Expedite was given under the circumstances and that no other or further notice is necessary; and good and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT**:

1. The Motion to Expedite is GRANTED pursuant to Local Bankruptcy Rule 9013-2.

2. An expedited preliminary hearing on the Bid Procedures Motion will be held on May 1, 2024 at 10:00 a.m. by videoconference and in person.

3. Objections to the relief sought in the Bid Procedures Motion shall be filed electronically with the Court on or prior to 4:00 p.m. one business day before the hearing on the Bid Procedures Motion.

**END OF ORDER**

**I ASK FOR THIS**

<u>/s/ *Justin P. Fasano*</u>
Janet M. Nesse (DC Bar 358514)
Justin P. Fasano (DC Bar MD21201)
McNamee Hosea, P.A.
6404 Ivy Lane, Suite 820
Greenbelt, Maryland  20770
(301) 441-2420
jnesse@mhlawyers.com
jfasano@mhlawyers.com
*Counsel to Wendell W. Webster, Chapter 7 trustee*

**Cc:** all creditors

United States Bankruptcy Court

District of Columbia

In re:  
Cheng & Company L.L.C.  
    Debtor

Case No. 23-00104-ELG  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0090-1      User: admin      Page 1 of 3  
Date Rcvd: Apr 18, 2024      Form ID: pdf001      Total Noticed: 22

The following symbols are used throughout this certificate:  
**Symbol    Definition**  
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 20, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| 767532 | + | Anthony C.Y. Cheng, 1727 Stone Bridge Road, Alexandria, VA 22304-1038 |
| 767555 | + | DC GOV'T OFFICE OF TAX AND REVENUE, PO BOX 75520, WASHINGTON, DC 20013-0520 |
| 767560 | + | DC Govt Office of Tax & Revenue, P O Box 37559, Washington, DC 20013-7559 |
| 767535 | + | Darrell W. Clark, Stinson LLP, 1775 Pennsylvania Avenue, NW Suite 800, Washington, DC 20006-4760 |
| 767536 | + | David Fontana, Gebhardt & Smith LLP, One South Street Suite 2200, Baltimore, MD 21202-3343 |
| 767537 | + | Eagle Bank Attn: W.C. McKnew, VP, 6010 Executive Boulevard, Suite 800, Rockville, MD 20852-3815 |
| 769730 | + | EagleBank, c/o Michael D. Nord, Gebhardt & Smith LLP, One South Street, Suite 2200, Baltimore, Maryland 21202-3343 |
| 767538 | + | Government of the District of Columbia, Office of The Chief Financial Officer -, 1101 4th Street, SW, Washington, DC 20024-4457 |
| 767540 | + | Jumbo Seafood, Inc., 619 H Street NW, Washington, DC 20001-3731 |
| 767541 | + | Lane Potkin, 4725 Wisconsin Ave. NW, Suite 250, Washington, DC 20016-4663 |
| 767542 | | Michael Nord, Gebhardt & Smith LLP, One, Baltimore, MD 21202 |
| 767543 | + | PCH Investments LLC, c/o LP Title LLC, 4725 Wisconsin Ave., N.W. Suite 250, Washington, DC 20016-4663 |
| 767544 | + | Ren Yong Cai, 8005 Samuel Wallis Street, Lorton, VA 22079-2350 |
| 767545 | + | Saeda Siam, District Counsel, Washington Metropolitan Area District Of, 409 3rd Street, SW, Washington, DC 20416-0011 |
| 775115 | + | United Bank, c/o Stinson LLP, 1775 Pennsylvania Ave. NW, Suite 800, Attn. Tracey M. Ohm, Washington, DC 20006-4760 |
| 767546 | + | United Bank, 11185 Fairfax Blvd, Fairfax, VA 22030-5087 |
| 767548 | + | Yellow Breeches Capital LLC, 1817 Olde Homestead Lane, Suite 101, Lancaster, PA 17601-6751 |
| 767549 | + | Yun Li Cheng, 1727 Stone Bridge Road, Alexandria, VA 22304-1038 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 767534 | | Email/Text: Bankruptcymail@marylandtaxes.gov | Apr 18 2024 21:58:00 | Comptroller of Maryland, 110 Carroll Street, Annapolis, MD 21411 |
| 767952 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 18 2024 21:58:00 | Department of Treasury, Internal Revenue Service, 31 Hopkins Plaza, Rm 1150, Baltimore MD 21201 |
| 768007 | + | Email/Text: ustpregion04.ax.ecf@usdoj.gov | Apr 18 2024 21:58:00 | U.S. Trustee, 1725 Duke Street, Suite 650, Alexandria, VA 22314-3489 |
| 767547 | + | Email/Text: bankruptcynotices@sba.gov | Apr 18 2024 21:58:00 | US Small Business Administration, 409 3rd Street SW, Washington, DC 20416-0005 |

TOTAL: 4

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 767533 | *+ | Anthony C.Y. Cheng, 1727 Stone Bridge Road, Alexandria, VA 22304-1038 |
| 770752 | * | Department of Treasury, Internal Revenue Service, P. O. Box 7346, Philadelphia, PA 19101-7346 |
| 770751 | * | Department of Treasury, Internal Revenue Service, P. O. Box 7317, Philadelphia, PA 19101-7317 |
| 767539 | *+ | IRS, Centralized Insolvency Operation, P. O. Box 7346, Philadelphia, PA 19101-7346 |
| 767550 | *+ | Yun-Li Cheng, 1727 Stone Bridge Rd, Alexandria, VA 22304-1038 |

| District/off: 0090-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 18, 2024 | Form ID: pdf001 | Total Noticed: 22 |

TOTAL: 0 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 20, 2024                Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 18, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Daniel Staeven | on behalf of Creditor Jumbo Seafood Inc. daniel.staeven@frosttaxlaw.com kelly.gartrell@frosttaxlaw.com;21024@notices.nextchapterbk.com;21029@notices.nextchapterbk.com;gloria.fairbanks@frosttaxlaw.com |
| Darrell W. Clark | on behalf of Creditor United Bank darrell.clark@stinson.com Siobhan.rudolph@stinson.com |
| David V. Fontana | on behalf of Creditor Yellow Breeches Capital LLC dfont@gebsmith.com |
| Justin Philip Fasano | on behalf of Plaintiff Wendell W. Webster jfasano@mhlawyers.com jfasano@ecf.courtdrive.com;hleaphart@mhlawyers.com;fasano.justinr92003@notify.bestcase.com |
| Justin Philip Fasano | on behalf of Trustee Wendell W. Webster jfasano@mhlawyers.com jfasano@ecf.courtdrive.com;hleaphart@mhlawyers.com;fasano.justinr92003@notify.bestcase.com |
| Kenneth L. Samuelson | on behalf of Defendant Ren Yong Cai ksamuelson@samuelson-law.com |
| Kenneth L. Samuelson | on behalf of Creditor Renyong Cai ksamuelson@samuelson-law.com |
| Kristen S. Eustis | on behalf of U.S. Trustee U. S. Trustee for Region Four Kristen.S.Eustis@usdoj.gov Robert.W.Ours@usdoj.gov |
| Maurice Belmont VerStandig | on behalf of Interested Party Jumbo Seafood Restaurant  Inc. mac@mbvesq.com, lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice Belmont VerStandig | on behalf of Plaintiff Jumbo Seafood Restaurant  Inc. mac@mbvesq.com, lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Nancy L. Alper | on behalf of Creditor Office of the Attorney General for the District of Columbia nancy.alper@dc.gov |
| Ronald Jay Drescher | on behalf of Debtor In Possession Cheng & Company L.L.C. rondrescher@drescherlaw.com 284@notices.nextchapterbk.com |
| Ruiqiao Wen | on behalf of Creditor United Bank ruiqiao.wen@stinson.com |
| Sara Kathryn Mayson | on behalf of U.S. Trustee U. S. Trustee for Region Four sara.kathryn.mayson@usdoj.gov Robert.W.Ours@usdoj.gov |
| Tracey Michelle Ohm | on behalf of Creditor United Bank tracey.ohm@stinson.com porsche.barnes@stinson.com |
| U. S. Trustee for Region Four | USTPRegion04.DC.ECF@USDOJ.GOV |

| | | |
|---|---|---|
| District/off: 0090-1 | User: admin | Page 3 of 3 |
| Date Rcvd: Apr 18, 2024 | Form ID: pdf001 | Total Noticed: 22 |

Wendell W. Webster
                            on behalf of Trustee Wendell W. Webster wwebster@websterfredrickson.com DC03@ecfcbis.com

Wendell W. Webster
                            wwebster@websterfredrickson.com DC03@ecfcbis.com

TOTAL: 18