**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE: ) | 23-00239-ELG |
| ) | |
| CASEY BROUGHTON STRINGER, ) | CHAPTER 7 |
| ) | |
| Debtor. ) | |

**TRUSTEE'S REPORT OF SALE**

COMES NOW Wendell W. Webster, Trustee ("Trustee") of the above-referenced Chapter 7 bankruptcy estate, by and through counsel, McNamee Hosea, P.A., and as his Report of Sale states as follows:

1. This report is pursuant to Federal Rule of Bankruptcy Procedure 6004(f)(1).

2. On or about April 9, 2024 and April 12, 2024, the Trustee sold property of the estate located at consisting of 9 items of artwork. The total gross sales price for all items was $21,160.00. The auctioneer received $1,587.00 on commissions and $45.00 in lot fees. $19,528.00 will be paid to the bankruptcy estate. The auctioneer also charged a 25% buyer's premium directly to buyers.

3. Two auctioneers' reports are attached hereto. Any questions may be directed to the undersigned.

_____
Janet M. Nesse (D.C. Bar 358514)
Justin P. Fasano (DC Bar MD21201)
McNamee Hosea
6411 Ivy Lane, Suite 200
Greenbelt, MD 20770
(301) 441-2420
jnesse@mhlawyers.com
jfasano@mhlawyers.com
*Counsel to the Trustee*

Dated: April 23, 2024   Respectfully submitted

/s/ Justin P. Fasano
Janet M. Nesse (D.C. Bar 358514)
Justin P. Fasano (DC Bar MD21201)
McNamee Hosea
6404 Ivy Lane, Suite 820
Greenbelt, MD 20770
(301) 441-2420
jnesse@mhlawyers.com
jfasano@mhlawyers.com
*Counsel to the Trustee*

## CERTIFICATE OF SERVICE

I hereby certify that on April 23, 2024, I served a copy of the foregoing via first class mail, postage prepaid, upon the following:

U.S. Trustee's Office
1725 Duke Street
Alexandria, VA 22314

/s/ Justin P. Fasano
Justin P. Fasano

2