| Receipt-Item | Description | Estimate: | Low | High | Reserve | Sale (Lot) | Status |
|---|---|---|---|---|---|---|---|
| 24X083-1 | After May Howard Jackson (American 1877 - 1931), Slave Boy, Modeled 1899, Late 20th Century Cast, Patinated bronze bust on marble plinth, Height overall: 17-3/4 in (45.1 cm) | | 1,000 | 2,000 | 500 agree | 1529-41 | Sold: $5,500 |
| | | Total: $ | 1,000 | $ 2,000 | | | $ 5,500 |