| Receipt-Item | Description | Estimate: Low | High | Reserve | Sale (Lot) | Status |
|---|---|---|---|---|---|---|
| 24C143-1 | Damola, 20th Century School, Be Jazzed, Oil and Mixed Media, Signed l.r., Frame: 45 x 21 in. (114.3 x 53.3 cm.) | 100 | 200 | 0 | IT0409-414 | Sold: $60 (RTB) |
| 24C143-2 | Preston Sampson (American b. 1960), Someone to Watch Over Me, Oil on Canvas, Signed l.r. and titled l.c., Frame: 66 1/2 x 31 in. (168.9 x 78.7 cm.) | 300 | 500 | 0 | IT0409-406 | Sold: $4,600 (RTB |
| 24C143-3 | Preston Sampson (American b. 1960), Couple in an Elevator, Oil on Canvas, Signed l.l., Frame: 41 1/4 x 41 1/4 in. (104.8 x 104.8 cm.) | 300 | 500 | 0 | IT0409-403 | Sold: $5,000 (RTB |
| 24C143-4 | Preston Sampson (American b. 1960), Man at a Window, Oil on Canvas, Signed l.r., Frame: 45 3/4 x 39 1/2 in. (116.2 x 100.3 cm.) | 300 | 500 | 0 | IT0409-416 | Sold: $1,500 (RTB |
| 24C143-5 | Preston Sampson (American b. 1960), Woman in a Dress by a Red Cabin, Mixed Media on Hand Made Paper, Signed l.r., Frame: 44 3/4 x 37 in. (113.7 x 94 cm.) | 200 | 400 | 0 | IT0409-429 | Sold: $900 (RTB) |
| 24C143-6 | Edward Pratt, American 20th Century, Abstract Squares in Blue, Acrylic on Canvas, Signed l.r., Unframed: 48 x 36 in. (121.9 x 91.4 cm.) | 200 | 400 | 0 | IT0409-455 | Sold: $150 (RTB) |
| 24C143-7 | Ephrem Kouakou, 20th Century, Three Women, Mixed Media, Signed l.l., 55 3/4 x 42 1/4 in. (141.6 x 107.3 cm.) | 100 | 200 | 0 | IT0409-431 | Sold: $450 (RTB) |
| 24C143-8 | Preston Sampson (American b. 1960), "Negro League", Oil on Canvas, Frame: 48 1/2 x 47 1/2 in. (123.2 x 120.7 cm.) | 400 | 600 | 0 | IT0409-443 | Sold: $4,000 (RTB |
| | Total: | $ 1,900 | $ 3,300 | | | $ 16,660 |