**HYBRIDUNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLUMBIA**

| In re: | Cheng & Company L.L.C. | Case No. 23-00104-ELG |
|---|---|---|
| | | Chapter: 7 |
| | **Debtor** | |

**NOTICE OF DEFICIENT FILING**

**To Filer(s) and/or Filer's Attorney:**

Upon authority of Local Bankruptcy Rule 5003-1, notice is hereby given that the documents submitted by you

**[ECF No. 123-Chapter 7 Trustee's Report of Sale]**

contains certain deficiencies as set forth below. You must correct the deficiencies on or before **5/13/2024**. Failure to timely correct the deficiencies may result in the pleading or other paper ***being stricken from the record or, if a complaint is deficient, the adversary proceeding being dismissed.***

| | |
|---|---|
| ☒ | The case number(s) does not match the above-captioned case. Please review this filing and docket to the correct case. |
| ☐ | The document does not match the event entry used for docketing. Please review this filing and redocket using the correct event entry or redocket to attach the correct document. |
| ☐ | Document does not appear to be complete. Please review this filing for possible error and relate any amendment/correction to the original document. |
| ☐ | The document has an electronic signature in an incorrect format. *See* Local Bankruptcy Rules Appendix D § 7(a). |
| ☐ | The document was filed using an out of date and/or unapproved form. |
| ☐ | The document is unsigned. |
| ☐ | The document has an insufficient attorney identifier as required by Local Bankruptcy Rule 5005-1(c). |
| ☐ | The document linked hereto contains an error which requires corrective action. |
| ☐ | The ECF registered participant attorney filing the document does not match the attorney's signature on the document. |
| ☐ | The document requires a proposed order. *See* Local Bankruptcy Rule 9072-1. |
| ☐ | The document is not formatted correctly, is double-sided, and/or is not legible. *See* Local Bankruptcy Rule 5005-1(b). |
| ☐ | The document contains information that should have been redacted and has been made inaccessible to the public. *See* Fed. R. Bankr. P. 9037. |
| ☐ | Coversheet for Amending Creditors or Creditor Information (Local Official Form 101) is required with this document. *See* Local Bankruptcy Rule 1009-1. |
| ☐ | Amended schedules do not include Declaration About an Individual Debtor's Schedules (Official Form 106Dec). |
| ☐ | Amended schedules do not include Declaration Under Penalty of Perjury for Non-Individual Debtors (Official Form B 202). |
| ☐ | Amended schedules do not include Summary of Assets and Liabilities for Individuals (Official Form 106Sum). |
| ☐ | Amended schedules do not include Summary of Assets and Liabilities for Non-Individuals (Official Form B206Sum). |
| ☐ | A certificate of service must be filed either separately or as an attachment to your pleading. *See Local Bankruptcy Rule 3015-1(b)*. |
| ☐ | The document requires a notice, and the notice must be in substantial compliance with Local Bankruptcy Rule 9013-1. |
| ☐ | The hearing date, time, and/or location in the notice is omitted. |
| ☐ | This document requires a hearing. Please contact the Courtroom Deputy at (202) 354-3178. |
| ☐ | The notice is not properly linked to the associated pleading. |

| | |
|---|---|
| ☐ | The title of the motion does not identify it as a motion for relief from the automatic stay and/or from the co-debtor stay. *See* Local Bankruptcy Rule 4001-1(a)(1). |
| ☐ | Signature/Admission to Practice. Documents must be signed by an attorney authorized to practice in this Court or admitted pro hac vice in this case. *See* Local Bankruptcy Rule 5005-1(a). |
| ☐ | Other: |

    For the Court:
    Angela D. Caesar
    BY: JH

Copies to: Recipients of electronic notifications; Debtor; appointed trustee.

United States Bankruptcy Court

District of Columbia

In re: Case No. 23-00104-ELG

Cheng & Company L.L.C. Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0090-1     User: admin     Page 1 of 2
Date Rcvd: Apr 29, 2024     Form ID: pdf001     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 01, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dbpos | + | Cheng & Company L.L.C., 619 H Street, N.W., Washington, DC 20001-3731 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 01, 2024     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 29, 2024 at the address(es) listed below:**

**Name**     **Email Address**

Daniel Staeven
    on behalf of Creditor Jumbo Seafood Inc. daniel.staeven@frosttaxlaw.com kelly.gartrell@frosttaxlaw.com;21024@notices.nextchapterbk.com;21029@notices.nextchapterbk.com;gloria.fairbanks@frosttaxlaw.com

Darrell W. Clark
    on behalf of Creditor United Bank darrell.clark@stinson.com  Siobhan.rudolph@stinson.com

David V. Fontana
    on behalf of Creditor Yellow Breeches Capital LLC dfont@gebsmith.com

Justin Philip Fasano
    on behalf of Defendant Wendell Webster  Chapter 7 Trustee for Cheng & Company L.L.C. jfasano@mhlawyers.com, jfasano@ecf.courtdrive.com;hleaphart@mhlawyers.com;fasano.justinr92003@notify.bestcase.com

Justin Philip Fasano
    on behalf of Trustee Wendell W. Webster jfasano@mhlawyers.com jfasano@ecf.courtdrive.com;hleaphart@mhlawyers.com;fasano.justinr92003@notify.bestcase.com

| | | |
|---|---|---|
| District/off: 0090-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Apr 29, 2024 | Form ID: pdf001 | Total Noticed: 1 |

Justin Philip Fasano
    on behalf of Plaintiff Wendell W. Webster jfasano@mhlawyers.com
    jfasano@ecf.courtdrive.com;hleaphart@mhlawyers.com;fasano.justinr92003@notify.bestcase.com

Kenneth L. Samuelson
    on behalf of Creditor Renyong Cai ksamuelson@samuelson-law.com

Kenneth L. Samuelson
    on behalf of Defendant Ren Yong Cai ksamuelson@samuelson-law.com

Kristen S. Eustis
    on behalf of U.S. Trustee U. S. Trustee for Region Four Kristen.S.Eustis@usdoj.gov Robert.W.Ours@usdoj.gov

Maurice Belmont VerStandig
    on behalf of Plaintiff Jumbo Seafood Restaurant Inc. mac@mbvesq.com,
    lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice Belmont VerStandig
    on behalf of Interested Party Jumbo Seafood Restaurant Inc. mac@mbvesq.com,
    lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Nancy L. Alper
    on behalf of Creditor Office of the Attorney General for the District of Columbia nancy.alper@dc.gov

Ronald Jay Drescher
    on behalf of Debtor In Possession Cheng & Company L.L.C. rondrescher@drescherlaw.com 284@notices.nextchapterbk.com

Ruiqiao Wen
    on behalf of Creditor United Bank ruiqiao.wen@stinson.com

Sara Kathryn Mayson
    on behalf of U.S. Trustee U. S. Trustee for Region Four sara.kathryn.mayson@usdoj.gov Robert.W.Ours@usdoj.gov

Tracey Michelle Ohm
    on behalf of Creditor United Bank tracey.ohm@stinson.com porsche.barnes@stinson.com

U. S. Trustee for Region Four
    USTPRegion04.DC.ECF@USDOJ.GOV

Wendell W. Webster
    wwebster@websterfredrickson.com DC03@ecfcbis.com

Wendell W. Webster
    on behalf of Trustee Wendell W. Webster wwebster@websterfredrickson.com DC03@ecfcbis.com

TOTAL: 19