### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: ) | 23-00104-ELG |
| CHENG & COMPANY L.L.C., ) | CHAPTER 7 |
| ) | |
| Debtor. ) | |
| ) | |

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

Please note the appearance of the undersigned as counsel for Joint Creditors PCH Investments, LLC, Cary Potkin, Warren Alper, and David Goldman.

Additionally, undersigned counsel requests that he be provided with notice of all future filings and proceedings in this matter.

Respectfully submitted,

/s/Eric M. Rome
Eric M. Rome, #367241
Eisen & Rome, PC
One Thomas Circle, NW, #1010
Washington, DC  20005
202-659-2822 x4
202 659-2896 (fax)
eric@eisenrome.com
Counsel for PCH Investments, LLC, Cary Potkin, Warren Alper, and David Goldman

### Certificate of Service

I hereby certify that on May 9, 2022, a copy of the foregoing Notice of Appearance was sent via the Court's electronic notification system to Wendell Webster, Trustee and to all counsel of record.

/s/Eric M. Rome
Eric M. Rome