IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IN RE: ) | 23-00104-ELG |
| CHENG & COMPANY L.L.C., ) | CHAPTER 7 |
| ) |  |
| Debtor. ) |  |
| ) |  |

**STATUS REPORT REGARDING
MOTION TO SELL REAL PROPERTY FREE AND CLEAR OF ANY AND ALL
LIENS AND INTERESTS PURSUANT TO 11 U.S.C. § 363(f)**
(619 H Street, N.W., Washington D.C. 20001)

**COMES NOW,** Wendell W. Webster, Chapter 7 Trustee ("Trustee") of the bankruptcy estate of Cheng & Company L.L.C. ("Debtor"), by and through proposed counsel, McNamee Hosea, P.A., and files this status report regarding his *Motion to Sell Property Free and Clear of Any and All Liens and Interest Pursuant to 11 U.S.C. § 363(f)* (the "Motion," Docket No. 117).

1. All lenders in this case have now consented to the Motion. The Trustee has circulated the attached order to all lenders, and has confirmed approval of the attached order from the trustee's proposed settlement agent.

2. The Trustee has received four conforming bids.

    a. The $4.25 million bid from MR 619 H Street A LLC attached to the Motion.

    b. A $4.35 million bid from Inmobiliaria LLC

    c. A $4.35 million bid from DP Capital LLC.

    d. A $4.4 million bid from Baltimore Midtown LLC

_____
Janet M. Nesse (D.C. Bar 358514)
Justin P. Fasano (DC Bar MD21201)
McNamee Hosea, P.A.
6404 Ivy Lane, Suite 820
Greenbelt, MD 20770
(301) 441-2420
jnesse@mhlawyers.com
jfasano@mhlawyers.com
*Counsel to the Trustee*

3. Undersigned counsel is holding in his trust account $200,000 from each the three new bids (for a total of $600,000); Avenue Title is holding the $200,000 deposit of MR 619 H Street A LLC.

4. The Trustee has received the keys to Property. The Trustee's counsel will have a locksmith on standby if the Successful Bidder asks the Trustee to change the locks after the auction.

5. A conference room in the Courthouse has been reserved for the hearing, Room 1131.

6. Parties may contact the undersigned for the zoom link to the hearing.

Dated: May 14, 2024

Respectfully submitted

/s/ Justin Fasano
Janet M. Nesse (D.C. Bar 358514)
Justin P. Fasano (DC Bar MD21201)
McNamee Hosea
6404 Ivy Lane, Suite 820
Greenbelt, MD 20770
(301) 441-2420
jnesse@mhlawyers.com
jfasano@mhlawyers.com
*Counsel to the Trustee*

## CERTIFICATE OF SERVICE

I hereby certify that on May 14, 2024, I served a copy of the foregoing was served via CM/ECF, to all parties receiving notice thereby.

/s/ Justin Fasano
Justin P. Fasano