IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| IN RE: | ) | 23-00104-ELG |
| CHENG & COMPANY L.L.C., | ) | CHAPTER 7 |
| | ) | |
| Debtor. | ) | |
| | ) | |

**CONSENT ORDER GRANTING MOTION TO SELL REAL PROPERTY FREE AND CLEAR OF ANY AND ALL LIENS AND INTERESTS PURSUANT TO 11 U.S.C. § 363(f)**
**(619 H Street, N.W., Washington D.C. 20001)**

This matter came before the Court on the *Motion to Sell Property Free and Clear of Any and All Liens and Interest Pursuant to 11 U.S.C. § 363(f)* (the "Motion," Docket No. 117) filed by Wendell W. Webster, the Chapter 7 trustee (the "Trustee") for Cheng & Company, LLC (the "Debtor") in this case. By the Motion, the Trustee sought authority to sell the property located at 619 H Street, N.W., Washington D.C. 20001 (the "Property") for $4,250,000.00 to MR 619 H Street A LLC or its assigns ("Stalking Horse Purchaser"), pursuant to a contract of sale attached to the Motion (the "Contract"), subject to higher bids. The Court finds notice of the Motion to

be adequate as given. The Trustee conducted an auction on May 15, 2024. At the auction, _____ (the "Successful Bidder") was selected as Successful Bidder pursuant to the Court - approved bid procedures, with a winning bid (the "Successful Bid") of $_____ and _____ (the "Next Best Bidder") was selected as Next Best Bidder, with a bid of _____ (the "Next Best Bid"). The Court finds that the sale price as set forth below, and the auction process, was fair and reasonable. The Court has considered the Motion and any objections filed thereto, and finds that good cause exists to grant the relief requested. This Court finds that it is hereby:

**ORDERED, ADJUDGED AND DECREED** that the Motion be, and the same hereby is, **GRANTED IN ITS ENTIRETY**; and it is

**FURTHER ORDERED**, that all capitalized terms not otherwise defined shall have the meaning assigned to them in the Motion; and it is

**FURTHER ORDERED**, that the Trustee is authorized to sell the Property to the Successful Bidder; or, if the Successful Bidder does not timely purchase the Property under its contract, to the Next Best Bidder; free and clear of all liens and interests, including but not limited to all of the liens and/or asserted liens listed in the Motion, and specifically including the liens of (1) United Bank, N.A.; (2) PCH Investments LLC, Warren Alper, David Goldman and Cary Potkin; (3) Yellow Breeches Capital, LLC; (4) EagleBank; (5) the District of Columbia; and (6) the District of Columbia Water and Sewer Authority, with liens attaching to the proceeds of such sale in the same priority as they attached to the Property, except that all rents and other funds currently held in the Trustee's bank account, shall be carved out for the benefit of the Bankruptcy Estate (the "Carveout"), for payment of general administrative and unsecured claims, and shall not be subject to any lien; and it is

**FURTHER ORDERED**, that the Trustee is authorized to make disbursements at closing on account of any valid liens and assessments on and interests in the Property as set forth on **Exhibit A**; and it is

**FURTHER ORDERED**, that the Trustee is authorized to pay the ordinary, necessary and reasonable costs of closing, including any real estate, transfer and recordation, taxes; and it is

**FURTHER ORDERED**, that a real estate commission not to exceed 4% of the sale price may be paid to Marcus and Millichap Real Estate Investment Services' Zupancic Group as Realtor at closing without further Order of the Court; and it is

**FURTHER ORDERED**, that a breakup fee of $50,000 shall be paid to the Staking Horse Purchaser at closing without further order of the Court (unless the Stalking Horse Purchaser is the entity that ultimately purchases the Property); and it is

**FURTHER ORDERED**, that the Trustee shall have the authority to execute all documents in connection with the sale on behalf of the estate, including, but not limited to, a deed to convey the entire Property; and it is

**FURTHER ORDERED,** that except as otherwise stated in this order, all of the Carveout will be held by the Trustee until further order of this Court; and it is

**FURTHER ORDERED**, in the event that the Successful Bidder and the Next Best Bidder fail to timely purchase the Property, that the Trustee is authorized to sell the Property to a substitute purchaser without further notice so long as the substitute purchaser's contract has substantially the same or better terms for the estate as the Next Best Bid; and it is

**FURTHER ORDERED,** that the entity that purchases the Property shall have no obligation under any lease with Jumbo Seafood Restaurant, Inc; and it is

3

**FURTHER ORDERED**, that the Trustee shall be immediately authorized to change the locks and take any and all actions necessary to obtain exclusive access to the Property, if requested by the Successful Bidder, or if the Successful Bidder fails to timely purchase the Property, by the Next Best Bidder; or if both the Successful Bidder or the Next Best Bidder fail to timely purchase the Property, by any substitute purchaser; and it is

**FURTHER ORDERED**, that the Trustee is authorized to immediately return all deposits other than the deposits of the Successful Bidder and the Next Best Bidder; and it is

**FURTHER ORDERED,** that any stay of this Order made applicable by Federal Rule of Bankruptcy Procedure 6004(h) or otherwise is hereby waived and this Order shall be effective immediately; and it

**FURTHER ORDERED,** that the Successful Bidder and the Next Best Bidder are each determined to be a good faith purchaser pursuant to 11 U.S.C. § 363(m).

**END OF ORDER**

<u>I ASK FOR THIS</u>

s/ Justin Fasano
Janet M. Nesse (D.C. Bar 358514)
Justin P. Fasano (DC Bar MD21201)
McNamee Hosea
6404 Ivy Lane, Suite 820
Greenbelt, MD 20770
(301) 441-2420
jnesse@mhlawyers.com
jfasano@mhlawyers.com
*Counsel to the Trustee*

4

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE: ) | 23-00104-ELG |
| CHENG & COMPANY L.L.C., ) | CHAPTER 7 |
| ) | |
| Debtor. ) | |
| ) | |

**EXHIBIT A – DISBURSEMENTS TO BE MADE AT CLOSING**

| Creditor | Amount to be Paid |
|---|---|
| United Bank | Payment in full of all amounts owed |
| PCH Investments LLC, Warren Alper, David Goldman and Cary Potkin | All remaining funds from sale after payment in full of United Bank, costs of sale, real estate commissions, pro-rated real estate taxes, water/sewer liens, and Breakup Fee, if applicable. |
| Yellow Breeches Capital, LLC | All remaining funds from sale after payment of United Bank, PCH Investments, LLC, costs of sale, real estate commissions, pro-rated real estate taxes, water/sewer liens, and Breakup Fee, if applicable. |
| EagleBank | All remaining funds from sale after payment of United Bank, PCH Investments, LLC, Yellow Breeches Capital, LLC, costs of sale, real estate commissions, pro-rated real estate taxes, water/sewer liens, and Breakup Fee, if applicable, but in any event, no less than $5,000.00 (to be paid from Carve-Out). |
| District of Columbia Real Estate Taxes | Payment in full of all amounts owed, pro-rated through date of sale |
| District of Columbia Water and Sewer Authority | Payment in full of all amounts owed |