UNITED STATES BANKRUPTCY COURT
**DISTRICT OF COLUMBIA**

| In re: | Case No. 23-00104-ELG |
|---|---|
| **Cheng & Company L.L.C.**<br>Debtor | Chapter 7 |

### ORDER TO SHOW CAUSE

The Debtor had until **05/13/2024** to cure the deficiencies set forth in the **Notice to Party Filing Deficient Pleading(s) Document(s) (Docket No. 124).** The Debtor(s) have/having not cured the deficiencies, it is therefore ORDERED that:

The Debtor(s) shall appear at a hearing before this court on **05/29/2024 at 9:30AM and in Courtroom 1 or via video conference (contact Aimee_Mathewes@dcb.uscourts.gov for Zoom information)** to show cause why the Debtor(s) bankruptcy case should not be dismissed for failure to timely cure the deficiencies.

For the Court:
Angela D. Caesar
BY: JH

Copies to: Recipients of electronic notifications; Creditor; appointed trustee.