The order below is hereby signed.

Signed: May 16 2024



Elizabeth L. Gunn
U.S. Bankruptcy Judge

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| | ) | |
| IN RE: | ) | 23-00104-ELG |
| CHENG & COMPANY L.L.C., | ) | CHAPTER 7 |
| | ) | |
| Debtor. | ) | |
| | ) | |

### ORDER DISSOLVING ORDER TO SHOW CAUSE

Upon consideration of the withdrawal of the report of sale filed by Wendell W. Webster, Chapter 7 Trustee ("Trustee") of the bankruptcy estate of Cheng & Company L.L.C., that was erroneously filed in this case at Docket No. 124, the Order to Show Cause issued at Docket No. 132 is hereby DISSOLVED and VACATED, and the hearing scheduled for May 29, 2024 in this case is hereby CANCELED.

END OF ORDER

I ASK FOR THIS

/s/ Justin Fasano
Janet M. Nesse (D.C. Bar 358514)
Justin P. Fasano (DC Bar MD21201)
McNamee Hosea
6404 Ivy Lane, Suite 820
Greenbelt, MD 20770
(301) 441-2420
jnesse@mhlawyers.com
jfasano@mhlawyers.com
*Counsel to the Trustee*

2