**Notice Recipients**

| | | |
|---|---|---|
| District/Off: 0090–1 | User: admin | Date Created: 5/16/2024 |
| Case: 23–00104–ELG | Form ID: pdf001 | Total: 1 |

**Recipients of Notice of Electronic Filing:**
ust    U. S. Trustee for Region Four    USTPRegion04.DC.ECF@USDOJ.GOV

TOTAL: 1