# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| IN RE: | ) | 23-00104-ELG |
| CHENG & COMPANY L.L.C., | ) | CHAPTER 7 |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |

## TRUSTEE'S REPORT OF AUCTION

COMES NOW Wendell W. Webster, Trustee ("Trustee") of the above-referenced Chapter 7 bankruptcy estate, by and through counsel, McNamee Hosea, P.A., and as his Report of Sale states as follows:

1. This report is pursuant to Federal Rule of Bankruptcy Procedure 6004(f)(1).

2. On or about May 15, 2024, the Trustee auctioned the Debtor's property located at 619 H Street, N.W., Washington D.C. 20001 (Lot 830, Square 453). After 48 rounds of bidding, the winning bidder was Baltimore Midtown LLC with a bid of $7,400,000. The next best bid was DP Capital, LLC with a next best bid of $7,350,000.

3. Any questions may be directed to the undersigned.

_____
Janet M. Nesse (D.C. Bar 358514)
Justin P. Fasano (DC Bar MD21201)
McNamee Hosea
6411 Ivy Lane, Suite 200
Greenbelt, MD 20770
(301) 441-2420
jnesse@mhlawyers.com
jfasano@mhlawyers.com
*Counsel to the Trustee*

Dated:  May 16, 2024                                         Respectfully submitted

/s/ Justin P. Fasano
Janet M. Nesse (D.C. Bar 358514)
Justin P. Fasano (DC Bar MD21201)
McNamee Hosea
6404 Ivy Lane, Suite 820
Greenbelt, MD 20770
(301) 441-2420
jnesse@mhlawyers.com
jfasano@mhlawyers.com
*Counsel to the Trustee*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 16, 2024, I served a copy of the foregoing via first class mail, postage prepaid, upon the following:

U.S. Trustee's Office
1725 Duke Street
Alexandria, VA 22314


/s/ Justin P. Fasano
Justin P. Fasano

2