UNITED STATES BANKRUPTCY COURT
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re: | Case No. 23-00104-ELG |
| **Cheng & Company L.L.C.**<br>**Debtor** | Chapter 7 |

### ORDER TO SHOW CAUSE

The Debtor had until **05/13/2024** to cure the deficiencies set forth in the **Notice to Party Filing Deficient Pleading(s) Document(s) (Docket No. 124).** The Debtor(s) have/having not cured the deficiencies, it is therefore ORDERED that:

The Debtor(s) shall appear at a hearing before this court on **05/29/2024 at 9:30AM and in Courtroom 1 or via video conference (contact Aimee_Mathewes@dcb.uscourts.gov for Zoom information)** to show cause why the Debtor(s) bankruptcy case should not be dismissed for failure to timely cure the deficiencies.

For the Court:
Angela D. Caesar
BY: JH

Copies to: Recipients of electronic notifications; Creditor; appointed trustee.

United States Bankruptcy Court

District of Columbia

In re:  Case No. 23-00104-ELG

Cheng & Company L.L.C.  Chapter 7

  Debtor

# CERTIFICATE OF NOTICE

District/off: 0090-1    User: admin    Page 1 of 2
Date Rcvd: May 15, 2024    Form ID: pdf001    Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 17, 2024:**

**Recip ID    Recipient Name and Address**
dbpos    + Cheng & Company L.L.C., 619 H Street, N.W., Washington, DC 20001-3731

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 17, 2024    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 15, 2024 at the address(es) listed below:**

**Name        Email Address**

Daniel Staeven
    on behalf of Creditor Jumbo Seafood Inc. daniel.staeven@frosttaxlaw.com kelly.gartrell@frosttaxlaw.com;21024@notices.nextchapterbk.com;21029@notices.nextchapterbk.com;gloria.fairbanks@frosttaxlaw.com

Darrell W. Clark
    on behalf of Creditor United Bank darrell.clark@stinson.com Siobhan.rudolph@stinson.com

David V. Fontana
    on behalf of Creditor Yellow Breeches Capital LLC dfont@gebsmith.com

Eric M. Rome
    on behalf of Creditor PCH Investments LLC eric@eisenrome.com

Justin Philip Fasano
    on behalf of Defendant Wendell Webster  Chapter 7 Trustee for Cheng & Company L.L.C. jfasano@mhlawyers.com, jfasano@ecf.courtdrive.com;hleaphart@mhlawyers.com;fasano.justinr92003@notify.bestcase.com

| District/off: 0090-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 15, 2024 | Form ID: pdf001 | Total Noticed: 1 |

Justin Philip Fasano
    on behalf of Trustee Wendell W. Webster jfasano@mhlawyers.com
    jfasano@ecf.courtdrive.com;hleaphart@mhlawyers.com;fasano.justinr92003@notify.bestcase.com

Justin Philip Fasano
    on behalf of Plaintiff Wendell W. Webster jfasano@mhlawyers.com
    jfasano@ecf.courtdrive.com;hleaphart@mhlawyers.com;fasano.justinr92003@notify.bestcase.com

Kenneth L. Samuelson
    on behalf of Creditor Renyong Cai ksamuelson@samuelson-law.com

Kenneth L. Samuelson
    on behalf of Defendant Ren Yong Cai ksamuelson@samuelson-law.com

Kristen S. Eustis
    on behalf of U.S. Trustee U. S. Trustee for Region Four Kristen.S.Eustis@usdoj.gov  Robert.W.Ours@usdoj.gov

Maurice Belmont VerStandig
    on behalf of Interested Party Jumbo Seafood Restaurant  Inc. mac@mbvesq.com,
    lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice Belmont VerStandig
    on behalf of Plaintiff Jumbo Seafood Restaurant  Inc. mac@mbvesq.com,
    lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Nancy L. Alper
    on behalf of Creditor Office of the Attorney General for the District of Columbia nancy.alper@dc.gov

Ronald Jay Drescher
    on behalf of Debtor In Possession Cheng & Company L.L.C. rondrescher@drescherlaw.com  284@notices.nextchapterbk.com

Ruiqiao Wen
    on behalf of Creditor United Bank ruiqiao.wen@stinson.com

Sara Kathryn Mayson
    on behalf of U.S. Trustee U. S. Trustee for Region Four sara.kathryn.mayson@usdoj.gov  Robert.W.Ours@usdoj.gov

Tracey Michelle Ohm
    on behalf of Creditor United Bank tracey.ohm@stinson.com  porsche.barnes@stinson.com

U. S. Trustee for Region Four
    USTPRegion04.DC.ECF@USDOJ.GOV

Wendell W. Webster
    wwebster@websterfredrickson.com  DC03@ecfcbis.com

Wendell W. Webster
    on behalf of Trustee Wendell W. Webster wwebster@websterfredrickson.com  DC03@ecfcbis.com

TOTAL: 20