# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IN RE: ) | 23-00104-ELG |
| CHENG & COMPANY L.L.C., ) | CHAPTER 7 |
| ) |  |
| Debtor. ) |  |
| ) |  |

## TRUSTEE'S REPORT OF SALE
(619 H Street, N.W., Washington D.C. 20001)

COMES NOW Wendell W. Webster, Trustee ("Trustee") of the above-referenced Chapter 7 bankruptcy estate, by and through counsel, McNamee Hosea, P.A., and as his Report of Sale states as follows:

1. This report is pursuant to Federal Rule of Bankruptcy Procedure 6004(f)(1).

2. In accordance with this Court's *Consent Order Granting Motion to Sell Property Free and Clear of Any and All Liens and Interest Pursuant to 11 U.S.C. § 363(f)* (Docket No. 136), the Trustee sold property of the estate located at 619 H Street, N.W., Washington D.C. 20001 to Baltimore Midtown Partners, LLC for $7,400,000.00.

3. A settlement statement is attached hereto. Any questions may be directed to the undersigned.

_____
Janet M. Nesse (D.C. Bar 358514)
Justin P. Fasano (DC Bar MD21201)
McNamee Hosea
6411 Ivy Lane, Suite 200
Greenbelt, MD 20770
(301) 441-2420
jnesse@mhlawyers.com
jfasano@mhlawyers.com
*Counsel to the Trustee*

Dated: June 19, 2024                                         Respectfully submitted

/s/ Justin P. Fasano
Justin P. Fasano (DC Bar MD21201)
McNamee Hosea
6404 Ivy Lane, Suite 820
Greenbelt, MD 20770
(301) 441-2420
jfasano@mhlawyers.com
*Counsel to the Trustee*

## CERTIFICATE OF SERVICE

    I hereby certify that on June 19, 2024, I served a copy of the foregoing via first class mail, postage prepaid, upon the following:

U.S. Trustee's Office
1725 Duke Street
Alexandria, VA 22314


/s/ Justin P. Fasano
Justin P. Fasano

2