| A. | | | | | | OMB NO. 2502-0265 |
|---|---|---|---|---|---|---|
| U.S. DEPARTMENT OF HOUSING & URBAN DEVELOPMENT | | B. TYPE OF LOAN | | | | |
| | | 1. ☐ FHA | 2. ☐ FmHA | 3. ☒ CONV. UNINS. | 4. ☐ VA | 5. ☐ CONV. INS. |
| **SETTLEMENT STATEMENT** | | 6. FILE NUMBER S-13387 | | | 7. LOAN NUMBER | |
| | | 8. MORTGAGE INS CASE NUMBER | | | | |

C. NOTE: *This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "[POC]" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.*

1.0  3/98  (S-13387.PFD/S-13387/63)

| D. NAME AND ADDRESS OF BORROWER | E. NAME AND ADDRESS OF SELLER | F. NAME AND ADDRESS OF LENDER |
|---|---|---|
| Baltimore Midtown LLC<br>619 H Street, N.W.<br>Washington, DC 20001 | Wendell W. Webster, Ch. 7 Trustee for Cheng & Company L.L.C., Debtor, re Case No. 23-00104-ELG, Chapter 7, US Bankruptcy Court for the District of Columbia | Dynasty LLC<br>PO Box 184<br>Portsmouth, NH 03802 |

| G. PROPERTY LOCATION | H. SETTLEMENT AGENT    52-1544280 | I. SETTLEMENT DATE |
|---|---|---|
| 619 H Street, N.W.<br>Washington, DC 20001 | Settlementcorp | June 14, 2024 |
| | PLACE OF SETTLEMENT<br>5301 Wisconsin Avenue, N.W.#310<br>Washington, D.C. 20015 | |

| J. SUMMARY OF BORROWER'S TRANSACTION | | K. SUMMARY OF SELLER'S TRANSACTION | |
|---|---|---|---|
| **100. GROSS AMOUNT DUE FROM BORROWER:** | | **400. GROSS AMOUNT DUE TO SELLER:** | |
| 101. Contract Sales Price | 7,400,000.00 | 401. Contract Sales Price | 7,400,000.00 |
| 102. Personal Property | | 402. Personal Property | |
| 103. Settlement Charges to Borrower (Line 1400) | 1,047,058.51 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| *Adjustments For Items Paid By Seller in advance* | | *Adjustments For Items Paid By Seller in advance* | |
| 106. City/Town Taxes         to | | 406. City/Town Taxes         to | |
| 107. County Taxes            to | | 407. County Taxes            to | |
| 108. Assessments             to | | 408. Assessments             to | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| **120. GROSS AMOUNT DUE FROM BORROWER** | **8,447,058.51** | **420. GROSS AMOUNT DUE TO SELLER** | **7,400,000.00** |
| **200. AMOUNTS PAID BY OR IN BEHALF OF BORROWER:** | | **500. REDUCTIONS IN AMOUNT DUE TO SELLER:** | |
| 201. Deposit or earnest money | 200,000.00 | 501. Excess Deposit (See Instructions) | |
| 202. Principal Amount of New Loan(s) | 4,750,000.00 | 502. Settlement Charges to Seller (Line 1400) | 2,691,627.46 |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff First Mortgage to United Bank | 3,824,464.02 |
| 205. | | 505. Payoff Second Mortgage to PCH Investments LLC | 870,975.00 |
| 206. | | 506. | |
| 207. | | 507. (Deposit disb. as proceeds) | |
| 208. | | 508. | |
| 209. | | 509. | |
| *Adjustments For Items Unpaid By Seller* | | *Adjustments For Items Unpaid By Seller* | |
| 210. City/Town Taxes    04/01/24 to 05/15/24 | 12,933.52 | 510. City/Town Taxes    04/01/24 to 05/15/24 | 12,933.52 |
| 211. County Taxes            to | | 511. County Taxes            to | |
| 212. Assessments             to | | 512. Assessments             to | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| **220. TOTAL PAID BY/FOR BORROWER** | **4,962,933.52** | **520. TOTAL REDUCT. AMT DUE SELLER** | **7,400,000.00** |
| **300. CASH AT SETTLEMENT FROM/TO BORROWER:** | | **600. CASH AT SETTLEMENT TO/FROM SELLER:** | |
| 301. Gross Amount Due From Borrower (Line 120) | 8,447,058.51 | 601. Gross Amount Due To Seller (Line 420) | 7,400,000.00 |
| 302. Less Amount Paid By/For Borrower (Line 220) | ( 4,962,933.52) | 602. Less Reductions Due Seller (Line 520) | ( 7,400,000.00) |
| 303. CASH ( X FROM) ( TO ) BORROWER | 3,484,124.99 | 603. CASH ( TO ) ( FROM ) SELLER | 0.00 |

HUD-1 (3-86) RESPA, HB4305.2

## L. SETTLEMENT CHARGES

| | | | PAID FROM BORROWER'S FUNDS AT SETTLEMENT | PAID FROM SELLER'S FUNDS AT SETTLEMENT |
|---|---|---|---:|---:|
| **700. TOTAL COMMISSION** Based on Price | $ 7,400,000.00 @ 4.0000 % | 296,000.00 | | |
| *Division of Commission (line 700) as Follows:* | | | | |
| 701. $ 296,000.00 to Marcus and Millichap R.E. Investment Services | | | | |
| 702. $ to | | | | |
| 703. Commission Paid at Settlement | | | | 296,000.00 |
| 704. to | | | | |
| **800. ITEMS PAYABLE IN CONNECTION WITH LOAN** | | | | |
| 801. Loan Origination Fee    3.5000 % | to Dynasty LLC | | 166,250.00 | |
| 802. Loan Discount    % | to | | | |
| 803. Appraisal Fee | to | | | |
| 804. Credit Report | to | | | |
| 805. Inspection/Underwriting | to Dynasty LLC | | 2,650.00 | |
| 806. Attorney's Fee | to Law Offices of A. Harris Clark PLLC | POC:B5000.00 | | |
| 807. Document Review Fee | to Dynasty LLC | | 1,850.00 | |
| 808. Wire Fee | to Dynasty LLC | | 35.00 | |
| 809. Holdback for FL recordings | to Dynasty LLC | | 500,000.00 | |
| 810. Broker Fee | to Sequoia Lending | | 47,500.00 | |
| 811. FL Inspection Fees | to Dynasty LLC | | 650.00 | |
| **900. ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE** | | | | |
| 901. Interest From 06/14/24 to 07/01/24 @ $ 1,715.280000/day ( 17 days %) | | | 29,159.72 | |
| 902. Mortgage Insurance Premium    months to | | | | |
| 903. Hazard Insurance Premium    1.0 years to | | | | |
| 904. Delinq RE Taxes    1.0 years to DC Treasurer | | Sq. 453, Lot 830 | | 63,351.70 |
| 905. Interest Reserve | to Dynasty LLC | | 150,000.00 | |
| **1000. RESERVES DEPOSITED WITH LENDER** | | | | |
| 1001. Hazard Insurance | months @ $ | per month | | |
| 1002. Mortgage Insurance | months @ $ | per month | | |
| 1003. City/Town Taxes | months @ $ | per month | | |
| 1004. County Taxes | months @ $ | per month | | |
| 1005. Assessments | months @ $ | per month | | |
| 1006. Delinq RE Taxes | months @ $ | per month | | |
| 1007. | months @ $ | per month | | |
| 1008. Aggregate Adjustment | months @ $ | per month | | |
| **1100. TITLE CHARGES** | | | | |
| 1101. Settlement or Closing Fee | to Settlementcorp | | 1,975.00 | 1,975.00 |
| 1102. Abstract or Title Search | to J&M Abstracts, Inc. | | 216.00 | |
| 1103. Title Examination | to Settlementcorp | | 750.00 | |
| 1104. Deliveries/Copies | to Settlementcorp | | 245.00 | 165.00 |
| 1105. Notary | to Settlementcorp | | 15.00 | |
| 1106. Closing Protection Letter Fee | to Westcor Land Title Insurance Company | | 50.00 | |
| 1107. Wire Fees | to Settlementcorp | | 100.00 | 175.00 |
| *(includes above item numbers:* | | ) | | |
| 1108. Title Insurance | to Westcor Land Title Insurance Company | Reissue | 21,750.00 | |
| *(includes above item numbers:* | | ) | | |
| 1109. Lender's Coverage | $ 4,750,000.00 | 14,825.00 | | |
| 1110. Owner's Coverage | $ 7,400,000.00 | 6,925.00 | | |
| 1111. | | | | |
| 1112. Reimb/Tax Certificate | to Settlementcorp | | 15.38 | |
| 1113. BreakupFee/StalkingHorsePurchr | to Monument Development LLC | | | 50,000.00 |
| **1200. GOVERNMENT RECORDING AND TRANSFER CHARGES** | | | | |
| 1201. Recording Fees:  Deed $ 42.10 ; Mortgage $ 167.10; Releases $ 42.10 | | | 209.20 | 42.10 |
| 1202. City/County Tax/Stamps:  Deed    214,600.00; Mortgage | | DC Tr & Rec Taxes | 107,300.00 | 107,300.00 |
| 1203. State Tax/Stamps:  Revenue Stamps    0.00; Mortgage | | | | |
| 1204. | | | | |
| 1205. Water Bill | to DC WASA | Acct 3319-5 | | 3,289.04 |
| **1300. ADDITIONAL SETTLEMENT CHARGES** | | | | |
| 1301. Survey | to | | | |
| 1302. Pest Inspection | to | | | |
| 1303. Payoff 3rd Deed of Trust | to Yellow Breeches Capital LLC | | | 2,168,329.62 |
| 1304. Water Escrow | to Settlementcorp | | | 1,000.00 |
| 1305. Additional Disbursements | to Avenue Settlement Corporation | FL Collateral | 16,338.21 | |
| **1400. TOTAL SETTLEMENT CHARGES** (Enter on Lines 103, Section J and 502, Section K) | | | 1,047,058.51 | 2,691,627.46 |

Certified to be a true copy.

## ACKNOWLEDGMENT OF RECEIPT OF SETTLEMENT STATEMENT

**Borrower:** Baltimore Midtown LLC

**Seller:** Wendell W. Webster, Ch. 7 Trustee for Cheng & Company L.L.C., a District of Columbia limited liability company, Debtor, pursuant to proceedings pending in the United States Bankruptcy Court for the District of Columbia entitled: In Re: Cheng & Company L.L.C., Debtor, Case No. 23-00104-ELG, Chapter 7

**Lender:** Dynasty LLC

**Settlement Agent:** Settlementcorp
(202)537-0005

**Place of Settlement:** 5301 Wisconsin Avenue, N.W.#310
Washington, D.C. 20015

**Settlement Date:** June 14, 2024

**Property Location:** 619 H Street, N.W.
Washington, DC 20001

---

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the HUD-1 Settlement Statement.

Baltimore Midtown, LLC, a Delaware limited liability company

By: _____
Name: Binh T. Nguyen
Title: Sole Member

Wendell W. Webster, Ch. 7 Trustee for Cheng & Company L.L.C., a District of Columbia limited liability company, Debtor, pursuant to proceedings pending in the United States Bankruptcy Court for the District of Columbia entitled: In Re: Cheng & Company L.L.C., Debtor, Case No. 23-00104-ELG, Chapter 7

**WARNING:** It is a crime to knowingly make false statements to the United States on this or any similar form. Penalties upon conviction can include a fine and imprisonment. For details see: Title 18 U.S. Code Section 1001 and Section 1010.

(S-13387.PFD/S-13387/58)

## ACKNOWLEDGMENT OF RECEIPT OF SETTLEMENT STATEMENT

**Borrower:** Baltimore Midtown LLC

**Seller:** Wendell W. Webster, Ch. 7 Trustee for Cheng & Company L.L.C., a District of Columbia limited liability company, Debtor, pursuant to proceedings pending in the United States Bankruptcy Court for the District of Columbia entitled: In Re: Cheng & Company L.L.C., Debtor, Case No. 23-00104-ELG, Chapter 7

**Lender:** Dynasty LLC

**Settlement Agent:** Settlementcorp
(202)537-0005

**Place of Settlement:** 5301 Wisconsin Avenue, N.W. #310
Washington, D.C. 20015

**Settlement Date:** June 14, 2024

**Property Location:** 619 H Street, N.W.
Washington, DC 20001

---

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the HUD-1 Settlement Statement.

Baltimore Midtown, LLC, a Delaware limited liability company

Wendell W. Webster, Ch. 7 Trustee for Cheng & Company L.L.C., a District of Columbia limited liability company, Debtor, pursuant to proceedings pending in the United States Bankruptcy Court for the District of Columbia entitled: In Re: Cheng & Company L.L.C., Debtor, Case No. 23-00104-ELG, Chapter 7

By:_____
Name: Binh T. Nguyen
Title: Sole Member

**WARNING:** It is a crime to knowingly make false statements to the United States on this or any similar form. Penalties upon conviction can include a fine and imprisonment. For details see: Title 18 U.S. Code Section 1001 and Section 1010.

(S-13387.PFD/S-13387/58)