# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: ) | 23-00104-ELG |
| CHENG & COMPANY L.L.C., ) | CHAPTER 7 |
| ) | |
| Debtor. ) | |
| ) | |
| In re: ) | |
| ) | Case No. 24-00090-ELG |
| JUMBO SEAFOOD RESTAURANT, INC., ) | Chapter 11 |
| ) | Subchapter V |
| Debtor. ) | |

## ORDER GRANTING JOINT MOTION TO APPROVE SETTLEMENT

Upon consideration of the *Joint Motion to Approve Settlement* (the "Motion") filed by Wendell W. Webster, Chapter 7 Trustee ("Trustee") of the bankruptcy estate of Cheng & Company L.L.C. ("Landlord Debtor") and Jumbo Seafood, Inc. ("Tenant Debtor") and good cause being shown, it is, by the United States Bankruptcy Court for the District of Columbia, hereby

ORDERED, that the Motion is GRANTED, and it is further

ORDERED, that the Tenant Debtor shall pay the Trustee $20,000 in full and complete satisfaction of any debt of Tenant Debtor to Landlord Debtor, and it is further

ORDERED, that the bankruptcy estates of the Landlord Debtor and Tenant Debtor are hereby deemed to have released any claims as against each other.

END OF ORDER

WE ASK FOR THIS

/s/ Justin P. Fasano
Janet M. Nesse (D.C. Bar 358514)
Justin P. Fasano (DC Bar MD21201)
McNamee Hosea, P.A.
6404 Ivy Lane, Suite 820
Greenbelt, MD 20770
(301) 441-2420
jnesse@mhlawyers.com
jfasano@mhlawyers.com
*Counsel to the Trustee*

/s/ Maurice B. VerStandig
 Maurice B. VerStandig, Esq.
Bar No. MD18071
The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, Maryland 20854
Phone: (301) 444-4600
mac@mbvesq.com
*Counsel for Jumbo Seafood Restaurant, Inc.*