```
Label Matrix for local noticing          Cheng & Company L.L.C.              Jumbo Seafood Inc.
0090-1                                   619 H Street, N.W.                  619 H Street, NW
Case 23-00104-ELG                        Washington, DC 20001-3731           Washington, DC 20001-3731
United States Bankruptcy Court for the Distri
Washington, D.C.
Tue Jul  2 10:55:23 EDT 2024

Jumbo Seafood Restaurant, Inc.           (p)CHILD SUPPORT SERVICES DIVISION  PCH Investments,LLC
619 H Street, NW                         ATTN LEGAL SERVICES SECTION         4725 Wisconsin Ave NW
Washington, DC 20001-3731                400 SIXTH ST NW                     Suite 250
                                         SUITE 8300                          Washington, DC 20016-4663
                                         WASHINGTON DC 20001-0189

U. S. Trustee for Region Four            United Bank                         Washington, D.C.
U. S. Trustee's Office                   c/o Stinson LLP                     E. Barrett Prettyman U. S. Courthouse
1725 Duke Street                         Attn:  Darrell W. Clark             333 Constitution Ave, NW #1225
Suite 650                                1775 Pennsylvania Avenue, NW        Washington, DC 20001-2802
Alexandria, VA 22314-3489                Suite 800
                                         Washington, DC   20006-4760

Anthony C.Y. Cheng                       (p)COMPTROLLER OF MARYLAND          DC GOV'T OFFICE OF TAX AND REVENUE
1727 Stone Bridge Road                   BANKRUPTCY UNIT                     PO BOX 75520
Alexandria                               301 W PRESTON ST ROOM 409           WASHINGTON, DC 20013-0520
VA 22304-1038                            BALTIMORE MD 21201-2383


DC Govt Office of Tax & Revenue          Darrell W. Clark                    David Fontana
P O Box 37559                            Stinson LLP                         Gebhardt & Smith LLP
Washington, DC 20013-7559                1775 Pennsylvania Avenue, NW Suite 800  One South Street Suite 2200
                                         Washington, DC 20006-4760           Baltimore, MD 21202-3343


(p)INTERNAL REVENUE SERVICE              Department of Treasury              Department of Treasury
CENTRALIZED INSOLVENCY OPERATIONS        Internal Revenue Service            Internal Revenue Service
PO BOX 7346                              P. O. Box 7317                      P. O. Box 7346
PHILADELPHIA PA 19101-7346               Philadelphia, PA 19101-7317         Philadelphia, PA 19101-7346


Eagle Bank Attn: W.C. McKnew, VP         EagleBank                           Government of the District of Columbia
6010 Executive Boulevard                 c/o Michael D. Nord                 Office of The Chief Financial Officer -
Suite 800                                Gebhardt & Smith LLP                1101 4th Street, SW
Rockville, MD 20852-3815                 One South Street, Suite 2200        Washington, DC 20024-4457
                                         Baltimore, Maryland 21202-3343


IRS                                      Lane Potkin                         Michael Nord
Centralized Insolvency Operation         4725 Wisconsin Ave. NW              Gebhardt & Smith LLP
P. O. Box 7346                           Suite 250                           One
Philadelphia, PA 19101-7346              Washington, DC 20016-4663           Baltimore, MD 21202


PCH Investments LLC                      Ren Yong Cai                        Saeda Siam, District Counsel
c/o LP Title LLC                         8005 Samuel Wallis Street           Washington Metropolitan Area District Of
4725 Wisconsin Ave., N.W. Suite 250      Lorton, VA 22079-2350               409 3rd Street, SW
Washington, DC 20016-4663                                                    Washington, DC 20416-0011


U.S. Trustee                             US Small Business Administration    United Bank
1725 Duke Street                         409 3rd Street SW                   11185 Fairfax Blvd
Suite 650                                Washington, DC 20416-0005           Fairfax, VA 22030-5087
Alexandria, VA 22314-3489
```

| | | |
|---|---|---|
| United Bank<br>c/o Stinson LLP<br>1775 Pennsylvania Ave. NW<br>Suite 800, Attn. Tracey M. Ohm<br>Washington, DC 20006-4760 | Yellow Breeches Capital LLC<br>1817 Olde Homestead Lane<br>Suite 101<br>Lancaster, PA 17601-6751 | Yun Li Cheng<br>1727 Stone Bridge Road<br>Alexandria<br>VA 22304-1038 |
| Renyong Cai<br>8005 Samuel Wallis Street<br>Lorton, VA 22079-2350 | Ronald Jay Drescher<br>Ronald J. Drescher, ESQ.<br>10999 Red Run Blvd<br>Pmb 224<br>Suite 205<br>Owings Mills, MD 21117-3249 | Wendell W. Webster<br>Wendell W. Webster, Trustee<br>1101 Connecticut Avenue, NW<br>Suite 402<br>Washington, DC 20036-4303 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Office of the Attorney General for the Distr<br>400 6th Street, N.W.<br>Washington, DC 20001 | Comptroller of Maryland<br>110 Carroll Street<br>Annapolis, MD 21411 | Department of Treasury<br>Internal Revenue Service<br>31 Hopkins Plaza, Rm 1150<br>Baltimore MD 21201 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Yellow Breeches Capital LLC | (d)Anthony C.Y. Cheng<br>1727 Stone Bridge Road<br>Alexandria, VA 22304-1038 | (d)Jumbo Seafood, Inc.<br>619 H Street NW<br>Washington, DC 20001-3731 |
| (d)Yun-Li Cheng<br>1727 Stone Bridge Rd<br>Alexandria, VA 22304-1038 | End of Label Matrix<br>Mailable recipients    35<br>Bypassed recipients     4<br>Total                  39 | |