| | | |
|---|---|---|
| Label Matrix for local noticing<br>0090-1<br>Case 24-00090-ELG<br>United States Bankruptcy Court for the Distri<br>Washington, D.C.<br>Tue Jul  2 15:08:43 EDT 2024 | DC Office of Attorney General<br>400 6th Street, N.W.<br>Washington, DC 20001-0189 | Jumbo Seafood Restaurant, Inc.<br>619 H Street, NW<br>Washington, DC 20001-3731 |
| United Bank<br>c/o Stinson LLP<br>Attn:  Darrell W. Clark<br>1775 Pennsylvania Avenue, NW<br>Suite 800<br>Washington, DC   20006-4760 | Washington, D.C.<br>E. Barrett Prettyman U. S. Courthouse<br>333 Constitution Ave, NW #1225<br>Washington, DC 20001-2802 | 16 East 20, LLC<br>1501 Sulgrave Avenue<br>Suite 311<br>Baltimore, MD 21209-3651 |
| AK Fire Protection Inc.<br>4325 Still Meadow Rd.<br>Fairfax, VA 22032-1631 | Atlantic Seafood International Group, In<br>8533 Terminal Road Unit C & D<br>Lorton, VA 22079-1428 | Charles & 20, LLC<br>1501 Sulgrave Avenue<br>Baltimore, MD 21209-3654 |
| Cheng & Company L.L.C.<br>c/o Wendell Webster, Trustee<br>1101 Connecticut Avenue, NW Suite 402<br>Washington, DC 20036-4303 | Clerk, US Bankruptcy Court<br>333 Constitution Ave., NW<br>Washington, DC 20001-2866 | DC GOV'T OFFICE OF TAX AND REVENUE<br>PO BOX 37559<br>WASHINGTON DC 20013-7559 |
| DC GOV'T OFFICE OF TAX AND REVENUE<br>PO BOX 75520<br>WASHINGTON DC 20013-0520 | DC Office of Tax and Revenue<br>1101 4th St., SW #270<br>Washington, DC 20024-4457 | District of Columbia Water & Sewer Autho<br>1385 Canal Street, SE<br>Washington, DC 20003-5015 |
| Five Star Noodle Inc.<br>1124 Congress Street, NE<br>Washington, DC 20002-3418 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | KMG Hauling Inc.<br>14 Bryant Court<br>Sterling, VA 20166-9574 |
| Mountain View Orchard, Inc.<br>1727 Stonebridge Road<br>Alexandria, VA 22304-1038 | Pepco<br>P.O. Box 13608<br>Philadelphia, PA 19101-3608 | Pepco<br>Pepco Attn: Credit Dept.<br>701 9th St. NW<br>Washington, DC 20001-4572 |
| Rice Noodle House LLC<br>815 6th St NW<br>Washington, DC 20001-4579 | Solid Gold, Inc.<br>6001 Columbia Park Road<br>Hyattsville, MD 20785-3210 | U. S. Trustee for Region Four<br>U. S. Trustee's Office<br>1725 Duke Street<br>Suite 650<br>Alexandria, VA 22314-3489 |
| United Bank<br>C/O Attn. Tracey M. Ohm, Stinson LLP<br>1775 Pennsylvania Ave. NW, Suite 800<br>Washington DC 20006-4760 | Virginia Linen Service, Incorporated<br>875 E Bank St. PO Box 869<br>Petersburg, VA 23803-3470 | Washington Gas<br>6801 Industrial Road<br>Springfield, VA 22151-4205 |
| Wendell Webster, Trustee<br>1101 Connecticut Avenue, NW Suite 402<br>Washington, DC 20036-4303 | Yellow Breeches Capital LLC<br>c/o David V. Fontana, Esq.<br>Gebhardt & Smith LLP<br>One South Street<br>Baltimore, MD 21202-3343 | Maurice Belmont VerStandig<br>The VerStandig Law Firm, LLC<br>9812 Falls Road<br>#114-160<br>Potomac, MD 20854-3976 |

Monique Desiree Almy
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)DC Water and Sewer Authority
1385 Canal Street SE
Washington

(u)Yellow Breeches Capital LLC

(d)DC GOV'T OFFICE OF TAX AND REVENUE
PO BOX 37559
Washington, DC 20013-7559

(u)Wendell W. Webster, Chapter 7 Trustee for

End of Label Matrix
Mailable recipients    30
Bypassed recipients     4
Total                  34