# PRE-BILL

Closing Date: 06/19/2024

On demand      Same as fees

**Webster & Frederickson, PLLC**
**Wendell Webster, Trustee**
**1775 K Street, NW, Ste 290**
**Washington DC, 20006**

Notes: Retainer: waived

Billing Delivery Method: mail

Trustee Representation

NO PHYSICAL FILE
Trustee Representation - Cheng & Company, L.L.C.

| | |
|---|---|
| Matter ID: | 20463-0011 |
| Opened: | 08/18/2023 |
| Status: | Open |
| Staff: | AKR |
| First Reviewer: | JPF |
| Originating: | JPF |
| Partner in Charge: | JMN |

| **Fees** | | | | | **Hours** | **Rate** | **Billable Amount** |
|---|---|---|---|---|---|---|---|
| 08/14/2023 | 2641907 | Drft | JPF | Draft app to employ MH (0.4); M&M (0.5). | 0.90 | 400.00 | 360.00 |
| 08/16/2023 | 2642710 | Drft | JPF | Finalize and file MH and Millichap application (0.5); e-mails to all lenders call with Fontana regarding case (0.4); calls with Webster and Drescher regarding status (0.4); review various pre-conversion motions, schedules, and claims (0.5). | 1.80 | 400.00 | 720.00 |
| 08/17/2023 | 2643052 | Drft | JPF | Call with Nord regarding EagleBank position (0.2); review documents regarding United Bank payoff (0.3); claim against former purchaser (0.3); call with Zupancic (0.2); call with Webster (0.2) | 1.20 | 400.00 | 480.00 |
| 08/18/2023 | 2643560 | Drft | JPF | Gather information regarding payoffs, pricing. | 0.70 | 400.00 | 280.00 |
| 08/29/2023 | 2646435 | E | JPF | E-mails with realtor, Yellow Breeches. | 0.10 | 400.00 | 40.00 |
| 08/30/2023 | 2647052 | E | JPF | Call with Wendell regarding insurance issues, calls with Drescher regarding insurance, tenants. | 0.50 | 400.00 | 200.00 |
| 09/06/2023 | 2649643 | E | JPF | E-mail regarding employment orders. | 0.10 | 400.00 | 40.00 |
| 09/07/2023 | 2649928 | Drft | JPF | Attend 341 | 1.00 | 400.00 | 400.00 |
| 09/08/2023 | 2650462 | Drft | JPF | Submit employment order. | 0.10 | 400.00 | 40.00 |
| 09/11/2023 | 2650792 | Drft | JPF | Revise and upload employment orders. | 0.10 | 400.00 | 40.00 |
| 09/11/2023 | 2650838 | Drft | JPF | Call with realtor regarding property. | 0.20 | 400.00 | 80.00 |

Case 23-00104-ELG   Doc 142-1   Filed 07/02/24   Entered 07/02/24 15:20:33   Desc
Exhibit A - Time Entries   Page 2 of 7

20463-0011/Webster, Wendell
Trustee Representation - Cheng & Company, L.L.C.

Page: 2

**PRE-BILL**

| Date | Ref | Type | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 09/12/2023 | 2651142 | TC | JPF | Call with Fontana regarding Jumbo Seafood (0.2); call with Drescher regarding same (0.2); call with Zupancic et al regarding status (0.4). | 0.80 | 400.00 | 320.00 |
| 09/18/2023 | 2652655 | Drft | JPF | Review realtor recommendation, draft default notice to Jumbo Seafood. | 0.60 | 400.00 | 240.00 |
| 09/19/2023 | 2653145 | Drft | JPF | E-mail with realtors and lenders. | 0.30 | 400.00 | 120.00 |
| 09/21/2023 | 2656781 | Drft | JPF | Calls with realtor, Nord regarding realtor. | 0.20 | 400.00 | 80.00 |
| 09/27/2023 | 2655722 | TC | JPF | Draft Cai complaint, call with Clark regarding same and e-mail Fontana. | 1.50 | 400.00 | 600.00 |
| 10/04/2023 | 2658783 | Drft | JPF | Attend court hearing | 0.20 | 400.00 | 80.00 |
| 10/05/2023 | 2659137 | E | JPF | Attend 341, call with B. Jones regarding motion to reject and turn over in Adams 3. | 0.40 | 400.00 | 160.00 |
| 10/10/2023 | 2660410 | Drft | JPF | Call with realtors. | 0.30 | 400.00 | 120.00 |
| 10/12/2023 | 2661245 | Drft | JPF | Draft motion to reject (1.5); revise and file complaint (0.3). | 1.80 | 400.00 | 720.00 |
| 10/13/2023 | 2661808 | E | JPF | E-mail court regarding summons, draft affidavit of service. Calendar deadlines. | 0.50 | 400.00 | 200.00 |
| 10/17/2023 | 2662867 | TC | JPF | Call with D. Clark regarding Jumbo Seafood issues. | 0.20 | 400.00 | 80.00 |
| 10/18/2023 | 2663198 | Drft | JPF | Draft Settlement Order and Motion with Settlement Corp (.9); call with Steven and review Drescher objection regarding rejection (0.2) | 1.10 | 400.00 | 440.00 |
| 10/23/2023 | 2664668 | Ct | JPF | 341 meeting. | 0.70 | 400.00 | 280.00 |
| 10/25/2023 | 2665379 | E | JPF | E-mail with realtors regarding motion to reject. | 0.20 | 400.00 | 80.00 |
| 10/27/2023 | 2665912 | TC | JPF | Call with realtor and potential purchaser. | 0.30 | 400.00 | 120.00 |
| 10/31/2023 | 2668297 | Prep | JPF | Prepare for hearing (0.4), call with Steven (0.2); work on exhibits (0.4) | 1.00 | 400.00 | 400.00 |
| 11/01/2023 | 2668202 | Ct | JPF | Prepare for and attend turnover hearing. | 2.00 | 400.00 | 800.00 |
| 11/01/2023 | 2668210 | Drft | JPF | Draft consent order. | 0.40 | 400.00 | 160.00 |
| 11/02/2023 | 2679309 | TC | JPF | Work on Cheng consent order, e-mail Steven. | 0.50 | 400.00 | 200.00 |
| 11/07/2023 | 2679465 | TC | JPF | Call with Samuelson regarding settlement and e-mail regarding same. | 0.60 | 400.00 | 240.00 |
| 11/08/2023 | 2670415 | Drft | JPF | Work on Cai settlement, call with Samuelson, e-mail to lenders, draft settlement | 0.90 | 400.00 | 360.00 |
| 11/10/2023 | 2679569 | Drft | JPF | Draft stipulation to extend regarding Cai | 0.30 | 400.00 | 120.00 |

Case 23-00104-ELG   Doc 142-1   Filed 07/02/24   Entered 07/02/24 15:20:33   Desc
Exhibit A - Time Entries   Page 3 of 7

**PRE-BILL**　20463-0011/Webster, Wendell
Trustee Representation - Cheng & Company, L.L.C.

Page: 3

| Date | ID | Type | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 11/13/2023 | 2679558 | Rev | JPF | Work on Cai settlement order | 0.40 | 400.00 | 160.00 |
| 11/14/2023 | 2679540 | Drft | JPF | Revise Cai settlement. | 0.40 | 400.00 | 160.00 |
| 11/14/2023 | 2672002 | Drft | KRF | Motion to Approve Settlement | 2.30 | 325.00 | 747.50 |
| 11/16/2023 | 2672569 | Admin | CSM | Prepare Envelopes. Mass Mailing of Motion to Approve Consent Order | 0.50 | 140.00 | 70.00 |
| 11/16/2023 | 2676879 | Drft | JPF | Finalize and file Cai 9019. | 0.90 | 400.00 | 360.00 |
| 11/17/2023 | 2676870 | Drft | JPF | Draft debt summary for realtor (0.3); e-mails Clark regarding MFR (0.2); email court regarding consent order (0.1) | 0.60 | 400.00 | 240.00 |
| 11/20/2023 | 2673804 | Drft | JPF | Call with D. Clark regarding MFR. | 0.30 | 400.00 | 120.00 |
| 11/22/2023 | 2676855 | Drft | JPF | Draft Cai stipulation. | 0.20 | 400.00 | 80.00 |
| 11/29/2023 | 2676195 | Drft | JPF | Call wiht realtor and potential buyer. | 0.70 | 400.00 | 280.00 |
| 12/01/2023 | 2679262 | Drft | JPF | Calls with realtor. | 0.40 | 400.00 | 160.00 |
| 12/05/2023 | 2679224 | Drft | JPF | Call with Webster, Clark regarding stay hearing. | 0.40 | 400.00 | 160.00 |
| 12/06/2023 | 2679203 | Drft | JPF | Hearing regarding stay. | 0.30 | 400.00 | 120.00 |
| 12/08/2023 | 2679690 | TC | JPF | Email Steven regarding rent (0.1); call with Fontana (0.1); e-mail with M. Zupancic and review and approve letter of intent (0.3). | 0.50 | 400.00 | 200.00 |
| 12/09/2023 | 2679699 | E | JPF | E-mail court to remove 12/13 hearing. | 0.10 | 400.00 | 40.00 |
| 12/11/2023 | 2680435 | E | JPF | E-mails regarding scheduling. | 0.10 | 400.00 | 40.00 |
| 12/13/2023 | 2684898 | Work | JMN | Call with Settlement Corp. Cheng and Company. | 0.30 | 525.00 | 157.50 |
| 12/19/2023 | 2682783 | E | JPF | E-mails regarding turnover of deposit, review 9019 | 0.50 | 400.00 | 200.00 |
| 12/20/2023 | 2682732 | Admin | CSM | Prepare Envelopes. Mailing of Notice of Motion and Notice of Hearing on Motion to Approve Compromise of Controversy between Trustee and United Bank | 0.30 | 140.00 | 42.00 |
| 12/29/2023 | 2685109 | Drft | JPF | Draft notice of dismissal. | 0.20 | 400.00 | 80.00 |
| 01/09/2024 | 2700836 | TC | JPF | Call with realtor regarding status. | 0.30 | 400.00 | 120.00 |
| 01/10/2024 | 2700824 | E | JPF | Submit dismissal order. | 0.20 | 400.00 | 80.00 |
| 01/12/2024 | 2688823 | Drft | JPF | Call with Clark regarding status of sale. Draft lien regarding consent order. | 0.40 | 400.00 | 160.00 |
| 01/15/2024 | 2689006 | Drft | JPF | Submit orders. | 0.20 | 400.00 | 80.00 |
| 01/17/2024 | 2690271 | TC | JPF | Call with realtor regarding options. | 0.20 | 400.00 | 80.00 |
| 02/07/2024 | 2701510 | TC | JPF | Call regarding offers with Slowinski and Zupancic | 0.30 | 400.00 | 120.00 |
| 02/09/2024 | 2702269 | TC | JPF | Call with Fontana regarding status. | 0.20 | 400.00 | 80.00 |

**PRE-BILL**    20463-0011 / Webster, Wendell
Trustee Representation - Cheng & Company, L.L.C.

| Date | ID | Type | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 02/19/2024 | 2704221 | TC | JPF | Call with Steven regarding building. | 0.20 | 400.00 | 80.00 |
| 03/04/2024 | 2709208 | E | JPF | Call with Clark, e-mail realtors | 0.20 | 400.00 | 80.00 |
| 03/05/2024 | 2719235 | TC | JPF | Call with Steven and prepare writ motion. | 1.20 | 400.00 | 480.00 |
| 03/06/2024 | 2709737 | Drft | JPF | Finalize writ motion. | 0.70 | 400.00 | 280.00 |
| 03/07/2024 | 2719225 | TC | JPF | E-mail and call with realtors regarding Jumbo status. | 0.20 | 400.00 | 80.00 |
| 03/12/2024 | 2710934 | TC | JPF | Call with realtors (0.3); e-mail Lichtenstein and Clark regarding writ (0.2) | 0.50 | 400.00 | 200.00 |
| 03/20/2024 | 2713571 | Ct | JPF | Court hearing on motion for writ. | 0.50 | 400.00 | 200.00 |
| 03/27/2024 | 2716883 | TC | JPF | Call with realtors regarding Monument offer | 0.30 | 400.00 | 120.00 |
| 04/01/2024 | 2717597 | TC | JPF | Work on motion for relief (2.3); call with Verstandig regarding same (0.5) | 2.80 | 400.00 | 1,120.00 |
| 04/02/2024 | 2717981 | Drft | JPF | Finalize motion for relief, draft motion to expedite. | 1.00 | 400.00 | 400.00 |
| 04/02/2024 | 2717762 | Admin | MEE | Printed, assembled documents for mailing | 2.00 | 115.00 | 230.00 |
| 04/03/2024 | 2718397 | TC | JPF | Calls with realtor regarding call for offers (0.3); call with Eustis regarding Jumbo case (0.3); call with Verstandig (0.2) | 0.80 | 400.00 | 320.00 |
| 04/05/2024 | 2719123 | Drft | JPF | Review Jumbo complaint (0.4); call with Clark regarding Jumbo complaint and sale (0.3); call with realtors regarding call for offers (0.3); call with Verstandig regarding complaint (0.2). | 1.20 | 400.00 | 480.00 |
| 04/06/2024 | 2719184 | Drft | JPF | Draft motion to sell (1.1); bid procedures motion (1.2); motion to dismiss Jumbo adversaries (2.3). | 4.60 | 400.00 | 1,840.00 |
| 04/08/2024 | 2719570 | Drft | JPF | Draft motion to expedite (0.5); call with M. Zupancic regarding Monument bid (0.5); call with Verstandig regarding MFR stipulations (0.3). | 1.30 | 400.00 | 520.00 |
| 04/09/2024 | 2720190 | Drft | JPF | Review Jumbo opposition to MFR (0.4); call with realtors (0.3); call with D. Clark (0.3). | 1.00 | 400.00 | 400.00 |
| 04/10/2024 | 2720732 | Drft | JPF | Meet with Verstandig (0.5); calls with realtor (0.7); hearing regarding stay motion in Jumbo (0.3). | 1.50 | 400.00 | 600.00 |
| 04/12/2024 | 2721645 | Drft | JPF | Call with realtors, review contract. | 0.50 | 400.00 | 200.00 |
| 04/15/2024 | 2722168 | TC | JPF | Call with realtors | 0.20 | 400.00 | 80.00 |
| 04/15/2024 | 2722802 | Admin | MEE | Printed documents, assembled for mailing. | 2.00 | 115.00 | 230.00 |
| 04/16/2024 | 2722570 | TC | JPF | Call with Monument Realty | 0.30 | 400.00 | 120.00 |

PRE-BILL    20463-0011/Webster, Wendell
Trustee Representation - Cheng & Company, L.L.C.

| Date | ID | Type | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 04/17/2024 | 2723092 | Ct | JPF | Attend Jumbo hearing. | 0.20 | 400.00 | 80.00 |
| 04/17/2024 | 2723105 | Drft | JPF | Call with Zupancic and Slowinski, finalize sale motion and bid procedures. | 2.00 | 400.00 | 800.00 |
| 04/18/2024 | 2723286 | Admin | CSM | Prepare Labels and Envelopes. Assist MEE with Mailing of Notices of Motion and Notice of Hearing on Motion to Sell Free and Clear of Liens and Interests re: 619 H Street, NW Washington DC. | 0.50 | 140.00 | 70.00 |
| 04/18/2024 | 2723464 | Drft | JPF | Finalize motion to sell and bid procedures (0.8); finalize and file Jumbo motion to dismiss (2.0); Calls with Fontana (.3); (0.2) | 3.30 | 400.00 | 1,320.00 |
| 04/19/2024 | 2724115 | Ct | JPF | Attend Jumbo 341 (1.6); call with Potkin regarding sale (0.2). | 1.80 | 400.00 | 720.00 |
| 04/22/2024 | 2724349 | Drft | JPF | Call with Verstandig regarding proposed Jumbo resolution (0.2); e-mail Potkin regarding sale (0.1). Work on skeletal fee application (0.5). | 0.80 | 400.00 | 320.00 |
| 04/23/2024 | 2724748 | Drft | JPF | Work on consent order regarding Jumbo, call with Verstandig regarding same (1.5). Call with realtors and Murillo regarding bid (0.4) | 1.90 | 400.00 | 760.00 |
| 04/24/2024 | 2725151 | Drft | JPF | Attend Jumbo hearing, upload order, e-mail Zupancic regarding same. | 0.80 | 400.00 | 320.00 |
| 04/29/2024 | 2727923 | Drft | JPF | Call with Verstandig and Potkin regarding credit bidding. | 0.50 | 400.00 | 200.00 |
| 04/30/2024 | 2727769 | Drft | JPF | Call with potential buyer (0.3); call with Zupancic regarding prep for hearing (0.3); call with Verstandig regarding objection (0.3); review same and draft order (0.6) | 1.50 | 400.00 | 600.00 |
| 05/01/2024 | 2728436 | Drft | JPF | Attend court hearing (0.5); call wtih J. Olsen (0.3); submit order (0.1); call Verstandig regarding keys (0.1); call Slowinski (0.1) | 1.10 | 400.00 | 440.00 |
| 05/06/2024 | 2729837 | Drft | JPF | Draft sale order. | 1.30 | 400.00 | 520.00 |
| 05/07/2024 | 2730238 | TC | JPF | Calls and e-mails with several potential bidders (0.6); call with Fontana (0.2). | 0.80 | 400.00 | 320.00 |
| 05/08/2024 | 2730495 | Prep | JPF | Calls with Nord, Potkin and Fontana to resolve lender disbursement issues (0.6) | 3.50 | 400.00 | 1,400.00 |
| 05/09/2024 | 2730780 | TC | JPF | Call and e-mail with Monument (0.2); call with Verstandig regarding keys (0.2); revise sale order and e-mail all lenders (0.4). Review Jumbo Seafood status report (0.2) | 1.00 | 400.00 | 400.00 |

Case 23-00104-ELG    Doc 142-1    Filed 07/02/24    Entered 07/02/24 15:20:33    Desc
Exhibit A - Time Entries    Page 6 of 7

Page: 6

PRE-BILL

20463-0011/Webster, Wendell
Trustee Representation - Cheng & Company, L.L.C.

| Date | ID | Type | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 05/10/2024 | 2731005 | Drft | JPF | Work on sale order (0.4); e-mails regarding locksmith and call with Verstandig regarding same (0.2). Draft status report (0.6) | 1.20 | 400.00 | 480.00 |
| 05/13/2024 | 2731757 | Drft | JPF | Call with Potkin, call with Clark, revise status report. | 0.30 | 400.00 | 120.00 |
| 05/14/2024 | 2732132 | Prep | JPF | Prepare for hearing auction. | 1.20 | 400.00 | 480.00 |
| 05/15/2024 | 2732653 | Ct | JPF | Prepare for, travel to and from, and attend auction and sale hearing (5.0); call with R. Farmer and A. Lazerowitz therafter regarding followup (0.2); e-mails with settlement agent regarding items needed (0.3); draft withdrawal of sale report and order dismissing show cause (0.2); call with Yogi the locksmith (0.1). | 5.80 | 400.00 | 2,320.00 |
| 05/16/2024 | 2733043 | TC | JPF | Call with settlement agent regarding various items needed. | 0.40 | 400.00 | 160.00 |
| 05/23/2024 | 2734980 | E | JPF | E-mail | 0.10 | 400.00 | 40.00 |
| 05/23/2024 | 2740862 | Drft | JPF | Work on closing issues | 0.40 | 400.00 | 160.00 |
| 05/30/2024 | 2737074 | Drft | JPF | Call wtih realtor, e-mails regarding closing. | 0.20 | 400.00 | 80.00 |
| 06/06/2024 | 2739434 | Drft | JPF | Calls with title agent regarding closing | 0.40 | 400.00 | 160.00 |
| 06/10/2024 | 2740359 | Drft | JPF | Call with Deckelbaum, Farmer regarding closing. | 0.50 | 400.00 | 200.00 |
| 06/11/2024 | 2740740 | Drft | JPF | Work on closing issues, draft report of sale. | 0.60 | 400.00 | 240.00 |
| 06/12/2024 | 2741301 | Drft | JPF | Multiple calls regarding closing with Deckelbaum (0.7); review deeds and settlement statements (0.3); call with Verstandig regarding rent issue (0.3) | 1.30 | 400.00 | 520.00 |
| 06/13/2024 | 2741522 | Drft | JPF | Work on fee application (0.3); settlement motion (1.3); call with buyer (0.1). | 1.70 | 400.00 | 680.00 |
| 06/14/2024 | 2742942 | TC | JPF | Attend to closing, multiple calls with Deckelbaum, Nord, Clark, and Farmer. | 2.30 | 400.00 | 920.00 |
| 06/17/2024 | 2742827 | Drft | JPF | Finalize disbursement approval (2.2). | 1.20 | 400.00 | 480.00 |
| 06/18/2024 | 2742972 | Drft | JPF | Work on fee application. | 2.00 | 400.00 | 800.00 |
| | | | | | | Sub-total Fees: | $36,907.00 |

**Rate Summary**

| | | |
|---|---|---|
| Meagan E. Evans | 4.00 hours at $115.00/hr | 460.00 |
| Justin P. Fasano | 88.40 hours at $400.00/hr | 35,360.00 |
| Kevin R. Feig | 2.30 hours at $325.00/hr | 747.50 |

**PRE-BILL**  20463-0011 / Webster, Wendell
Trustee Representation - Cheng & Company, L.L.C.

|  |  |  |
|---|---|---|
| Cynthia Martin | 1.30 hours at $140.00/hr | 182.00 |
| Janet M. Nesse | 0.30 hours at $525.00/hr | 157.50 |
| Total hours: | 96.30 |  |

### Expenses

| Date | | Description | Amount |
|---|---|---|---|
|  | Ex | PACER Search Fee | 20.50 |
| 04/02/2024 | Ex | Filing Fee | 199.00 |
| 04/18/2024 | Ex | Filing Fee | 199.00 |
| 05/16/2024 | Ex | Service Fee - Lock Services - Kennedy Locksmith | 125.00 |
|  | Ex | Copies | 30.20 |
|  | Ex | Postage | 56.97 |
|  | Ex | Prints - BW | 232.40 |
|  |  | Sub-total Expenses: | $863.07 |

### Escrow Account

Beginning Balance: 0.00

| Date | Description | Amount |
|---|---|---|
| 05/07/2024 | Trust Deposit - Incoming Wire - DP Capital LLC | 200,000.00 |
| 05/08/2024 | Trust Deposit - Incoming Wire - Foxhall Real Estate, LLC | 200,000.00 |
| 05/08/2024 | Trust Deposit - Incoming Wire - Amazing Taste, LLC | 200,000.00 |
| 05/17/2024 | Outgoing Wire - Foxhall Real Estate - Refund of Deposit | (200,000.00) |
| 06/14/2024 | Outgoing Wire - SettlementCorp - Baltimore Midtown LLC | (200,000.00) |
| 06/18/2024 | Outgoing Wire - DP Capital, LLC - Refund of Deposit | (200,000.00) |

Ending Balance: $0.00

Total Current Billing: $37,770.07

**Total Now Due: $37,770.07**

Escrow Balance: $0.00

| Current | Over 30 | Over 60 | Over 90 |
|---|---|---|---|

Initials:

_____ Apply Escrow   _____ Bill As Is   _____ Bill Flat Fee   _____ Update to Email

_____ Bill with Edits   _____ On Hold   _____ Bill Cost Only   _____ Email Address