**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **IN RE:** | ) | **23-00104-ELG** |
| **CHENG & COMPANY L.L.C.,** | ) | **CHAPTER 7** |
| | ) | |
| **Debtor.** | ) | |
| | ) | |

**ORDER GRANTING FIRST AND FINAL APPLICATION
OF MCNAMEE HOSEA, P.A. FOR ALLOWANCE OF
COMPENSATION AND REIMBURSEMENT OF EXPENSES**

Upon consideration of the *First and Final Application for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred* (the "Application") filed by McNamee Hosea, P.A. ("McNamee Hosea"), and the Application having been filed and served pursuant to Bankruptcy Rules 2002 and 2016; and this Court having fully considered the record before it; and good and sufficient cause appearing therefore, it is hereby

**ORDERED**, that the Application is **GRANTED**; and it is further

**ORDERED,** that the request for an administrative expense contained within the Application be, and the same is hereby, approved and allowed, on an interim basis, for the period of August 16, 2023, to June 24, 2024, in the amount of $35,000.00 as compensation for services

rendered, and in the additional amount of **$863.07** for reimbursement for out-of-pocket expenses for a total amount of **$35,863.07**; and it is further

**ORDERED,** that absent further order of the Court, upon approval of the Trustee's Final Report, that this interim award shall be deemed to be awarded on a final basis; and it is further

**ORDERED,** that the Trustee is authorized to pay all amounts awarded above.

### END OF ORDER

cc:   Office of the United States Trustee
      1725 Duke Street
      Alexandria, VA 22314

### I ASK FOR THIS

/s/ Justin P. Fasano
Janet M. Nesse (D.C. Bar 358514)
Justin P. Fasano (D.C. Bar MD21201)
McNamee Hosea et al.
6411 Ivy Lane, Suite 200
Greenbelt, MD 20770
Telephone: (301) 441-2420
Facsimile: (301) 982-9450
*Counsel for the Chapter 7 Trustee*

### SEEN

GERARD VETTER
ACTING U.S. TRUSTEE, REGION 4

TO BE ADDED UPON RECEIPT
Kristen S. Eustis (DC Bar No. MD28984)
Trial Attorney
Office of United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314
(703) 557-7227
Kristen.S.Eustis@usdoj.gov

2