IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | * | |
| Cheng & Company, LLC | * | Case No. 23-00104 ELG |
| | | (Chapter 7) |
| Debtor. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

NOTICE OF APPLICATION
FOR ALLOWANCE OF COMPENSATION

PLEASE TAKE NOTICE that Drescher & Associates, P.A., counsel for the above captioned Debtor, has filed an Application for Allowance of Compensation and Reimbursement of Expenses (the "Application") for services and expenses for the period April 19, 2023 through November 1, 2023. Ronald J. Drescher devoted 62.7 hours at the hourly rate of $400.00, for total fees of $25,160 and $250 for reimbursement of expenses, for a total award of $25,410.

Unless an objection is filed with the Clerk, United States Bankruptcy Court for the District of Columbia, 333 Constitution Avenue, N.W., Washington, DC 20001 and a copy served upon undersigned counsel within twenty-one (21) days of the date of this notice, Drescher & Associates, P.A. will seek entry of the order allowing compensation and reimbursement of expenses. Any objection must set forth a complete, specific, factual and legal basis for the objection. If objections are filed, the Court may conduct a hearing and the objecting party may appear and enter evidence at such hearing. If no objections are filed, the Court may enter an order granting the Application without a hearing.

Dated: July 9, 2024

                                         */s/Ronald J. Drescher*
                                         Ronald J. Drescher
                                         Federal Bar No. 08712
                                         10999 Red Run Blvd. Suite 205
                                         PMB 224
                                         Owings Mills, MD 21117
                                         (410) 484-9000
                                         rondrescher@drescherlaw.com

                                         Attorney for the Debtors

Ronald J. Drescher, MD08712
Drescher & Associates, P.A.
10999 Red Run Blvd. Suite 205
PMB 224
Owings Mills, MD 21117
(410) 484-9000
Fax (410) 484-8120
rondrescher@drescherlaw.com

Counsel for Cheng & Company, L.L.C.