IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | * | |
| Cheng & Company, LLC | * | Case No. 23-00104 ELG (Chapter 11) |
| Debtor. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

ORDER GRANTING COMPENSATION

UPON consideration of the First Interim Application for Compensation filed by Drescher & Associates, P.A. (the "Applicant") seeking compensation for fees and reimbursement of expenses for the period April 17, 2023 through November 1, 2023, and notice having been provided, upon consideration of any opposition thereto, and good and sufficient cause appearing therefore, it is by the United States Bankruptcy Court for the District of Columbia

ORDERED, that the request for compensation be, and the same hereby is, granted to the extent that Applicant shall be allowed compensation for professional services rendered in

Ronald J. Drescher, MD08712
Drescher & Associates, P.A.
10999 Red Run Blvd. Suite 205
PMB 224
Owings Mills, MD 21117
(410) 484-9000
Fax (410) 484-8120
rondrescher@drescherlaw.com

Counsel for Cheng & Company, L.L.C.

this proceeding in the amount of $25,160.00 for compensation for services rendered and $250.00 for reimbursement of expenses, for a total award of $25,410.00; and it is further

ORDERED, that the Applicant may apply any sums already received to the award authorized by this Order.

***End of Order***

cc:

Ronald J. Drescher
10999 Red Run Blvd. Suite 205
PMB 224
Owings Mills, MD 21117