

**Drescher & Associates, PA**
10999 Red Run Blvd
Suite 205 PMB 318
Owings Mills, MD 21117
(410) 484-9000

July 09, 2024

Tony Cheng

**Invoice Number: 1118**
Invoice Period: 04-19-2023 - 07-09-2024

**RE: Multiple Matters**

Creditor Matters
Employment/Fee Applications
General Case Administration
Litigation
Petition/Schedules
Plan
Property Sale

## Creditor Matters

### Time Details

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07-11-2023 | Ronald Drescher | telephone conference with D. Clarke re prospect of filing joint plan | 0.30 | 400.00 | 120.00 |
| 07-26-2023 | Ronald Drescher | review Eagle Bank POC | 0.20 | 400.00 | 80.00 |
| | | | | **Total** | 200.00 |

### Time Summary

| Professional | Hours | Amount |
|---|---|---|
| Ronald Drescher | 0.50 | 200.00 |
| **Total** | | 200.00 |

## Employment/Fee Applications

### Time Details

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05-02-2023 | Ronald Drescher | review limited objection to app to employ RJD | 0.30 | 400.00 | 120.00 |
| 05-03-2023 | Ronald Drescher | respond to US Trustee objection to app to employ RJD; amend Disclosure of Compensation | 1.00 | 400.00 | 400.00 |
| 05-03-2023 | Ronald Drescher | prepare consent order on app to employ | 0.70 | 400.00 | 280.00 |

| Date | Professional | Description | Hours | Rate | Amount |
|------|-------------|-------------|-------|------|--------|
| 05-03-2023 | Ronald Drescher | telephone conference with Sara Mayson re US Trustee objection | 0.30 | 400.00 | 120.00 |
| 06-09-2023 | Ronald Drescher | prepare app to employ realtor | 1.00 | 400.00 | 400.00 |
| 06-13-2023 | Ronald Drescher | finalize and file motion to employ realtor | 0.50 | 400.00 | 200.00 |
| 07-17-2023 | Ronald Drescher | telephone conference with realtor re denial of approval by court | 0.30 | 400.00 | 120.00 |
| 08-23-2023 | Ronald Drescher | Prepare fee application | 3.00 | 400.00 | 1,200.00 |
| | | | **Total** | | 2,840.00 |

## Time Summary

| Professional | Hours | Amount |
|-------------|-------|--------|
| Ronald Drescher | 7.10 | 2,840.00 |
| **Total** | | 2,840.00 |

## Expenses

| Description | Amount |
|------------|--------|
| Copying and mailing fee application | 100.00 |
| **Total Expenses** | 100.00 |

# General Case Administration

## Time Details

| Date | Professional | Description | Hours | Rate | Amount |
|------|-------------|-------------|-------|------|--------|
| 04-19-2023 | Ronald Drescher | correspondence with US Trustee re IDI, 341 | 0.30 | 400.00 | 120.00 |
| 04-19-2023 | Ronald Drescher | correspondence with client, US Trustee re IDI, 341 | 0.40 | 400.00 | 160.00 |
| 04-20-2023 | Ronald Drescher | correspondence with US Trustee re scheduling IDI | 0.40 | 400.00 | 160.00 |
| 04-24-2023 | Ronald Drescher | attend IDI | 1.00 | 400.00 | 400.00 |
| 04-25-2023 | Ronald Drescher | review client US Trustee submissions | 0.30 | 400.00 | 120.00 |
| 04-26-2023 | Ronald Drescher | correspondence with US Trustee re SOFA | 0.30 | 400.00 | 120.00 |
| 05-03-2023 | Ronald Drescher | correspondence with H. Acevedo re requested documents | 0.30 | 400.00 | 120.00 |
| 05-11-2023 | Ronald Drescher | correspondence with client re DIP account | 0.30 | 400.00 | 120.00 |
| 05-16-2023 | Ronald Drescher | correspondence with US Trustee re outstanding documents | 0.70 | 400.00 | 280.00 |
| 05-18-2023 | Ronald Drescher | attend 341 | 1.80 | 400.00 | 720.00 |
| 05-18-2023 | Ronald Drescher | telephone conference with Sara Maynard re US Trustee requirements | 0.30 | 400.00 | 120.00 |

| Date | Professional | Description | Hours | Rate | Amount |
|------|-------------|-------------|-------|------|--------|
| 05-24-2023 | Ronald Drescher | review insurance quote | 0.40 | 400.00 | 160.00 |
| 05-25-2023 | Ronald Drescher | correspondence with Julie Cheng re items required for US Trustee; discussion of outstanding matters impacting reorganization | 0.50 | 400.00 | 200.00 |
| 06-06-2023 | Ronald Drescher | correspondence with client re status conference | 0.30 | 400.00 | 120.00 |
| 06-07-2023 | Ronald Drescher | attend status hearing | 1.00 | 400.00 | 400.00 |
| 06-13-2023 | Ronald Drescher | telephone conference with Julie Cheng re deposit issues | 0.30 | 400.00 | 120.00 |
| 06-23-2023 | Ronald Drescher | review MOR requirements; correspondence with H. Acevedo re form | 0.40 | 400.00 | 160.00 |
| 06-27-2023 | Ronald Drescher | efforts to create operating reports | 0.50 | 400.00 | 200.00 |
| 07-11-2023 | Ronald Drescher | review bank statements; begin to prepare operating reports | 0.70 | 400.00 | 280.00 |
| 07-25-2023 | Ronald Drescher | review bank statements; prepare status report | 2.00 | 400.00 | 800.00 |
| 07-26-2023 | Ronald Drescher | correspondence with client re chapter 7 concerns | 0.30 | 400.00 | 120.00 |
| 07-31-2023 | Ronald Drescher | telephone conference with trustee re outstanding issues | 0.30 | 400.00 | 120.00 |
| 08-11-2023 | Ronald Drescher | review order and requirements; telephone conference with trustee; correspondence with client; telephone conference with client re post-conversion requirements | 1.00 | 400.00 | 400.00 |
| 08-14-2023 | Ronald Drescher | telephone conference with Julie Cheng re payment to trustee | 0.30 | 400.00 | 120.00 |
| 08-16-2023 | Ronald Drescher | review applications to employ realtor/attorney; telephone conference with J. Fasano re status; telephone conference with J. Cheng re payment of funds to trustee | 1.30 | 400.00 | 520.00 |
| 09-06-2023 | Ronald Drescher | telephone conference with client re 341; telephone conference with trustee; review interrogatories; correspondence with trustee | 1.30 | 400.00 | 520.00 |
| 09-07-2023 | Ronald Drescher | attend 341 | 1.50 | 400.00 | 600.00 |
| 09-13-2023 | Ronald Drescher | telephone conference with J. Fasano re Jumbo Seafood | 0.30 | 400.00 | 120.00 |
| 09-22-2023 | Ronald Drescher | telephone conference with client re prospects of sale/ loan | 0.50 | 400.00 | 200.00 |
| 09-28-2023 | Ronald Drescher | telephone conference with L. Katz re Jumbo Seafood lease | 0.30 | 400.00 | 120.00 |

| Date | Professional | Description | Hours | Rate | Amount |
|------|-------------|-------------|-------|------|--------|
| 10-02-2023 | Ronald Drescher | telephone conference with Wendell Webster re items required for 341 | 0.40 | 400.00 | 160.00 |
| 10-05-2023 | Ronald Drescher | telephone conference with client, trustee re mechanics for 341; attend 341 | 1.50 | 400.00 | 600.00 |
| 10-23-2023 | Ronald Drescher | prepare for 341; telephone conference with D. Stevens re Jumbo Seafood; attend 341 | 2.50 | 400.00 | 1,000.00 |
| | | | **Total** | | 9,480.00 |

## Time Summary

| Professional | Hours | Amount |
|--------------|-------|--------|
| Ronald Drescher | 23.70 | 9,480.00 |
| **Total** | | 9,480.00 |

## <u>Litigation</u>

### Time Details

| Date | Professional | Description | Hours | Rate | Amount |
|------|-------------|-------------|-------|------|--------|
| 04-25-2023 | Ronald Drescher | review United Bank 362(d)(3) motion | 0.40 | 400.00 | 160.00 |
| 04-25-2023 | Ronald Drescher | telephone conference with D. Clarke re United Bank motion | 0.30 | 400.00 | 120.00 |
| 05-01-2023 | Ronald Drescher | review motion to prohibit use of cash collateeral | 0.50 | 400.00 | 200.00 |
| 05-02-2023 | Ronald Drescher | telephone conference with D. Montana re cash collateral, sale issues | 0.30 | 400.00 | 120.00 |
| 05-02-2023 | Ronald Drescher | telephone conference with D. Clarke re outstanding motions | 0.20 | 400.00 | 80.00 |
| 05-22-2023 | Ronald Drescher | correspondence with counsel re cash collateral; correspondence with US T re insurance issue | 0.50 | 400.00 | 200.00 |
| 05-25-2023 | Ronald Drescher | review US Trustee motion to dismiss/convert; review Yellow Breeches response | 1.00 | 400.00 | 400.00 |
| 05-30-2023 | Ronald Drescher | review Yellow Breeches limited objection to MTD | 0.50 | 400.00 | 200.00 |
| 05-30-2023 | Ronald Drescher | review United Bank limited response to MTD | 0.50 | 400.00 | 200.00 |
| 05-30-2023 | Ronald Drescher | correspondence with with Sara Maynard re additional items for production to address concerns raised in MTD | 1.00 | 400.00 | 400.00 |
| 05-30-2023 | Ronald Drescher | correspondence with chambers re cancelation of MTD on docket | 0.30 | 400.00 | 120.00 |
| 06-27-2023 | Ronald Drescher | review motion to appoint trustee/for relief from stay | 1.00 | 400.00 | 400.00 |
| 06-27-2023 | Ronald Drescher | telephone conference with D. Clarke re appointment of | 0.30 | 400.00 | 120.00 |

| Date | Professional | Description | Hours | Rate | Amount |
|------|--------------|-------------|-------|------|--------|
| | | ch 11 trustee | | | |
| 07-11-2023 | Ronald Drescher | review Yellow Breeches response to MFR | 1.00 | 400.00 | 400.00 |
| 07-16-2023 | Ronald Drescher | prepare oppositions to UST MTD and United Bank MFR | 1.00 | 400.00 | 400.00 |
| 07-18-2023 | Ronald Drescher | review Yellow Breeches/United Bank responses to US Trustee motion | 0.80 | 400.00 | 320.00 |
| 07-25-2023 | Ronald Drescher | correspondence with client re options, motion appoint trustee | 0.50 | 400.00 | 200.00 |
| 07-26-2023 | Ronald Drescher | correspondence with D. Evans; correspondence with client re converstion to chapter 7 | 0.50 | 400.00 | 200.00 |
| 07-26-2023 | Ronald Drescher | attend hearing on various motions and status conference | 2.00 | 400.00 | 800.00 |
| 09-25-2023 | Ronald Drescher | telephone conference with N. Hantzes, telephone conference with T. Cheng re trustee demand that Jumbo seafood vacate premises | 0.50 | 400.00 | 200.00 |
| 10-18-2023 | Ronald Drescher | review motion to reject; correspondence with Cheng's; prepare response | 1.50 | 400.00 | 600.00 |
| 10-31-2023 | Ronald Drescher | research rejection standards; telephone conference with D. Staevens; review exhibit/witness list | 1.00 | 400.00 | 400.00 |
| 11-01-2023 | Ronald Drescher | telephone conference with D. Clarke; review pleadings; appear at hearing on motion to reject; telephone conference with Julie Cheng | 2.50 | 400.00 | 1,000.00 |
| | | **Total** | | | 7,240.00 |

## Time Summary

| Professional | Hours | Amount |
|--------------|-------|--------|
| Ronald Drescher | 18.10 | 7,240.00 |
| **Total** | | 7,240.00 |

## Petition/Schedules

### Time Details

| Date | Professional | Description | Hours | Rate | Amount |
|------|--------------|-------------|-------|------|--------|
| 04-19-2023 | Ronald Drescher | prepare statement of equity security holder | 0.40 | 350.00 | 140.00 |
| | | **Total** | | | 140.00 |

### Time Summary

| Professional | Hours | Amount |
|--------------|-------|--------|
| Ronald Drescher | 0.40 | 140.00 |
| **Total** | | 140.00 |

## Plan

## Time Details

| Date | Professional | Description | Hours | Rate | Amount |
|------|------------|-------------|-------|------|--------|
| 04-24-2023 | Ronald Drescher | prepare plan of liquidation | 2.00 | 400.00 | 800.00 |
| | | | Total | | 800.00 |

## Time Summary

| Professional | Hours | Amount |
|-------------|-------|--------|
| Ronald Drescher | 2.00 | 800.00 |
| Total | | 800.00 |

## Property Sale

### Time Details

| Date | Professional | Description | Hours | Rate | Amount |
|------|------------|-------------|-------|------|--------|
| 04-26-2023 | Ronald Drescher | telephone conference with M. Nord re Eagle Bank issue on sale of property | 0.30 | 400.00 | 120.00 |
| 05-02-2023 | Ronald Drescher | telephone conference with N. Hantzes re closing | 0.20 | 400.00 | 80.00 |
| 05-16-2023 | Ronald Drescher | begin to prepare motion to sell property | 3.00 | 400.00 | 1,200.00 |
| 05-16-2023 | Ronald Drescher | telephone conference with M. Nord and D. Fontana | 0.30 | 400.00 | 120.00 |
| 05-18-2023 | Ronald Drescher | telephone conference with Tony Cheng re sale | 0.30 | 400.00 | 120.00 |
| 05-23-2023 | Ronald Drescher | conf call with T. Cheng and D. Evans re closing of H street property | 0.50 | 400.00 | 200.00 |
| 06-05-2023 | Ronald Drescher | correspondence with client re release of funds | 0.30 | 400.00 | 120.00 |
| 06-06-2023 | Ronald Drescher | telephone conference with Sara Maynard re sale | 0.40 | 400.00 | 160.00 |
| 06-06-2023 | Ronald Drescher | telephone conference with D Fontana re sale | 0.30 | 400.00 | 120.00 |
| 06-06-2023 | Ronald Drescher | telephone conference with D. Clarke re sale | 0.30 | 400.00 | 120.00 |
| 06-07-2023 | Ronald Drescher | telephone conference with client re status hearing, need to sell property | 0.50 | 400.00 | 200.00 |
| 06-07-2023 | Ronald Drescher | telephone conference with realtor re interest in property ; review listing agreement | 0.40 | 400.00 | 160.00 |
| 06-09-2023 | Ronald Drescher | telephone conference with realtor re listing agreement | 0.30 | 400.00 | 120.00 |
| 06-14-2023 | Ronald Drescher | telephone conference with realtor re potential terms of purchase | 0.60 | 400.00 | 240.00 |
| 06-14-2023 | Ronald Drescher | telephone conference with Chris Rogan re release of deposit | 0.40 | 400.00 | 160.00 |
| 07-06-2023 | Ronald Drescher | telephone conference with realtor; review potential sales options | 1.00 | 400.00 | 400.00 |

| Date | Professional | Description | Hours | Rate | Amount |
|------|-------------|-------------|-------|------|--------|
| 07-13-2023 | Ronald Drescher | telephone conference with realtor re activity | 0.40 | 400.00 | 160.00 |
| 07-25-2023 | Ronald Drescher | conference call with Tony Cheng and Dallas Evans re sale prospects | 0.70 | 400.00 | 280.00 |
| 07-28-2023 | Ronald Drescher | telephone conference with Realtor re conversion to chapter 7 | 0.40 | 400.00 | 160.00 |
| 07-31-2023 | Ronald Drescher | telephone conference with realtor | 0.30 | 400.00 | 120.00 |
| | | **Total** | | | 4,360.00 |

## Time Summary

| Professional | Hours | Amount |
|-------------|-------|--------|
| Ronald Drescher | 10.90 | 4,360.00 |
| **Total** | | 4,360.00 |

**Total for this Invoice**          25,160.00

# Client Statement of Account
### As of 07-09-2024

| Matter | Invoices / Credits | Trust | Balance Due |
|---|---|---|---|
| Chapter 11 Case | (1,610.00) | | (1,610.00) |
| Close Chapter 11 Case | (1,750.00) | | (1,750.00) |
| Creditor Matters | 200.00 | | 200.00 |
| Employment/Fee Applications | 2,940.00 | | 2,940.00 |
| General Case Administration | 9,480.00 | | 9,480.00 |
| Litigation | 7,240.00 | | 7,240.00 |
| Petition/Schedules | 140.00 | | 140.00 |
| Plan | 800.00 | | 800.00 |
| Property Sale | 4,360.00 | | 4,360.00 |
| | **Total Amount to Pay** | | **21,800.00** |

## Chapter 11 Case

### Transactions

| Date | Transaction | Applied | Invoice | Amount |
|---|---|---|---|---|
| 07-03-2018 | Previous Balance | | | 4,842.50 |
| 08-29-2018 | Payment Received | | | (1,315.58) |
| 01-05-2019 | Write Off | | | (385.00) |
| 01-05-2019 | Payment Applied | 385.00 | 172 | |
| 05-01-2019 | Credit Memo | | | (3,141.92) |
| 05-30-2021 | Payment Received | | | (315.00) |
| 05-30-2021 | Payment Applied | 315.00 | 603 | |
| 05-30-2021 | Payment Applied from Close Chapter 11 Case | (175.00) | | (175.00) |
| 04-27-2022 | Write Off | | | (280.00) |
| 04-27-2022 | Payment Applied | 175.00 | 221 | |
| 04-27-2022 | Payment Applied | 105.00 | 424 | |
| 11-17-2022 | Payment Applied from 2022 Chapter 11 Pre-filing | (840.00) | | (840.00) |
| | | | **Balance** | **(1,610.00)** |

### Open Invoices and Credits

| Date | Transaction | Amount | Applied | Balance |
|---|---|---|---|---|
| 05-31-2016 | Opening Balance | 20,862.50 | (18,015.00) | 2,847.50 |
| 08-29-2018 | Payment | (1,315.58) | | (1,315.58) |
| 05-01-2019 | Credit Memo | (3,141.92) | | (3,141.92) |
| | | | **Balance** | **(1,610.00)** |

## Close Chapter 11 Case

### Transactions

| Date | Transaction | Applied | Invoice | Amount |
|---|---|---|---|---|
| 05-30-2021 | Previous Balance | | | (1,575.00) |
| 05-30-2021 | Write Off | | | (175.00) |
| 05-30-2021 | Payment Applied to Chapter 11 Case | 175.00 | | 175.00 |
| 05-30-2021 | Write Off | | | (175.00) |
| 05-30-2021 | Payment Applied | 175.00 | 787 | |
| | | | **Balance** | **(1,750.00)** |

### Open Invoices and Credits

| Date | Transaction | Amount | Applied | Balance |
|---|---|---|---|---|
| 05-01-2019 | Payment | (1,750.00) | | (1,750.00) |
| | | | Balance | (1,750.00) |

## Creditor Matters

### Transactions

| Date | Transaction | Applied | Invoice | Amount |
|---|---|---|---|---|
| 07-09-2024 | Invoice 1118 | | | 200.00 |
| | | | Balance | 200.00 |

### Open Invoices and Credits

| Date | Transaction | Amount | Applied | Balance |
|---|---|---|---|---|
| 07-09-2024 | Invoice 1118 | 200.00 | | 200.00 |
| | | | Balance | 200.00 |

## Employment/Fee Applications

### Transactions

| Date | Transaction | Applied | Invoice | Amount |
|---|---|---|---|---|
| 07-09-2024 | Invoice 1118 | | | 2,940.00 |
| | | | Balance | 2,940.00 |

### Open Invoices and Credits

| Date | Transaction | Amount | Applied | Balance |
|---|---|---|---|---|
| 07-09-2024 | Invoice 1118 | 2,940.00 | | 2,940.00 |
| | | | Balance | 2,940.00 |

## General Case Administration

### Transactions

| Date | Transaction | Applied | Invoice | Amount |
|---|---|---|---|---|
| 07-09-2024 | Invoice 1118 | | | 9,480.00 |
| | | | Balance | 9,480.00 |

### Open Invoices and Credits

| Date | Transaction | Amount | Applied | Balance |
|---|---|---|---|---|
| 07-09-2024 | Invoice 1118 | 9,480.00 | | 9,480.00 |
| | | | Balance | 9,480.00 |

## Litigation

### Transactions

| Date | Transaction | Applied | Invoice | Amount |
|---|---|---|---|---|
| 07-09-2024 | Invoice 1118 | | | 7,240.00 |
| | | | Balance | 7,240.00 |

### Open Invoices and Credits

| Date | Transaction | Amount | Applied | Balance |
|---|---|---|---|---|
| 07-09-2024 | Invoice 1118 | 7,240.00 | | 7,240.00 |
| | | | Balance | 7,240.00 |

## Petition/Schedules

### Transactions

| Date | Transaction | Applied | Invoice | Amount |
|---|---|---|---|---|
| 07-09-2024 | Invoice 1118 | | | 140.00 |
| | | | Balance | 140.00 |

### Open Invoices and Credits

| Date | Transaction | Amount | Applied | Balance |
|------|-------------|--------|---------|---------|
| 07-09-2024 | Invoice 1118 | 140.00 | | 140.00 |
| | | | **Balance** | **140.00** |

## Plan

### Transactions

| Date | Transaction | Applied | Invoice | Amount |
|------|-------------|---------|---------|--------|
| 07-09-2024 | Invoice 1118 | | | 800.00 |
| | | | **Balance** | **800.00** |

### Open Invoices and Credits

| Date | Transaction | Amount | Applied | Balance |
|------|-------------|--------|---------|---------|
| 07-09-2024 | Invoice 1118 | 800.00 | | 800.00 |
| | | | **Balance** | **800.00** |

## Property Sale

### Transactions

| Date | Transaction | Applied | Invoice | Amount |
|------|-------------|---------|---------|--------|
| 07-09-2024 | Invoice 1118 | | | 4,360.00 |
| | | | **Balance** | **4,360.00** |

### Open Invoices and Credits

| Date | Transaction | Amount | Applied | Balance |
|------|-------------|--------|---------|---------|
| 07-09-2024 | Invoice 1118 | 4,360.00 | | 4,360.00 |
| | | | **Balance** | **4,360.00** |

We appreciate your business