The order below is hereby signed.

Signed: July 17 2024

*Elizabeth L. Gunn*
U.S. Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: | 23-00104-ELG |
| CHENG & COMPANY L.L.C., | CHAPTER 7 |
| Debtor. | |
| In re: | |
| JUMBO SEAFOOD RESTAURANT, INC., | Case No. 24-00090-ELG |
| | Chapter 11 |
| | Subchapter V |
| Debtor. | |

## ORDER GRANTING JOINT MOTION TO APPROVE SETTLEMENT

Upon consideration of the *Joint Motion to Approve Settlement* (the "Motion") filed by Wendell W. Webster, Chapter 7 Trustee ("Trustee") of the bankruptcy estate of Cheng & Company L.L.C. ("Landlord Debtor") and Jumbo Seafood, Inc. ("Tenant Debtor") and good cause being shown, it is, by the United States Bankruptcy Court for the District of Columbia, hereby

ORDERED, that the Motion is GRANTED, and it is further

ORDERED, that the Tenant Debtor shall pay the Trustee $20,000 in full and complete satisfaction of any debt of Tenant Debtor to Landlord Debtor, and it is further

ORDERED, that the bankruptcy estates of the Landlord Debtor and Tenant Debtor are hereby deemed to have released any claims as against each other.

END OF ORDER

WE ASK FOR THIS

/s/ Justin P. Fasano
Janet M. Nesse (D.C. Bar 358514)
Justin P. Fasano (DC Bar MD21201)
McNamee Hosea, P.A.
6404 Ivy Lane, Suite 820
Greenbelt, MD 20770
(301) 441-2420
jnesse@mhlawyers.com
jfasano@mhlawyers.com
*Counsel to the Trustee*

/s/ Maurice B. VerStandig
 Maurice B. VerStandig, Esq.
Bar No. MD18071
The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, Maryland 20854
Phone: (301) 444-4600
mac@mbvesq.com
*Counsel for Jumbo*
*Seafood Restaurant, Inc.*

United States Bankruptcy Court

District of Columbia

In re:  Case No. 23-00104-ELG

Cheng & Company L.L.C.  Chapter 7

Debtor

# CERTIFICATE OF NOTICE

District/off: 0090-1  User: admin  Page 1 of 2
Date Rcvd: Jul 17, 2024  Form ID: pdf001  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 19, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| dbpos | + Cheng & Company L.L.C., 619 H Street, N.W., Washington, DC 20001-3731 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 19, 2024  Signature:  /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 17, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Daniel Staeven | on behalf of Creditor Jumbo Seafood Inc. daniel.staeven@frosttaxlaw.com kelly.gartrell@frosttaxlaw.com;21024@notices.nextchapterbk.com;21029@notices.nextchapterbk.com;gloria.fairbanks@frosttaxlaw.com |
| Darrell W. Clark | on behalf of Creditor United Bank darrell.clark@stinson.com Siobhan.rudolph@stinson.com |
| David V. Fontana | on behalf of Creditor Yellow Breeches Capital LLC dfont@gebsmith.com |
| Eric M. Rome | on behalf of Creditor PCH Investments LLC eric@eisenrome.com |
| Justin Philip Fasano | on behalf of Defendant Wendell Webster  Chapter 7 Trustee for Cheng & Company L.L.C. jfasano@mhlawyers.com, jfasano@ecf.courtdrive.com;hleaphart@mhlawyers.com;cmartin@mhlawyers.com;fasano.justinr92003@notify.bestcase.com |

| | | |
|---|---|---|
| District/off: 0090-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Jul 17, 2024 | Form ID: pdf001 | Total Noticed: 1 |

Justin Philip Fasano
    on behalf of Trustee Wendell W. Webster jfasano@mhlawyers.com
    jfasano@ecf.courtdrive.com;hleaphart@mhlawyers.com;cmartin@mhlawyers.com;fasano.justinr92003@notify.bestcase.com

Justin Philip Fasano
    on behalf of Plaintiff Wendell W. Webster jfasano@mhlawyers.com
    jfasano@ecf.courtdrive.com;hleaphart@mhlawyers.com;cmartin@mhlawyers.com;fasano.justinr92003@notify.bestcase.com

Kenneth L. Samuelson
    on behalf of Creditor Renyong Cai ksamuelson@samuelson-law.com

Kenneth L. Samuelson
    on behalf of Defendant Ren Yong Cai ksamuelson@samuelson-law.com

Kristen S. Eustis
    on behalf of U.S. Trustee U. S. Trustee for Region Four Kristen.S.Eustis@usdoj.gov  Robert.W.Ours@usdoj.gov

Maurice Belmont VerStandig
    on behalf of Interested Party Jumbo Seafood Restaurant  Inc. mac@mbvesq.com,
    lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice Belmont VerStandig
    on behalf of Plaintiff Jumbo Seafood Restaurant  Inc. mac@mbvesq.com,
    lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Nancy L. Alper
    on behalf of Creditor Office of the Attorney General for the District of Columbia nancy.alper@dc.gov

Ronald Jay Drescher
    on behalf of Debtor In Possession Cheng & Company L.L.C. rondrescher@drescherlaw.com  284@notices.nextchapterbk.com

Ruiqiao Wen
    on behalf of Creditor United Bank ruiqiao.wen@stinson.com

Sara Kathryn Jackson
    on behalf of U.S. Trustee U. S. Trustee for Region Four sara.kathryn.jackson@usdoj.gov  Robert.W.Ours@usdoj.gov

Tracey Michelle Ohm
    on behalf of Creditor United Bank tracey.ohm@stinson.com  porsche.barnes@stinson.com

U. S. Trustee for Region Four
    USTPRegion04.DC.ECF@USDOJ.GOV

Wendell W. Webster
    on behalf of Trustee Wendell W. Webster wwebster@websterfredrickson.com  DC03@ecfcbis.com

Wendell W. Webster
    wwebster@websterfredrickson.com  DC03@ecfcbis.com

TOTAL: 20