The order below is hereby signed.

Signed: August 5 2024



*Elizabeth L. Gunn*
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

In re:                                            *

Cheng & Company, LLC                              *    Case No. 23-00104 ELG
                                                       (Chapter 11)
   Debtor.                                        *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

CONSENT ORDER GRANTING COMPENSATION

UPON consideration of the First and Final Application for Compensation filed by Drescher & Associates, P.A. (the "Applicant") seeking compensation for fees and reimbursement of expenses for the period April 17, 2023 through November 1, 2023 (dkt no. 143), and notice having been provided, and upon consideration of the Limited Objection of the Office of the United States Trustee (the "UST") thereto (dkt no. 147), and the consent of the UST and Applicant to the terms of this Consent Order, and good and sufficient cause appearing therefore, it is by the United States Bankruptcy Court for the District of Columbia

Ronald J. Drescher, MD08712
Drescher & Associates, P.A.
10999 Red Run Blvd. Suite 205
PMB 224
Owings Mills, MD 21117
(410) 484-9000
Fax (410) 484-8120
rondrescher@drescherlaw.com

Counsel for Cheng & Company, L.L.C.

ORDERED, that the request for compensation be, and the same hereby is, GRANTED to the extent that Applicant shall be allowed compensation for professional services rendered in this proceeding in the amount of $17,330.00 for compensation for services rendered and $100.00 for reimbursement of expenses, for a total award of $17,430.00 as a Chapter 11 administrative expense; and it is further

ORDERED, that the Applicant may apply any sums already received to the award authorized by this Order.

AGREED:

*/s/Ronald J. Drescher*
Ronald J. Drescher
Drescher & Associates, P.A.
10999 Red Run Blvd. Suite 205
PMB 224
Owings Mills, MD 21117
(410) 484-9000
Fax (410) 484-8120
rondrescher@drescherlaw.com

*Counsel for Cheng & Company, L.L.C.*



JOHN P. FITZGERALD, III
Acting United States Trustee, Region 4


By: */s/ Sara Kathryn Mayson*
Sara Kathryn Jackson
Trial Attorney, NC Bar # 55280
1725 Duke Street, Suite 650
Alexandria, VA 22314
(703) 557-0423 (Direct Dial)
(202) 841-8501 (Office Cell)
sara.kathryn.jackson@usdoj.gov

***End of Order***

2

cc:

Ronald J. Drescher
10999 Red Run Blvd. Suite 205
PMB 224
Owings Mills, MD 21117

Sara Kathryn Jackson
1725 Duke Street, Suite 650
Alexandria, VA 22314

3