The order below is hereby signed.

Signed: August 5 2024

/s/ Elizabeth L. Gunn
U.S. Bankruptcy Judge



IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | * | |
| Cheng & Company, LLC | * | Case No. 23-00104 ELG |
| | | (Chapter 11) |
| Debtor. | * | |

\* * * * * * * * * * * * *

### CONSENT ORDER GRANTING COMPENSATION

UPON consideration of the First and Final Application for Compensation filed by Drescher & Associates, P.A. (the "Applicant") seeking compensation for fees and reimbursement of expenses for the period April 17, 2023 through November 1, 2023 (dkt no. 143), and notice having been provided, and upon consideration of the Limited Objection of the Office of the United States Trustee (the "UST") thereto (dkt no. 147), and the consent of the UST and Applicant to the terms of this Consent Order, and good and sufficient cause appearing therefore, it is by the United States Bankruptcy Court for the District of Columbia

Ronald J. Drescher, MD08712
Drescher & Associates, P.A.
10999 Red Run Blvd. Suite 205
PMB 224
Owings Mills, MD 21117
(410) 484-9000
Fax (410) 484-8120
rondrescher@drescherlaw.com

Counsel for Cheng & Company, L.L.C.

ORDERED, that the request for compensation be, and the same hereby is, GRANTED to the extent that Applicant shall be allowed compensation for professional services rendered in this proceeding in the amount of $17,330.00 for compensation for services rendered and $100.00 for reimbursement of expenses, for a total award of $17,430.00 as a Chapter 11 administrative expense; and it is further

ORDERED, that the Applicant may apply any sums already received to the award authorized by this Order.

AGREED:

/s/Ronald J. Drescher
Ronald J. Drescher
Drescher & Associates, P.A.
10999 Red Run Blvd. Suite 205
PMB 224
Owings Mills, MD 21117
(410) 484-9000
Fax (410) 484-8120
rondrescher@drescherlaw.com

*Counsel for Cheng & Company, L.L.C.*


JOHN P. FITZGERALD, III
Acting United States Trustee, Region 4


By: /s/ Sara Kathryn Mayson
Sara Kathryn Jackson
Trial Attorney, NC Bar # 55280
1725 Duke Street, Suite 650
Alexandria, VA 22314
(703) 557-0423 (Direct Dial)
(202) 841-8501 (Office Cell)
sara.kathryn.jackson@usdoj.gov

**\*\*\*End of Order\*\*\***

cc:

Ronald J. Drescher
10999 Red Run Blvd. Suite 205
PMB 224
Owings Mills, MD 21117

Sara Kathryn Jackson
1725 Duke Street, Suite 650
Alexandria, VA 22314

United States Bankruptcy Court

District of Columbia

In re:  Case No. 23-00104-ELG

Cheng & Company L.L.C.  Chapter 7

Debtor

# CERTIFICATE OF NOTICE

District/off: 0090-1     User: admin     Page 1 of 2

Date Rcvd: Aug 05, 2024     Form ID: pdf001     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 07, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dbpos | + | Cheng & Company L.L.C., 619 H Street, N.W., Washington, DC 20001-3731 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 07, 2024     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 5, 2024 at the address(es) listed below:

**Name**     **Email Address**

Daniel Staeven
    on behalf of Creditor Jumbo Seafood Inc. daniel.staeven@frosttaxlaw.com
    kelly.gartrell@frosttaxlaw.com;21024@notices.nextchapterbk.com;21029@notices.nextchapterbk.com;gloria.fairbanks@frosttaxlaw.com

Darrell W. Clark
    on behalf of Creditor United Bank darrell.clark@stinson.com  Siobhan.rudolph@stinson.com

David V. Fontana
    on behalf of Creditor Yellow Breeches Capital LLC dfont@gebsmith.com

Eric M. Rome
    on behalf of Creditor PCH Investments LLC eric@eisenrome.com

Justin Philip Fasano
    on behalf of Defendant Wendell Webster  Chapter 7 Trustee for Cheng & Company L.L.C. jfasano@mhlawyers.com,
    jfasano@ecf.courtdrive.com;hleaphart@mhlawyers.com;cmartin@mhlawyers.com;fasano.justinr92003@notify.bestcase.com

Case 23-00104-ELG    Doc 149    Filed 08/07/24    Entered 08/08/24 00:04:15    Desc
Imaged Certificate of Notice    Page 5 of 5

| District/off: 0090-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Aug 05, 2024 | Form ID: pdf001 | Total Noticed: 1 |

| | |
|---|---|
| Justin Philip Fasano | on behalf of Trustee Wendell W. Webster jfasano@mhlawyers.com jfasano@ecf.courtdrive.com;hleaphart@mhlawyers.com;cmartin@mhlawyers.com;fasano.justinr92003@notify.bestcase.com |
| Justin Philip Fasano | on behalf of Plaintiff Wendell W. Webster jfasano@mhlawyers.com jfasano@ecf.courtdrive.com;hleaphart@mhlawyers.com;cmartin@mhlawyers.com;fasano.justinr92003@notify.bestcase.com |
| Kenneth L. Samuelson | on behalf of Creditor Renyong Cai ksamuelson@samuelson-law.com |
| Kenneth L. Samuelson | on behalf of Defendant Ren Yong Cai ksamuelson@samuelson-law.com |
| Kristen S. Eustis | on behalf of U.S. Trustee U. S. Trustee for Region Four Kristen.S.Eustis@usdoj.gov  Robert.W.Ours@usdoj.gov |
| Maurice Belmont VerStandig | on behalf of Interested Party Jumbo Seafood Restaurant  Inc. mac@mbvesq.com, lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice Belmont VerStandig | on behalf of Plaintiff Jumbo Seafood Restaurant  Inc. mac@mbvesq.com, lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Nancy L. Alper | on behalf of Creditor Office of the Attorney General for the District of Columbia nancy.alper@dc.gov |
| Ronald Jay Drescher | on behalf of Debtor In Possession Cheng & Company L.L.C. rondrescher@drescherlaw.com  284@notices.nextchapterbk.com |
| Ruiqiao Wen | on behalf of Creditor United Bank ruiqiao.wen@stinson.com |
| Sara Kathryn Jackson | on behalf of U.S. Trustee U. S. Trustee for Region Four sara.kathryn.jackson@usdoj.gov  Robert.W.Ours@usdoj.gov |
| Tracey Michelle Ohm | on behalf of Creditor United Bank tracey.ohm@stinson.com  porsche.barnes@stinson.com |
| U. S. Trustee for Region Four | USTPRegion04.DC.ECF@USDOJ.GOV |
| Wendell W. Webster | on behalf of Trustee Wendell W. Webster wwebster@websterfredrickson.com  DC03@ecfcbis.com |
| Wendell W. Webster | wwebster@websterfredrickson.com  DC03@ecfcbis.com |

TOTAL: 20