**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **IN RE:** | ) | 23-00104-ELG |
| **CHENG & COMPANY L.L.C.,** | ) | CHAPTER 7 |
| | ) | |
| **Debtor.** | ) | |
| | ) | |

**NOTICE OF HEARING AND OPPORTUNITY TO OBJECT TO
TRUSTEE'S CONSENT MOTION TO APPROVE SETTLEMENT FOR
TURNOVER OF PORTION OF REMAINING RETAINER**

**PLEASE TAKE NOTICE** that Wendell W. Webster, Chapter 7 Trustee ("Trustee") of the bankruptcy estate of Cheng & Company L.L.C. ("Debtor") has filed a *Consent Motion to Approve Settlement and for Turnover of Portion or Remaining Retainer.*, seeking to settle claims to the remaining retainer of Debtor's counsel for $3,785.00.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to grant the Motion, or if you want the Court to consider your views on the Motion, then:

☒ **On or before September 4, 2024,** file with the Court, at the address shown below, a written response with supporting memorandum as required by the local bankruptcy rules. **Unless a written response and supporting memorandum are filed and served by the date specified, the Court may deem any opposition waived, treat the motion as conceded, and issue an order granting the requested relief without further notice or hearing.** If you mail your response to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above. You must also mail a copy to the persons listed below. The address for the Court is as follows:

> Clerk of the Bankruptcy Court
> E. Barrett Prettyman U.S. Courthouse
> 333 Constitution Avenue, N.W.
> Washington, D.C. 20001

Any objection filed must be sent to:

> Justin P. Fasano
> McNamee Hosea, P.A.
> 6404 Ivy Lane, Suite 820
> Greenbelt, MD 20770

☒ **PLEASE TAKE NOTICE that a hearing will be held on September 11, 2024, at 10:00 a.m. regarding the Motion.** Pursuant to General Order 2023-3 the hearing will be held in a hybrid in-person or Zoom for Government format. All participants may choose to appear either (a) in-person in Courtroom 1, United States Bankruptcy Court for the District of Columbia, E. Barrett Prettyman, 333 Constitution Ave. NW, Washington, DC 20001 or (b) by video using Zoom for Government. All parties participating by Zoom for Government before Judge Gunn should review and be familiar with the "Virtual Hearing Expectations." Parties in interest with questions or wish to appear virtually shall contact the Bankruptcy Court's Courtroom Deputy at aimee_mathewes@dcb.uscourts.gov for Zoom login instructions.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Dated:  August 16, 2024                     Respectfully submitted

                                            /s/ Justin P. Fasano
                                            Janet M. Nesse (D.C. Bar 358514)
                                            Justin P. Fasano (DC Bar MD21201)
                                            McNamee Hosea
                                            6404 Ivy Lane, Suite 820
                                            Greenbelt, MD 20770
                                            (301) 441-2420
                                            jnesse@mhlawyers.com
                                            jfasano@mhlawyers.com
                                            *Counsel to the Trustee*

## CERTIFICATE OF SERVICE

I hereby certify that on August 16, 2024, a copy of the foregoing *Notice of Consent Motion to Approve Settlement and for Turnover of Portion or Remaining Retainer* was filed and served via the Court's Electronic Case Filing System on all parties receiving notice thereby, and by first-class mail, postage prepaid to:

Office of the United States Trustee
1725 Duke Street
Alexandria, VA 22314

And the attached creditors' matrix

                                            /s/ *Justin P. Fasano*
                                            Justin P. Fasano

2