**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **IN RE:** | ) | **23-00104-ELG** |
| **CHENG & COMPANY L.L.C.,** | ) | **CHAPTER 7** |
|  | ) |  |
| **Debtor.** | ) |  |
|  | ) |  |

**CONSENT ORDER GRANTING**
**TRUSTEE'S CONSENT MOTION TO APPROVE SETTLEMENT FOR**
**TURNOVER OF PORTION OF REMAINING RETAINER**

Upon consideration of the of the bankruptcy estate of *Consent Motion to Approve Settlement and for Turnover of Portion or Remaining Retainer* (the "Motion") filed by Wendell W. Webster, Chapter 7 Trustee ("Trustee"), and good cause being shown, it is, by the United States Bankruptcy Court for the District of Columbia, hereby

ORDERED, that the Motion is GRANTED, and it is further

ORDERED, that the settlement described in the Motion is APPROVED

ORDERED, that Drescher & Associates, P.A. shall turn over $3,785.00 to the Trustee within ten business days of the date of this Order.

**END OF ORDER**

WE ASK FOR THIS

/s/ Justin P. Fasano
Janet M. Nesse (D.C. Bar 358514)
Justin P. Fasano (DC Bar MD21201)
McNamee Hosea, P.A.
6404 Ivy Lane, Suite 820
Greenbelt, MD 20770
(301) 441-2420
jnesse@mhlawyers.com
jfasano@mhlawyers.com
*Counsel to the Trustee*


/s/Ronald J. Drescher
Ronald J. Drescher
Drescher & Associates, P.A.
10999 Red Run Blvd. Suite 205
PMB 224
Owings Mills, MD 21117
(410) 484-9000
Fax (410) 484-8120
rondrescher@drescherlaw.com