```
Label Matrix for local noticing        Cheng-Ji Company L.L.C.                Jumbo Seafood Inc.
0090-1                                 619 H Street, N.W.                     619 H Street, NW
Case 23-00104-ELG                      Washington, DC 20001-3731              Washington, DC 20001-3731
United States Bankruptcy Court for the Distri
Washington, D.C.
Tue Jul  2 10:55:23 EDT 2024

Jumbo Seafood Restaurant, Inc.         (p)CHILD SUPPORT SERVICES DIVISION     PCH Investments,LLC
619 H Street, NW                       ATTN LEGAL SERVICES SECTION            4725 Wisconsin Ave NW
Washington, DC 20001-3731              400 SIXTH ST NW                        Suite 250
                                       SUITE 8300                             Washington, DC 20016-4663
                                       WASHINGTON DC 20001-0189

U. S. Trustee for Region Four          United Bank                            Washington, D.C.
U. S. Trustee's Office                 c/o Stinson LLP                        E. Barrett Prettyman U. S. Courthouse
1725 Duke Street                       Attn:  Darrell W. Clark                333 Constitution Ave, NW #1225
Suite 650                              1775 Pennsylvania Avenue, NW           Washington, DC 20001-2802
Alexandria, VA 22314-3489              Suite 800
                                       Washington, DC   20006-4760

Anthony C.Y. Cheng                     (p)COMPTROLLER OF MARYLAND             DC GOV'T OFFICE OF TAX AND REVENUE
1727 Stone Bridge Road                 BANKRUPTCY UNIT                        PO BOX 75520
Alexandria                             301 W PRESTON ST ROOM 409              WASHINGTON, DC 20013-0520
VA 22304-1038                          BALTIMORE MD 21201-2383


DC Govt Office of Tax & Revenue        Darrell W. Clark                       David Fontana
P O Box 37559                          Stinson LLP                            Gebhardt & Smith LLP
Washington, DC 20013-7559              1775 Pennsylvania Avenue, NW Suite 800 One South Street Suite 2200
                                       Washington, DC 20006-4760              Baltimore, MD 21202-3343


(p)INTERNAL REVENUE SERVICE            Department of Treasury                 Department of Treasury
CENTRALIZED INSOLVENCY OPERATIONS      Internal Revenue Service               Internal Revenue Service
PO BOX 7346                            P. O. Box 7317                         P. O. Box 7346
PHILADELPHIA PA 19101-7346             Philadelphia, PA 19101-7317            Philadelphia, PA 19101-7346


Eagle Bank Attn: W.C. McKnew, VP       EagleBank                              Government of the District of Columbia
6010 Executive Boulevard               c/o Michael D. Nord                    Office of The Chief Financial Officer -
Suite 800                              Gebhardt & Smith LLP                   1101 4th Street, SW
Rockville, MD 20852-3815               One South Street, Suite 2200           Washington, DC 20024-4457
                                       Baltimore, Maryland 21202-3343

IRS                                    Lane Potkin                            Michael Nord
Centralized Insolvency Operation       4725 Wisconsin Ave. NW                 Gebhardt & Smith LLP
P. O. Box 7346                         Suite 250                              One
Philadelphia, PA 19101-7346            Washington, DC 20016-4663              Baltimore, MD 21202


PCH Investments LLC                    Ren Yong Cai                           Saeda Siam, District Counsel
c/o LP Title LLC                       8005 Samuel Wallis Street              Washington Metropolitan Area District Of
4725 Wisconsin Ave., N.W. Suite 250    Lorton, VA 22079-2350                  409 3rd Street, SW
Washington, DC 20016-4663                                                     Washington, DC 20416-0011


U.S. Trustee                           US Small Business Administration       United Bank
1725 Duke Street                       409 3rd Street SW                      11185 Fairfax Blvd
Suite 650                              Washington, DC 20416-0005              Fairfax, VA 22030-5087
Alexandria, VA 22314-3489
```

| | | |
|---|---|---|
| United Bank<br>c/o Stinson LLP<br>1775 Pennsylvania Ave. NW<br>Suite 800, Attn. Tracey M. Ohm<br>Washington, DC 20006-4760 | Yellow Breeches Capital LLC<br>1817 Olde Homestead Lane<br>Suite 101<br>Lancaster, PA 17601-6751 | Yun Li Cheng<br>1727 Stone Bridge Road<br>Alexandria<br>VA 22304-1038 |
| Renyong Cai<br>8005 Samuel Wallis Street<br>Lorton, VA 22079-2350 | Ronald Jay Drescher<br>Ronald J. Drescher, ESQ.<br>10999 Red Run Blvd<br>Pmb 224<br>Suite 205<br>Owings Mills, MD 21117-3249 | Wendell W. Webster<br>Wendell W. Webster, Trustee<br>1101 Connecticut Avenue, NW<br>Suite 402<br>Washington, DC 20036-4303 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Office of the Attorney General for the Distr<br>400 6th Street, N.W.<br>Washington, DC 20001 | Comptroller of Maryland<br>110 Carroll Street<br>Annapolis, MD 21411 | Department of Treasury<br>Internal Revenue Service<br>31 Hopkins Plaza, Rm 1150<br>Baltimore MD 21201 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Yellow Breeches Capital LLC | (d)Anthony C.Y. Cheng<br>1727 Stone Bridge Road<br>Alexandria, VA 22304-1038 | (d)Jumbo Seafood, Inc.<br>619 H Street NW<br>Washington, DC 20001-3731 |
| (d)Yun-Li Cheng<br>1727 Stone Bridge Rd<br>Alexandria, VA 22304-1038 | End of Label Matrix<br>Mailable recipients   35<br>Bypassed recipients    4<br>Total                 39 | |