The order below is hereby signed.

Signed: September 5 2024

Elizabeth L. Gunn
U.S. Bankruptcy Judge

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IN RE: | )  23-00104-ELG |
| **CHENG & COMPANY L.L.C.,** | )  CHAPTER 7 |
| **Debtor.** | ) |

### CONSENT ORDER GRANTING
### TRUSTEE'S CONSENT MOTION TO APPROVE SETTLEMENT FOR
### <u>TURNOVER OF PORTION OF REMAINING RETAINER</u>

Upon consideration of the of the bankruptcy estate of *Consent Motion to Approve*

*Settlement and for Turnover of Portion or Remaining Retainer* (the "Motion") filed by Wendell

W. Webster, Chapter 7 Trustee ("Trustee"), and good cause being shown, it is, by the United

States Bankruptcy Court for the District of Columbia, hereby

ORDERED, that the Motion is GRANTED, and it is further

ORDERED, that the settlement described in the Motion is APPROVED

ORDERED, that Drescher & Associates, P.A. shall turn over $3,785.00 to the Trustee

within ten business days of the date of this Order.

### END OF ORDER

WE ASK FOR THIS

/s/ Justin P. Fasano
Janet M. Nesse (D.C. Bar 358514)
Justin P. Fasano (DC Bar MD21201)
McNamee Hosea, P.A.
6404 Ivy Lane, Suite 820
Greenbelt, MD 20770
(301) 441-2420
jnesse@mhlawyers.com
jfasano@mhlawyers.com
*Counsel to the Trustee*


/s/Ronald J. Drescher
Ronald J. Drescher
Drescher & Associates, P.A.
10999 Red Run Blvd. Suite 205
PMB 224
Owings Mills, MD 21117
(410) 484-9000
Fax (410) 484-8120
rondrescher@drescherlaw.com

2

United States Bankruptcy Court

District of Columbia

In re:                                                                                              Case No. 23-00104-ELG

Cheng & Company L.L.C.                                                                    Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0090-1                          User: admin                                   Page 1 of 2

Date Rcvd: Sep 05, 2024                  Form ID: pdf001                          Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 07, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| dbpos | + Cheng & Company L.L.C., 619 H Street, N.W., Washington, DC 20001-3731 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 07, 2024                          Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 5, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Daniel Staeven | on behalf of Creditor Jumbo Seafood Inc. daniel.staeven@frosttaxlaw.com kelly.gartrell@frosttaxlaw.com;21024@notices.nextchapterbk.com;21029@notices.nextchapterbk.com;gloria.fairbanks@frosttaxlaw.com |
| Darrell W. Clark | on behalf of Creditor United Bank darrell.clark@stinson.com  Siobhan.rudolph@stinson.com |
| David V. Fontana | on behalf of Creditor Yellow Breeches Capital LLC dfont@gebsmith.com |
| Eric M. Rome | on behalf of Creditor PCH Investments LLC eric@eisenrome.com |
| Justin Philip Fasano | on behalf of Defendant Wendell Webster  Chapter 7 Trustee for Cheng & Company L.L.C. jfasano@mhlawyers.com, jfasano@ecf.courtdrive.com;hleaphart@mhlawyers.com;cmartin@mhlawyers.com;fasano.justinr92003@notify.bestcase.com |

Justin Philip Fasano
on behalf of Trustee Wendell W. Webster jfasano@mhlawyers.com
jfasano@ecf.courtdrive.com;hleaphart@mhlawyers.com;cmartin@mhlawyers.com;fasano.justinr92003@notify.bestcase.com

Justin Philip Fasano
on behalf of Plaintiff Wendell W. Webster jfasano@mhlawyers.com
jfasano@ecf.courtdrive.com;hleaphart@mhlawyers.com;cmartin@mhlawyers.com;fasano.justinr92003@notify.bestcase.com

Kenneth L. Samuelson
on behalf of Creditor Renyong Cai ksamuelson@samuelson-law.com

Kenneth L. Samuelson
on behalf of Defendant Ren Yong Cai ksamuelson@samuelson-law.com

Kristen S. Eustis
on behalf of U.S. Trustee U. S. Trustee for Region Four Kristen.S.Eustis@usdoj.gov  Robert.W.Ours@usdoj.gov

Maurice Belmont VerStandig
on behalf of Interested Party Jumbo Seafood Restaurant  Inc. mac@mbvesq.com,
lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice Belmont VerStandig
on behalf of Plaintiff Jumbo Seafood Restaurant  Inc. mac@mbvesq.com,
lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Nancy L. Alper
on behalf of Creditor Office of the Attorney General for the District of Columbia nancy.alper@dc.gov

Ronald Jay Drescher
on behalf of Debtor In Possession Cheng & Company L.L.C. rondrescher@drescherlaw.com  284@notices.nextchapterbk.com

Ruiqiao Wen
on behalf of Creditor United Bank ruiqiao.wen@stinson.com

Sara Kathryn Jackson
on behalf of U.S. Trustee U. S. Trustee for Region Four sara.kathryn.jackson@usdoj.gov  Robert.W.Ours@usdoj.gov

Tracey Michelle Ohm
on behalf of Creditor United Bank tracey.ohm@stinson.com  porsche.barnes@stinson.com

U. S. Trustee for Region Four
USTPRegion04.DC.ECF@USDOJ.GOV

Wendell W. Webster
on behalf of Trustee Wendell W. Webster wwebster@websterfredrickson.com  DC03@ecfcbis.com

Wendell W. Webster
wwebster@websterfredrickson.com  DC03@ecfcbis.com


TOTAL: 20