**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DISTRICT OF COLUMBIA**

In re: CHENG & COMPANY L.L.C.　　　　　§　Case No. 23-00104
　　　　　　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　　　　　§
　　　　　Debtor(s)

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on 04/17/2023. The case was converted to one under Chapter 7 on 07/26/2023. The undersigned trustee was appointed on 07/26/2023.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of　　$　　7,709,743.00

　　　Funds were disbursed in the following amounts:

|  |  |
|---|---:|
| Payments made under an interim distribution | 7,131,422.11 |
| Administrative expenses | 533,326.59 |
| Bank service fees | 1,481.05 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]　$ | 43,513.25 |

The remaining funds are available for distribution.

---
[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011)

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 01/16/2024 and the deadline for filing governmental claims was 01/22/2024. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $18,737.15. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $18,737.15, for a total compensation of $18,737.15[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00 for total expenses of $0.00[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 12/18/2024    By: /s/ Wendell W. Webster
                         Trustee , Bar No.: 245696

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2]If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (5/1/2011)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit A
Page: 1

| Case No.: | 23-00104 | Trustee Name: | (730040) Wendell W. Webster |
|---|---|---|---|
| Case Name: | CHENG & COMPANY L.L.C. | Date Filed (f) or Converted (c): | 07/26/2023 (c) |
| | | § 341(a) Meeting Date: | 09/07/2023 |
| For Period Ending: | 12/18/2024 | Claims Bar Date: | 01/16/2024 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Cash on hand<br>Cash on hand | 0.00 | 0.00 | | 0.00 | FA |
| 2 | checking Account at TD Bank, xxxxxx7596<br>checking Account at TD Bank, xxxxxx7596 | 2,284.00 | 2,284.00 | | 0.00 | FA |
| 3 | Deposit for Real Estate with Settlement Corp., 5301 Wisconsin Ave. N.W. #310 Washington DC 20015<br>Deposit for Real Estate with Settlement Corp., 5301 Wisconsin Ave. N.W. #310 Washington DC 20015 | 200,000.00 | 200,000.00 | | 200,000.00 | FA |
| 4 | A/R 90 days old or less. Face amount = $24000. Doubtful/Uncollectible accounts = $24000.<br>A/R 90 days old or less. Face amount = $24000. Doubtful/Uncollectible accounts = $24000. | 0.00 | 0.00 | | 0.00 | FA |
| 5 | A/R Over 90 days old. Face amount = $48000.Doubtful/Uncollectible accounts = $48000.<br>A/R Over 90 days old. Face amount = $48000.Doubtful/Uncollectible accounts = $48000. | 0.00 | 0.00 | | 0.00 | FA |
| 6 | 619 H Street, N.W.Washington, DC 20001, Fee simple, Valuation Method: Pending sale (u)<br>619 H Street, N.W. Washington, DC 20001 sold pursuant to court-approved auction for $7.4 million. | 6,000,000.00 | 0.00 | | 7,450,000.00 | FA |
| 7* | Ch 11 DIP Funds (u) (See Footnote) | 0.00 | 0.00 | | 45,958.00 | FA |
| 8* | Ch 11 DIP Funds (u) (See Footnote) | 0.00 | 0.00 | | 10,000.00 | FA |
| 9* | DIP Legal Fees (u) (See Footnote) | 0.00 | 0.00 | | 3,785.00 | FA |
| 9 | **Assets Totals (Excluding unknown values)** | **$6,202,284.00** | **$202,284.00** | | **$7,709,743.00** | **$0.00** |

RE PROP# 7     DIP funds turned over to Ch 7 Trustee

RE PROP# 8     Ch 11 funds turned over to Ch 7 estate

RE PROP# 9     Attorney for Debtor's legal fees turned over to estate; 9019 settlement

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit A
Page: 2

| | |
|---|---|
| Case No.: 23-00104 | Trustee Name: (730040) Wendell W. Webster |
| Case Name: CHENG & COMPANY L.L.C. | Date Filed (f) or Converted (c): 07/26/2023 (c) |
| | § 341(a) Meeting Date: 09/07/2023 |
| For Period Ending: 12/18/2024 | Claims Bar Date: 01/16/2024 |

**Major Activities Affecting Case Closing:**

9/5/24 - Consent Order entered granting consent motion for turnover of legal fees held by Debtor's counsel in the amount of $3,785. Fees to be paid to estate within 10 days of the court order.

8/16/24 - Mtn to Approve Settlement & for Turnover of Portion of Remaining Retainer held by Debtor's counsel.

8/5/24 - Consent Order Granting Compensation for Debtor's counsel for Ch 11 admn fees in the amt of $17,330 and Ch 11 admn exps in the amt of $100 for total award of Ch 11 admn fees & exps in the amt of $17,430.

7/2/24 - Joint Mtn to Approve Settlement; Tenant Jumbo Seafood agreed to pay bktcy estate post-petition rent in the amt of $20,000 in full settlement of estate's claim for delinquent rent. Hrg on Mtn to Approve Settlement set for July 23, 2024.

6/19/24 - Report of Sale: 619 H St NW property sold to Baltimore Midtown Partners for $7,400,000.

5/16/24 - Consent Order Granting Mtn to Sell Real Property Free & Clear of Any and All Lines & Interests.

5/6/24 - Consent Order Approving Bidding Procedures in Connection with Mtn to Sell Real Property Free & Clear of Any and All Liens.

4/18/24 - Mtn to Approve Bidding Procedures in Connection w/ Mtn to Sell Propert Free & Clear of All Liens & Interests.
Mtn to Sell Property Free & Clear of Liens (619 H St NW property).

3/20/24 - Order & Writ of Entry Directing US Marshals Service to Assist Bktcy Trustee in Obtaining Full & Exclusive Possession of 619 H St NW property.

3/6/24 - Mtn to Approve Order & Writ of Entry Directing US Marshals Service to Assist Bktcy Trustee in Obtaining Full & Exclusive Possession of 619 H St NW property.

2/10/24 - $199,301.11 pd to DC for real property taxes pursuant to Bktcy Ct approved settlement; adequate assurance pymts in the amt of $7,000 per month pd to Untied Bk for Dec. 2023 & Jan 2024.

1/4/24 - $200,000 forfeited contract/purchase deposited into estate account 12/22/23; Dec. rental pymts in the amt of $10,000 ($4,000 & $6,000) received for 619 H Street restaurant per lease rejection settlement.

12/11/23 - Consent Order/ Turn Over $200,000 Contract Deposit.

11/3/23 - Order Granting Mtn Reject Lease/Require Tenant to Vacate.

10/12/23 - Mtn Reject Lease/Require Commercial Tenant to Vacate 619 H Street property; Adv Complaint/Turn Over $200,000 Contract Sale Deposit Received by debtor.

10/17/23 - Asset Notice filed w/ court.

9/12/23 - Order approving retention of realtor for marketing & sale of 619 H Street property.

8/17/23 - DIP funds ($45,958) turned over to Ch 7 estate.

Initial Projected Date Of Final Report (TFR): 07/31/2024     Current Projected Date Of Final Report (TFR): 09/27/2024 (Actual)

UST Form 101-7-TFR (5/1/2011)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit A
Page: 3

**Case No.:** 23-00104
**Case Name:** CHENG & COMPANY L.L.C.

**For Period Ending:** 12/18/2024

**Trustee Name:** (730040) Wendell W. Webster
**Date Filed (f) or Converted (c):** 07/26/2023 (c)
**§ 341(a) Meeting Date:** 09/07/2023
**Claims Bar Date:** 01/16/2024

12/18/2024
Date

/s/Wendell W. Webster
Wendell W. Webster

UST Form 101-7-TFR (5/1/2011)

# Form 2

## Cash Receipts And Disbursements Record

Exhibit B
Page: 1

| Case No.: | 23-00104 | Trustee Name: | Wendell W. Webster (730040) |
|---|---|---|---|
| Case Name: | CHENG & COMPANY L.L.C. | Bank Name: | TriState Capital Bank |
| Taxpayer ID #: | **-***0917 | Account #: | ******0892 Checking |
| For Period Ending: | 12/18/2024 | Blanket Bond (per case limit): | $3,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/17/23 | {7} | CHENG & COMPANY L.L.C. | Ch 11 DIP funds turned over to Ch 7 estate | 1290-010 | 45,958.00 | | 45,958.00 |
| 08/31/23 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 31.91 | 45,926.09 |
| 09/29/23 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 71.15 | 45,854.94 |
| 10/31/23 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 78.39 | 45,776.55 |
| 11/30/23 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 73.36 | 45,703.19 |
| 12/13/23 | {6} | Anthony Cheng | Rent pymt | 1222-000 | 6,000.00 | | 51,703.19 |
| 12/13/23 | {6} | Anthony Cheng | Rent pymt | 1222-000 | 4,000.00 | | 55,703.19 |
| 12/22/23 | {3} | SettlementCorp | Forfeited Contract Deposit | 1129-000 | 200,000.00 | | 255,703.19 |
| 12/29/23 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 110.87 | 255,592.32 |
| 01/23/24 | {6} | Anthony Cheng | Adequate Assurance Pymts Dec. & Jan. | 1222-000 | 10,000.00 | | 265,592.32 |
| 01/23/24 | 101 | United Bank | Adequate Assurance Pymts Dec. & Jan. for Cheng & Company LLC | 2690-000 | | 14,000.00 | 251,592.32 |
| 01/30/24 | 102 | DC Office of Tax & Revenue | Real Estate Tax Pymt Pursuant to Settlement Order | 4700-000 | | 199,301.11 | 52,291.21 |
| 01/31/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 453.22 | 51,837.99 |
| 02/19/24 | {6} | CHENG & COMPANY L.L.C. | Rent | 1222-000 | 10,000.00 | | 61,837.99 |
| 02/19/24 | 103 | United Bank | Adequate Assurance Pymt Feb. for Cheng & Company LLC | 2690-000 | | 7,000.00 | 54,837.99 |
| 02/21/24 | 104 | SeibertKeck Insurance Partners | Policy #3792909 03/01/2024-03/01/2025 | 2300-000 | | 84.52 | 54,753.47 |
| 02/27/24 | | SeibertKeck Insurance Partners | Erroneous clearing of check #101 issued from account x7617 | 2300-000 | | 0.49 | 54,752.98 |
| 02/28/24 | | SeibertKeck Insurance Partners | Bank processed credit adjustment for erroneous check #101 posting | 2300-000 | | -0.49 | 54,753.47 |
| 02/29/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 139.46 | 54,614.01 |
| 03/12/24 | {8} | CHENG & COMPANY L.L.C. | Debtor-In-Possession Funds Acct 2947 | 1290-010 | 10,000.00 | | 64,614.01 |
| 03/12/24 | 105 | United Bank | Adequate Assurance Pymt Mar. for Cheng & Company LLC | 2690-000 | | 3,500.00 | 61,114.01 |
| 03/29/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 91.22 | 61,022.79 |
| 04/30/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 104.03 | 60,918.76 |
| 05/31/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 100.61 | 60,818.15 |
| 06/14/24 | 106 | Eaglebank | Sales Proceeds - 619 H St Consent Order Voided on 06/14/2024 | 4110-000 | | 5,000.00 | 55,818.15 |
| 06/14/24 | 106 | Eaglebank | Sales Proceeds - 619 H St Consent Order Voided: check issued on 06/14/2024 | 4110-000 | | -5,000.00 | 60,818.15 |
| 06/14/24 | | Settlementcorp | Short sale of property | | 0.00 | | 60,818.15 |

Page Subtotals:    $285,958.00    $225,139.85

{ } Asset Reference(s)    UST Form 101-7-TFR (5/1/2011)    ! - transaction has not been cleared

Form 2 — Exhibit B

## Cash Receipts And Disbursements Record

Page: 2

| Case No.: | 23-00104 | Trustee Name: | Wendell W. Webster (730040) |
|---|---|---|---|
| Case Name: | CHENG & COMPANY L.L.C. | Bank Name: | TriState Capital Bank |
| Taxpayer ID #: | **-***0917 | Account #: | ******0892 Checking |
| For Period Ending: | 12/18/2024 | Blanket Bond (per case limit): | $3,000,000.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
|  | {6} |  | Payoff United Bank Mortgage $7,400,000.00 | 1222-000 |  |  |  |
|  |  |  | Secured Payouts -$6,863,769.00 | 4110-000 |  |  |  |
|  |  |  | Commissions -$296,000.00 | 3510-000 |  |  |  |
|  |  |  | Taxes Post Petition -$120,234.00 | 2820-000 |  |  |  |
|  |  |  | Real Estate Taxes -$63,352.00 | 4700-000 |  |  |  |
|  |  |  | Closing Costs -$56,645.00 | 2500-000 |  |  |  |
| 06/14/24 | 107 | EagleBank | Sale Proceeds - 619 H St Consent Order | 4110-000 |  | 5,000.00 | 55,818.15 |
| 06/28/24 |  | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 |  | 88.86 | 55,729.29 |
| 07/18/24 | 108 | McNamee Hosea, P.A. | Ch 7 Attorneys Fees | 3210-000 |  | 35,000.00 | 20,729.29 |
| 07/18/24 | 109 | McNamee Hosea | Ch 7 Attorney Exps | 3110-000 |  | 863.07 | 19,866.22 |
| 07/31/24 |  | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 |  | 80.78 | 19,785.44 |
| 08/05/24 | {6} | McNamee Hosea | 9019 Settlement Pymt - Post-Petition Rent Jumbo Seafood | 1222-000 | 20,000.00 |  | 39,785.44 |
| 08/30/24 |  | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 |  | 57.19 | 39,728.25 |
| 09/20/24 | {9} | Drescher & Associates PA | Turnover Legal Fee - 9019 Settlement | 1222-000 | 3,785.00 |  | 43,513.25 |
|  |  | COLUMN TOTALS |  |  | 309,743.00 | 266,229.75 | $43,513.25 |
|  |  | Less: Bank Transfers/CDs |  |  | 0.00 | 0.00 |  |
|  |  | Subtotal |  |  | 309,743.00 | 266,229.75 |  |
|  |  | Less: Payments to Debtors |  |  |  | 0.00 |  |
|  |  | NET Receipts / Disbursements |  |  | $309,743.00 | $266,229.75 |  |

{ } Asset Reference(s)   UST Form 101-7-TFR (5/1/2011)   ! - transaction has not been cleared

**Form 2**

Exhibit B
Page: 3

## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 23-00104 | **Trustee Name:** | Wendell W. Webster (730040) |
| **Case Name:** | CHENG & COMPANY L.L.C. | **Bank Name:** | TriState Capital Bank |
| **Taxpayer ID #:** | **-***0917 | **Account #:** | ******0892 Checking |
| **For Period Ending:** | 12/18/2024 | **Blanket Bond (per case limit):** | $3,000,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| | |
|---|---:|
| Net Receipts: | $309,743.00 |
| Plus Gross Adjustments: | $7,400,000.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $7,709,743.00 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******0892 Checking | $309,743.00 | $266,229.75 | $43,513.25 |
| | **$309,743.00** | **$266,229.75** | **$43,513.25** |

12/18/2024
Date

/s/Wendell W. Webster
Wendell W. Webster

UST Form 101-7-TFR (5/1/2011)

Printed:  12/18/2024 9.52 AM                                                                                                               Page: 1

# Exhibit C
## Claims Distribution - Tue, 12-17-2024

Trustee: Webster

| Case Number: | 23-00104 | Case Name: | CHENG & COMPANY L.L.C. |
|---|---|---|---|
| Petition Date: | 04/17/2023 | Judge: | ELIZABETH L. GUNN |

| Claim # | Claimant | Class | Priority | Allowed | Paid | Balance | Interest | Total Proposed | % | Remaining Funds |
|---|---|---|---|---|---|---|---|---|---|---|
| FEE | Wendell W. Webster | A7 | 200 | $18,737.15 | $0.00 | $18,737.15 | $0.00 | $18,737.15 | 100.00 % | $24,776.10 |
| Admn | McNamee Hosea, P.A. | A7 | 200 | $35,000.00 | $35,000.00 | $0.00 | $0.00 | $0.00 | 100.00 % | $24,776.10 |
| Admn | McNamee Hosea | A7 | 200 | $863.07 | $863.07 | $0.00 | $0.00 | $0.00 | 100.00 % | $24,776.10 |
| BOND | SeibertKeck Insurance Partners | A7 | 200 | $84.52 | $84.52 | $0.00 | $0.00 | $0.00 | 100.00 % | $24,776.10 |
| 1P | DC GOV'T OFFICE OF TAX AND REVENUE | P | 570 | $531.44 | $0.00 | $531.44 | $0.00 | $531.44 | 100.00 % | $24,244.66 |
| 1U | DC GOV'T OFFICE OF TAX AND REVENUE | U | 610 | $1,525.92 | $0.00 | $1,525.92 | $0.00 | $49.63 | 3.25 % | $24,195.03 |
| 2 | IRS | U | 610 | $3,000.82 | $0.00 | $3,000.82 | $0.00 | $97.59 | 3.25 % | $24,097.44 |
| 3 | U.S. Trustee | U | 610 | $650.00 | $0.00 | $650.00 | $0.00 | $21.14 | 3.25 % | $24,076.30 |
| 4U | Yellow Breeches Capital LLC | U | 610 | $724,942.11 | $0.00 | $724,942.11 | $0.00 | $23,576.30 | 3.25 % | $500.00 |
| 6 | U.S. Trustee | P | 570 | $500.00 | $0.00 | $500.00 | $0.00 | $500.00 | 100.00 % | $0.00 |
| | Totals: | | | $785,835.03 | $35,947.59 | $749,887.44 | $0.00 | $43,513.25 | | |

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 23-00104
Case Name: CHENG & COMPANY L.L.C.
Trustee Name: Wendell W. Webster

**Balance on hand:** $ 43,513.25

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1S | DC GOV'T OFFICE OF TAX AND REVENUE | 136,826.77 | 199,301.11 | 199,301.11 | 0.00 |
| 4S | Yellow Breeches Capital LLC | 2,883,170.79 | 0.00 | 0.00 | 0.00 |
| 5 | EagleBank | 1,322,136.20 | 5,000.00 | 5,000.00 | 0.00 |
| 7 | United Bank | 3,396,662.68 | 0.00 | 0.00 | 0.00 |
| 8 | PCH Investments LLC | 841,750.00 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 43,513.25

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Wendell W. Webster | 18,737.15 | 0.00 | 18,737.15 |
| Attorney for Trustee Fees - McNamee Hosea | 863.07 | 863.07 | 0.00 |
| Bond Payments - SeibertKeck Insurance Partners | 84.52 | 84.52 | 0.00 |
| Attorney for Trustee Fees (Other Firm) - McNamee Hosea, P.A. | 35,000.00 | 35,000.00 | 0.00 |

Total to be paid for chapter 7 administrative expenses: $ 18,737.15
Remaining balance: $ 24,776.10

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 24,776.10

UST Form 101-7-TFR(5/1/2011)

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $1,031.44 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1P | DC GOV'T OFFICE OF TAX AND REVENUE | 531.44 | 0.00 | 531.44 |
| 6 | U.S. Trustee | 500.00 | 0.00 | 500.00 |

Total to be paid for priority claims: $ 1,031.44
Remaining balance: $ 23,744.66

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $730,118.85 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 3.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1U | DC GOV'T OFFICE OF TAX AND REVENUE | 1,525.92 | 0.00 | 49.63 |
| 2 | IRS | 3,000.82 | 0.00 | 97.59 |
| 3 | U.S. Trustee | 650.00 | 0.00 | 21.14 |
| 4U | Yellow Breeches Capital LLC | 724,942.11 | 0.00 | 23,576.30 |

Total to be paid for timely general unsecured claims: $ 23,744.66
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

Total to be paid for tardily filed general unsecured claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR(5/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

| | |
|---|---|
| Total to be paid for subordinated claims: | $  0.00 |
| Remaining balance: | $  0.00 |

**UST Form 101-7-TFR(5/1/2011)**