**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DISTRICT OF COLUMBIA**

In re: CHENG & COMPANY L.L.C. § Case No. 23-00104
§
§
§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Wendell W. Webster, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Clerk, US Bankruptcy Court DC
3rd & Constitution Ave., NW
Washington, DC 20001

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee. If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date: 12/20/2024        By: /s/ Wendell W. Webster
                                         Trustee

Wendell W. Webster
1101 Conn. Ave., NW
Suite 402
Washington, DC 20036
(202) 659-8510
wwebster@websterfredrickson.com

UST Form 101-7-NFR (10/1/2010)

---

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DISTRICT OF COLUMBIA**

In re: CHENG & COMPANY L.L.C. § Case No. 23-00104
§
§
§
Debtor(s) §

### SUMMARY OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION

The Final Report shows receipts of: $ 7,709,743.00
and approved disbursements of: $ 7,666,229.75
leaving a balance on hand of[1]: $ 43,513.25

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1S | DC GOV'T OFFICE OF TAX AND REVENUE | 136,826.77 | 199,301.11 | 199,301.11 | 0.00 |
| 4S | Yellow Breeches Capital LLC | 2,883,170.79 | 0.00 | 0.00 | 0.00 |
| 5 | EagleBank | 1,322,136.20 | 5,000.00 | 5,000.00 | 0.00 |
| 7 | United Bank | 3,396,662.68 | 0.00 | 0.00 | 0.00 |
| 8 | PCH Investments LLC | 841,750.00 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 43,513.25

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Wendell W. Webster | 18,737.15 | 0.00 | 18,737.15 |

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Attorney for Trustee Fees - McNamee Hosea | 863.07 | 863.07 | 0.00 |
| Bond Payments - SeibertKeck Insurance Partners | 84.52 | 84.52 | 0.00 |
| Attorney for Trustee Fees (Other Firm) - McNamee Hosea, P.A. | 35,000.00 | 35,000.00 | 0.00 |

Total to be paid for chapter 7 administrative expenses: $ 18,737.15
Remaining balance: $ 24,776.10

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 24,776.10

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $1,031.44 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1P | DC GOV'T OFFICE OF TAX AND REVENUE | 531.44 | 0.00 | 531.44 |
| 6 | U.S. Trustee | 500.00 | 0.00 | 500.00 |

Total to be paid for priority claims: $ 1,031.44
Remaining balance: $ 23,744.66

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $730,118.85 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 3.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1U | DC GOV'T OFFICE OF TAX AND REVENUE | 1,525.92 | 0.00 | 49.63 |
| 2 | IRS | 3,000.82 | 0.00 | 97.59 |
| 3 | U.S. Trustee | 650.00 | 0.00 | 21.14 |
| 4U | Yellow Breeches Capital LLC | 724,942.11 | 0.00 | 23,576.30 |

Total to be paid for timely general unsecured claims: $ 23,744.66
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

Total to be paid for tardily filed general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

UST Form 101-7-NFR (10/1/2010)

By: /s/ Wendell W. Webster
_____
Trustee

Wendell W. Webster
1101 Conn. Ave., NW
Suite 402
Washington, DC 20036
(202) 659-8510
wwebster@websterfredrickson.com

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DISTRICT OF COLUMBIA

IN RE:

CHENG & COMPANY LLC

CASE NO: 23-00104

**DECLARATION OF MAILING CERTIFICATE OF SERVICE**

Chapter: 7

On 12/20/2024, I did cause a copy of the following documents, described below,

Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR)

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 12/20/2024

/s/ Wendell W. Webster
Wendell W. Webster  245696
Chapter 7 Panel Trustee
Webster & Fredrickson, PLLC
1101 Conn. Ave., NW, Suite 402
Washington, DC  20036
202 659 8510
wwebster@websterfredrickson.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DISTRICT OF COLUMBIA

IN RE:

CHENG & COMPANY LLC

CASE NO: 23-00104

**CERTIFICATE OF SERVICE DECLARATION OF MAILING**

Chapter: 7

On 12/20/2024, a copy of the following documents, described below,

Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR)

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 12/20/2024

_____
Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Wendell W. Webster
Webster & Fredrickson, PLLC
1101 Conn. Ave., NW, Suite 402
Washington, DC  20036

```
USPS FIRST CLASS MAILING RECIPIENTS:                  Supplement/Certificate of Mailing via First Class USPS Mail Service.
Parties with names struck through were not served via First Class USPS Mail Service.

CASE INFO                              DEBTOR
 LABEL MATRIX FOR LOCAL NOTICING       CHENG  COMPANY LLC              JUMBO SEAFOOD INC
NCRS ADDRESS DOWNLOAD                  619 H STREET  NW                619 H STREET  NW
CASE 23-00104                          WASHINGTON  DC 20001-3731       WASHINGTON  DC 20001-3731
DISTRICT OF DISTRICT OF COLUMBIA
FRI DEC 20 7-28-48 PST 2024


JUMBO SEAFOOD RESTAURANT  INC          (P)CHILD SUPPORT SERVICES DIVISION    PCH INVESTMENTS LLC
619 H STREET  NW                       ATTN LEGAL SERVICES SECTION           4725 WISCONSIN AVE NW
WASHINGTON  DC 20001-3731              400 SIXTH ST NW                       SUITE 250
                                       SUITE 8300                            WASHINGTON  DC 20016-4663
                                       WASHINGTON DC 20001-0189


                                                                             EXCLUDE
U S TRUSTEE FOR REGION FOUR            UNITED BANK                           (U)YELLOW BREECHES CAPITAL LLC
U S TRUSTEES OFFICE                    CO STINSON LLP
1725 DUKE STREET                       ATTN  DARRELL W CLARK
SUITE 650                              1775 PENNSYLVANIA AVENUE  NW
ALEXANDRIA  VA 22314-3489              SUITE 800
                                       WASHINGTON  DC   20006-4760


                                                                             EXCLUDE
WASHINGTON  DC                         ANTHONY CY CHENG                      (D)ANTHONY CY CHENG
E BARRETT PRETTYMAN U S COURTHOUSE     1727 STONE BRIDGE ROAD                1727 STONE BRIDGE ROAD
333 CONSTITUTION AVE  NW 1225          ALEXANDRIA VA 22304-1038              ALEXANDRIA  VA 22304-1038
WASHINGTON  DC 20001-2802


(P)COMPTROLLER OF MARYLAND             DC GOVT OFFICE OF TAX AND REVENUE     DC GOVT OFFICE OF TAX  REVENUE
BANKRUPTCY UNIT                        PO BOX 75520                          P O BOX 37559
7 ST PAUL STREET SUITE 230             WASHINGTON  DC 20013-0520             WASHINGTON  DC 20013-7559
BALTIMORE MD 21202-1626


DARRELL W CLARK                        DAVID FONTANA                         (P)INTERNAL REVENUE SERVICE
STINSON LLP                            GEBHARDT  SMITH LLP                   CENTRALIZED INSOLVENCY OPERATIONS
1775 PENNSYLVANIA AVENUE  NW SUITE 800 ONE SOUTH STREET SUITE 2200           PO BOX 7346
WASHINGTON  DC 20006-4760              BALTIMORE  MD 21202-3343              PHILADELPHIA PA 19101-7346


DEPARTMENT OF TREASURY                 DEPARTMENT OF TREASURY                EAGLE BANK ATTN WC MCKNEW  VP
INTERNAL REVENUE SERVICE               INTERNAL REVENUE SERVICE              6010 EXECUTIVE BOULEVARD
P O BOX 7317                           P O BOX 7346                          SUITE 800
PHILADELPHIA  PA 19101-7317            PHILADELPHIA  PA 19101-7346           ROCKVILLE  MD 20852-3815


EAGLEBANK                              GOVERNMENT OF THE DISTRICT OF COLUMBIA  IRS
CO MICHAEL D NORD                      OFFICE OF THE CHIEF FINANCIAL OFFICER   CENTRALIZED INSOLVENCY OPERATION
GEBHARDT  SMITH LLP                    1101 4TH STREET  SW                     P O BOX 7346
ONE SOUTH STREET  SUITE 2200           WASHINGTON  DC 20024-4457               PHILADELPHIA  PA 19101-7346
BALTIMORE  MARYLAND 21202-3343


EXCLUDE
(D)JUMBO SEAFOOD  INC                  LANE POTKIN                           MICHAEL NORD
619 H STREET NW                        4725 WISCONSIN AVE NW                 GEBHARDT  SMITH LLP
WASHINGTON  DC 20001-3731              SUITE 250                             ONE
                                       WASHINGTON DC 20016-4663              BALTIMORE  MD 21202
```

```
USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through were summarily excluded from the First Class USPS Mail Service.
```

| | | |
|---|---|---|
| PCH INVESTMENTS LLC<br>CO LP TITLE LLC<br>4725 WISCONSIN AVE  NW SUITE 250<br>WASHINGTON   DC 20016-4663 | REN YONG CAI<br>8005 SAMUEL WALLIS STREET<br>LORTON   VA 22079-2350 | SAEDA SIAM  DISTRICT COUNSEL<br>WASHINGTON METROPOLITAN AREA DISTRICT OF<br>409 3RD STREET  SW<br>WASHINGTON   DC 20416-0011 |
| US TRUSTEE<br>1725 DUKE STREET<br>SUITE 650<br>ALEXANDRIA   VA 22314-3489 | US SMALL BUSINESS ADMINISTRATION<br>409 3RD STREET SW<br>WASHINGTON   DC 20416-0005 | UNITED BANK<br>11185 FAIRFAX BLVD<br>FAIRFAX   VA 22030-5087 |
| UNITED BANK<br>CO STINSON LLP<br>1775 PENNSYLVANIA AVE NW<br>SUITE 800  ATTN TRACEY M OHM<br>WASHINGTON   DC 20006-4760 | YELLOW BREECHES CAPITAL LLC<br>1817 OLDE HOMESTEAD LANE<br>SUITE 101<br>LANCASTER   PA 17601-6751 | YUN LI CHENG<br>1727 STONE BRIDGE ROAD<br>ALEXANDRIA<br>VA 22304-1038 |
| ~~EXCLUDE~~<br>~~(D)YUNLI CHENG~~<br>~~1727 STONE BRIDGE RD~~<br>~~ALEXANDRIA  VA 22304-1038~~ | RENYONG CAI<br>8005 SAMUEL WALLIS STREET<br>LORTON   VA 22079-2350 | RONALD JAY DRESCHER<br>RONALD J DRESCHER  ESQ<br>10999 RED RUN BLVD<br>PMB 224<br>SUITE 205<br>OWINGS MILLS   MD 21117-3249 |
| WENDELL W WEBSTER<br>WENDELL W WEBSTER  TRUSTEE<br>1101 CONNECTICUT AVENUE  NW<br>SUITE 402<br>WASHINGTON   DC 20036-4303 | | |