**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DISTRICT OF COLUMBIA**

In re: CHENG & COMPANY L.L.C.        §        Case No. 23-00104
                                     §
                                     §
                                     §
        Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Wendell W. Webster, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $2,284.00 | Assets Exempt: | N/A |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $7,156,198.21 | Claims Discharged Without Payment: | N/A |
| Total Expenses of Administration: | $553,544.79 | | |

3) Total gross receipts of $7,709,743.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $7,709,743.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR ( 10 /1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $7,649,326.37 | $15,507,667.44 | $7,131,422.11 | $7,131,422.11 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $553,460.27 | $553,544.79 | $553,544.79 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $155,000.00 | $1,031.44 | $1,031.44 | $1,031.44 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $150,000.00 | $730,118.85 | $730,118.85 | $23,744.66 |
| **TOTAL DISBURSEMENTS** | $7,954,326.37 | $16,792,278.00 | $8,416,117.19 | $7,709,743.00 |

4) This case was originally filed under chapter 7 on 04/17/2023, and it was converted to chapter 7 on 07/26/2023. The case was pending for 18 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/10/2025          By: /s/ Wendell W. Webster
                                           Trustee

**STATEMENT This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.**

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Deposit for Real Estate with Settlement Corp., 5301 Wisconsin Ave. N.W. #310 Washington DC 20015 | 1129-000 | $200,000.00 |
| 619 H Street, N.W.Washington, DC 20001, Fee simple, Valuation Method: Pending sale | 1222-000 | $7,450,000.00 |
| DIP Legal Fees | 1222-000 | $3,785.00 |
| Ch 11 DIP Funds | 1290-010 | $45,958.00 |
| Ch 11 DIP Funds | 1290-010 | $10,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$7,709,743.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 3 - SECURED CLAIMS**

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | 4110-000 | NA | $6,863,769.00 | $6,863,769.00 | $6,863,769.00 |
| | | 4700-000 | NA | $63,352.00 | $63,352.00 | $63,352.00 |
| 1S | DC GOV'T OFFICE OF TAX AND REVENUE | 4700-000 | $0.00 | $136,826.77 | $199,301.11 | $199,301.11 |
| 4S | Yellow Breeches Capital LLC | 4110-000 | $0.00 | $2,883,170.79 | $0.00 | $0.00 |
| 5 | EagleBank | 4110-000 | $0.00 | $1,322,136.20 | $5,000.00 | $5,000.00 |
| 7 | United Bank | 4110-000 | $0.00 | $3,396,662.68 | $0.00 | $0.00 |
| 8 | PCH Investments LLC | 4110-000 | $0.00 | $841,750.00 | $0.00 | $0.00 |
| N/F | Eagle Bank Attn: W.C. McKnew, VP | 4110-000 | $1,425,000.00 | NA | NA | NA |
| N/F | PCH Investments LLC | 4110-000 | $839,210.00 | NA | NA | NA |
| N/F | United Bank | 4110-000 | $3,385,116.37 | NA | NA | NA |
| N/F | Yellow Breeches Capital LLC | 4110-000 | $2,000,000.00 | NA | NA | NA |
| | **TOTAL SECURED** | | **$7,649,326.37** | **$15,507,667.44** | **$7,131,422.11** | **$7,131,422.11** |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Wendell W. Webster | 2100-000 | NA | $18,737.15 | $18,737.15 | $18,737.15 |
| Attorney for Trustee Fees - McNamee Hosea | 3110-000 | NA | $863.07 | $863.07 | $863.07 |
| Bond Payments - SeibertKeck Insurance Partners | 2300-000 | NA | $0.00 | $84.52 | $84.52 |
| Costs re Sale of Property (closing costs, etc.) - Closing Costs | 2500-000 | NA | $56,645.00 | $56,645.00 | $56,645.00 |
| Bank Service Fees - TriState Capital Bank | 2600-000 | NA | $1,481.05 | $1,481.05 | $1,481.05 |
| Chapter 7 Operating Case Expenses - United Bank | 2690-000 | NA | $24,500.00 | $24,500.00 | $24,500.00 |
| Other State or Local Taxes (post-petition) - Taxes Post Petition | 2820-000 | NA | $120,234.00 | $120,234.00 | $120,234.00 |
| Attorney for Trustee Fees (Other Firm) - McNamee Hosea, P.A. | 3210-000 | NA | $35,000.00 | $35,000.00 | $35,000.00 |
| Realtor for Trustee Fees - Commissions | 3510-000 | NA | $296,000.00 | $296,000.00 | $296,000.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$553,460.27** | **$553,544.79** | **$553,544.79** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1P | DC GOV'T OFFICE OF TAX AND REVENUE | 5800-000 | NA | $531.44 | $531.44 | $531.44 |
| 6 | U.S. Trustee | 5800-000 | NA | $500.00 | $500.00 | $500.00 |
| N/F | Government of the District of Columbia Office of The Chief F | 5600-000 | $155,000.00 | NA | NA | NA |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | **$155,000.00** | **$1,031.44** | **$1,031.44** | **$1,031.44** |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1U | DC GOV'T OFFICE OF TAX AND REVENUE | 7100-000 | $0.00 | $1,525.92 | $1,525.92 | $49.63 |
| 2 | IRS | 7100-000 | $0.00 | $3,000.82 | $3,000.82 | $97.59 |
| 3 | U.S. Trustee | 7100-000 | $0.00 | $650.00 | $650.00 | $21.14 |
| 4U | Yellow Breeches Capital LLC | 7100-000 | $0.00 | $724,942.11 | $724,942.11 | $23,576.30 |
| N/F | US Small Business Administration | 7100-000 | $150,000.00 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$150,000.00** | **$730,118.85** | **$730,118.85** | **$23,744.66** |

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 1

| Case No.: | 23-00104 | Trustee Name: | (730040) Wendell W. Webster |
|---|---|---|---|
| Case Name: | CHENG & COMPANY L.L.C. | Date Filed (f) or Converted (c): | 07/26/2023 (c) |
|  |  | § 341(a) Meeting Date: | 09/07/2023 |
| For Period Ending: | 02/10/2025 | Claims Bar Date: | 01/16/2024 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/ Unscheduled Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4<br>Property Formally Abandoned OA=§554(a) abandon. | 5<br>Sale/Funds Received by the Estate | 6<br>Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Cash on hand<br>Cash on hand | 0.00 | 0.00 | | 0.00 | FA |
| 2 | checking Account at TD Bank, xxxxxx7596<br>checking Account at TD Bank, xxxxxx7596 | 2,284.00 | 2,284.00 | | 0.00 | FA |
| 3 | Deposit for Real Estate with Settlement Corp., 5301 Wisconsin Ave. N.W. #310 Washington DC 20015<br>Deposit for Real Estate with Settlement Corp., 5301 Wisconsin Ave. N.W. #310 Washington DC 20015 | 200,000.00 | 200,000.00 | | 200,000.00 | FA |
| 4 | A/R 90 days old or less. Face amount = $24000. Doubtful/Uncollectible accounts = $24000.<br>A/R 90 days old or less. Face amount = $24000. Doubtful/Uncollectible accounts = $24000. | 0.00 | 0.00 | | 0.00 | FA |
| 5 | A/R Over 90 days old. Face amount = $48000.Doubtful/Uncollectible accounts = $48000.<br>A/R Over 90 days old. Face amount = $48000.Doubtful/Uncollectible accounts = $48000. | 0.00 | 0.00 | | 0.00 | FA |
| 6 | 619 H Street, N.W.Washington, DC 20001, Fee simple, Valuation Method: Pending sale (u)<br>619 H Street, N.W. Washington, DC 20001 sold pursuant to court-approved auction for $7.4 million. | 6,000,000.00 | 0.00 | | 7,450,000.00 | FA |
| 7* | Ch 11 DIP Funds (u) (See Footnote) | 0.00 | 0.00 | | 45,958.00 | FA |
| 8* | Ch 11 DIP Funds (u) (See Footnote) | 0.00 | 0.00 | | 10,000.00 | FA |
| 9* | DIP Legal Fees (u) (See Footnote) | 0.00 | 0.00 | | 3,785.00 | FA |
| 9 | **Assets Totals (Excluding unknown values)** | **$6,202,284.00** | **$202,284.00** | | **$7,709,743.00** | **$0.00** |

RE PROP# 7     DIP funds turned over to Ch 7 Trustee

RE PROP# 8     Ch 11 funds turned over to Ch 7 estate

RE PROP# 9     Attorney for Debtor's legal fees turned over to estate; 9019 settlement

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 2

| | |
|---|---|
| Case No.: 23-00104 | Trustee Name: (730040) Wendell W. Webster |
| Case Name: CHENG & COMPANY L.L.C. | Date Filed (f) or Converted (c): 07/26/2023 (c) |
| | § 341(a) Meeting Date: 09/07/2023 |
| For Period Ending: 02/10/2025 | Claims Bar Date: 01/16/2024 |

**Major Activities Affecting Case Closing:**

9/5/24 - Consent Order entered granting consent motion for turnover of legal fees held by Debtor's counsel in the amount of $3,785. Fees to be paid to estate within 10 days of the court order.

8/16/24 - Mtn to Approve Settlement & for Turnover of Portion of Remaining Retainer held by Debtor's counsel.

8/5/24 - Consent Order Granting Compensation for Debtor's counsel for Ch 11 admn fees in the amt of $17,330 and Ch 11 admn exps in the amt of $100 for total award of Ch 11 admn fees & exps in the amt of $17,430.

7/2/24 - Joint Mtn to Approve Settlement; Tenant Jumbo Seafood agreed to pay bktcy estate post-petition rent in the amt of $20,000 in full settlement of estate's claim for delinquent rent. Hrg on Mtn to Approve Settlement set for July 23, 2024.

6/19/24 - Report of Sale: 619 H St NW property sold to Baltimore Midtown Partners for $7,400,000.

5/16/24 - Consent Order Granting Mtn to Sell Real Property Free & Clear of Any and All Lines & Interests.

5/6/24 - Consent Order Approving Bidding Procedures in Connection with Mtn to Sell Real Property Free & Clear of Any and All Liens.

4/18/24 - Mtn to Approve Bidding Procedures in Connection w/ Mtn to Sell Propert Free & Clear of All Liens & Interests.
Mtn to Sell Property Free & Clear of Liens (619 H St NW property).

3/20/24 - Order & Writ of Entry Directing US Marshals Service to Assist Bktcy Trustee in Obtaining Full & Exclusive Possession of 619 H St NW property.

3/6/24 - Mtn to Approve Order & Writ of Entry Directing US Marshals Service to Assist Bktcy Trustee in Obtaining Full & Exclusive Possession of 619 H St NW property.

2/10/24 - $199,301.11 pd to DC for real property taxes pursuant to Bktcy Ct approved settlement; adequate assurance pymts in the amt of $7,000 per month pd to Untied Bk for Dec. 2023 & Jan 2024.

1/4/24 - $200,000 forfeited contract/purchase deposited into estate account12/22/23; Dec. rental pymts in the amt of $10,000 ($4,000 & $6,000) received for 619 H Street restaurant per lease rejection settlement.

12/11/23 - Consent Order/ Turn Over $200,000 Contract Deposit.

11/3/23 - Order Granting Mtn Reject Lease/Require Tenant to Vacate.

10/12/23 - Mtn Reject Lease/Require Commercial Tenant to Vacate 619 H Street property; Adv Complaint/Turn Over $200,000 Contract Sale Deposit Received by debtor.

10/17/23 - Asset Notice filed w/ court.

9/12/23 - Order approving retention of realtor for marketing & sale of 619 H Street property.

8/17/23 - DIP funds ($45,958) turned over to Ch 7 estate.

Initial Projected Date Of Final Report (TFR): 07/31/2024      Current Projected Date Of Final Report (TFR): 09/27/2024 (Actual)

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page: 3

**Case No.:** 23-00104  
**Case Name:** CHENG & COMPANY L.L.C.

**Trustee Name:** (730040) Wendell W. Webster  
**Date Filed (f) or Converted (c):** 07/26/2023 (c)  
**§ 341(a) Meeting Date:** 09/07/2023  

**For Period Ending:** 02/10/2025  
**Claims Bar Date:** 01/16/2024

02/10/2025  
Date

/s/Wendell W. Webster  
Wendell W. Webster

UST Form 101-7-TDR ( 10 /1/2010)

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9
Page: 1

| Case No.: | 23-00104 | Trustee Name: | Wendell W. Webster (730040) |
| --- | --- | --- | --- |
| Case Name: | CHENG & COMPANY L.L.C. | Bank Name: | TriState Capital Bank |
| Taxpayer ID #: | **-***0917 | Account #: | ******0892 Checking |
| For Period Ending: | 02/10/2025 | Blanket Bond (per case limit): | $3,000,000.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/17/23 | {7} | CHENG & COMPANY L.L.C. | Ch 11 DIP funds turned over to Ch 7 estate | 1290-010 | 45,958.00 |  | 45,958.00 |
| 08/31/23 |  | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 |  | 31.91 | 45,926.09 |
| 09/29/23 |  | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 |  | 71.15 | 45,854.94 |
| 10/31/23 |  | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 |  | 78.39 | 45,776.55 |
| 11/30/23 |  | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 |  | 73.36 | 45,703.19 |
| 12/13/23 | {6} | Anthony Cheng | Rent pymt | 1222-000 | 6,000.00 |  | 51,703.19 |
| 12/13/23 | {6} | Anthony Cheng | Rent pymt | 1222-000 | 4,000.00 |  | 55,703.19 |
| 12/22/23 | {3} | SettlementCorp | Forfeited Contract Deposit | 1129-000 | 200,000.00 |  | 255,703.19 |
| 12/29/23 |  | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 |  | 110.87 | 255,592.32 |
| 01/23/24 | {6} | Anthony Cheng | Adequate Assurance Pymts Dec. & Jan. | 1222-000 | 10,000.00 |  | 265,592.32 |
| 01/23/24 | 101 | United Bank | Adequate Assurance Pymts Dec. & Jan. for Cheng & Company LLC | 2690-000 |  | 14,000.00 | 251,592.32 |
| 01/30/24 | 102 | DC Office of Tax & Revenue | Real Estate Tax Pymt Pursuant to Settlement Order | 4700-000 |  | 199,301.11 | 52,291.21 |
| 01/31/24 |  | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 |  | 453.22 | 51,837.99 |
| 02/19/24 | {6} | CHENG & COMPANY L.L.C. | Rent | 1222-000 | 10,000.00 |  | 61,837.99 |
| 02/19/24 | 103 | United Bank | Adequate Assurance Pymt Feb. for Cheng & Company LLC | 2690-000 |  | 7,000.00 | 54,837.99 |
| 02/21/24 | 104 | SeibertKeck Insurance Partners | Policy #3792909 03/01/2024-03/01/2025 | 2300-000 |  | 84.52 | 54,753.47 |
| 02/27/24 |  | SeibertKeck Insurance Partners | Erroneous clearing of check #101 issued from account x7617 | 2300-000 |  | 0.49 | 54,752.98 |
| 02/28/24 |  | SeibertKeck Insurance Partners | Bank processed credit adjustment for erroneous check #101 posting | 2300-000 |  | -0.49 | 54,753.47 |
| 02/29/24 |  | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 |  | 139.46 | 54,614.01 |
| 03/12/24 | {8} | CHENG & COMPANY L.L.C. | Debtor-In-Possession Funds Acct 2947 | 1290-010 | 10,000.00 |  | 64,614.01 |
| 03/12/24 | 105 | United Bank | Adequate Assurance Pymt Mar. for Cheng & Company LLC | 2690-000 |  | 3,500.00 | 61,114.01 |
| 03/29/24 |  | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 |  | 91.22 | 61,022.79 |
| 04/30/24 |  | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 |  | 104.03 | 60,918.76 |
| 05/31/24 |  | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 |  | 100.61 | 60,818.15 |
| 06/14/24 |  | Settlementcorp | Short sale of property |  | 0.00 |  | 60,818.15 |
|  | {6} |  | Payoff United Bank Mortgage $7,400,000.00 | 1222-000 |  |  |  |
|  |  |  | Secured Payouts -$6,863,769.00 | 4110-000 |  |  |  |
|  |  |  | Commissions -$296,000.00 | 3510-000 |  |  |  |
|  |  |  | Page Subtotals: |  | $285,958.00 | $225,139.85 |  |

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9

Page: 2

| | | |
|---|---|---|
| **Case No.:** 23-00104 | **Trustee Name:** | Wendell W. Webster (730040) |
| **Case Name:** CHENG & COMPANY L.L.C. | **Bank Name:** | TriState Capital Bank |
| **Taxpayer ID #:** **-***0917 | **Account #:** | ******0892 Checking |
| **For Period Ending:** 02/10/2025 | **Blanket Bond (per case limit):** | $3,000,000.00 |
| | **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | Taxes Post Petition -$120,234.00 | 2820-000 | | | |
| | | | Real Estate Taxes -$63,352.00 | 4700-000 | | | |
| | | | Closing Costs -$56,645.00 | 2500-000 | | | |
| 06/14/24 | 106 | Eaglebank | Sales Proceeds - 619 H St Consent Order Voided on 06/14/2024 | 4110-000 | | 5,000.00 | 55,818.15 |
| 06/14/24 | 106 | Eaglebank | Sales Proceeds - 619 H St Consent Order Voided: check issued on 06/14/2024 | 4110-000 | | -5,000.00 | 60,818.15 |
| 06/14/24 | 107 | EagleBank | Sale Proceeds - 619 H St Consent Order | 4110-000 | | 5,000.00 | 55,818.15 |
| 06/28/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 88.86 | 55,729.29 |
| 07/18/24 | 108 | McNamee Hosea, P.A. | Ch 7 Attorneys Fees | 3210-000 | | 35,000.00 | 20,729.29 |
| 07/18/24 | 109 | McNamee Hosea | Ch 7 Attorney Exps | 3110-000 | | 863.07 | 19,866.22 |
| 07/31/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 80.78 | 19,785.44 |
| 08/05/24 | {6} | McNamee Hosea | 9019 Settlement Pymt - Post-Petition Rent Jumbo Seafood | 1222-000 | 20,000.00 | | 39,785.44 |
| 08/30/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 57.19 | 39,728.25 |
| 09/20/24 | {9} | Drescher & Associates PA | Turnover Legal Fee - 9019 Settlement | 1222-000 | 3,785.00 | | 43,513.25 |
| 01/15/25 | 110 | Wendell W. Webster, Trustee | Ch 7 Admn Claim | 2100-000 | | 18,737.15 | 24,776.10 |
| 01/15/25 | 111 | DC GOV'T OFFICE OF TAX AND REVENUE | Priority Claim | 5800-000 | | 531.44 | 24,244.66 |
| 01/15/25 | 112 | U.S. Trustee | Priority Claim; 507 (a)(2) | 5800-000 | | 500.00 | 23,744.66 |
| 01/15/25 | 113 | DC GOV'T OFFICE OF TAX AND REVENUE | General Claim | 7100-000 | | 49.63 | 23,695.03 |
| 01/15/25 | 114 | Department of Treasury - IRS | Unsecured Claim | 7100-000 | | 97.59 | 23,597.44 |
| 01/15/25 | 115 | U.S. Trustee | Unsecured Claim | 7100-000 | | 21.14 | 23,576.30 |
| 01/15/25 | 116 | Yellow Breeches Capital LLC | Unsecured Claim | 7100-000 | | 23,576.30 | 0.00 |
| | | | **COLUMN TOTALS** | | 309,743.00 | 309,743.00 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 309,743.00 | 309,743.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $309,743.00 | $309,743.00 | |

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

**Form 2**

Exhibit 9

Page: 3

## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 23-00104 | **Trustee Name:** | Wendell W. Webster (730040) |
| **Case Name:** | CHENG & COMPANY L.L.C. | **Bank Name:** | TriState Capital Bank |
| **Taxpayer ID #:** | **-***0917 | **Account #:** | ******0892 Checking |
| **For Period Ending:** | 02/10/2025 | **Blanket Bond (per case limit):** | $3,000,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| | |
|---|---:|
| Net Receipts: | $309,743.00 |
| Plus Gross Adjustments: | $7,400,000.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $7,709,743.00 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******0892 Checking | $309,743.00 | $309,743.00 | $0.00 |
| | $309,743.00 | $309,743.00 | $0.00 |

02/10/2025
Date

/s/Wendell W. Webster
Wendell W. Webster

UST Form 101-7-TDR (10/1/2010)