22OC7ASST



United States Bankruptcy Court for
the District of Columbia
E. Barrett Prettyman U. S. Courthouse
333 Constitution Ave, NW #1225
Washington, DC 20001
(202) 354−3280
www.dcb.uscourts.gov

**In Re**                                                           **Case No.** 23−00104−ELG
Cheng & Company L.L.C.
**Debtor**                                                          **Chapter** 7

## ORDER

==========

UPON APPLICATION of the Chapter 7 Trustee and upon recommendation of the United States Trustee, and it appearing to the Court that nothing further remains to be done in this matter, it is hereby,

ORDERED that the Chapter 7 Trustee appointed in this case is discharged and the case is closed.

Dated: 6/18/26                                  For the Court:
                                                Angela D. Caesar
                                                BY:  mb

Copies To:
Recipients of Electonic Notifications;
Debtor;
Appointed Trustee.

United States Bankruptcy Court

District of Columbia

In re:                                                                                            Case No. 23-00104-ELG

Cheng & Company L.L.C.                                                           Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0090-1                          User: admin                                    Page 1 of 2

Date Rcvd: Jun 18, 2026                   Form ID: oc7asst                          Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol          Definition**

+                   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 20, 2026:**

**Recip ID                    Recipient Name and Address**

dbpos                  +  Cheng & Company L.L.C., 619 H Street, N.W., Washington, DC 20001-3731

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 20, 2026                              Signature:            /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 18, 2026 at the address(es) listed below:**

**Name                              Email Address**

Daniel Staeven

    on behalf of Creditor Jumbo Seafood Inc. daniel.staeven@frosttaxlaw.com

    alicia.rispoli@frosttaxlaw.com;UStern@jubileebk.net;kayla.madden@frosttaxlaw.com;amy.mckay@frosttaxlaw.com

Darrell William Clark

    on behalf of Creditor United Bank darrell.clark@stinson.com  Siobhan.rudolph@stinson.com

David V. Fontana

    on behalf of Creditor Yellow Breeches Capital LLC dfont@gebsmith.com

Eric M. Rome

    on behalf of Creditor PCH Investments LLC eric@eisenrome.com

Justin Philip Fasano

    on behalf of Defendant Wendell Webster  Chapter 7 Trustee for Cheng & Company L.L.C. jfasano@mhlawyers.com,
    jfasano@ecf.courtdrive.com;tmackey@mhlawyers.com;cmartin@mhlawyers.com;fasano.justinr92003@notify.bestcase.com

Justin Philip Fasano

| | |
|---|---|
| | on behalf of Trustee Wendell W. Webster jfasano@mhlawyers.com jfasano@ecf.courtdrive.com;tmackey@mhlawyers.com;cmartin@mhlawyers.com;fasano.justinr92003@notify.bestcase.com |
| Justin Philip Fasano | on behalf of Plaintiff Wendell W. Webster jfasano@mhlawyers.com jfasano@ecf.courtdrive.com;tmackey@mhlawyers.com;cmartin@mhlawyers.com;fasano.justinr92003@notify.bestcase.com |
| Kenneth L. Samuelson | on behalf of Creditor Renyong Cai ksamuelson@samuelson-law.com |
| Kenneth L. Samuelson | on behalf of Defendant Ren Yong Cai ksamuelson@samuelson-law.com |
| Kristen S. Eustis | on behalf of U.S. Trustee U. S. Trustee for Region Four Kristen.S.Eustis@usdoj.gov  Robert.W.Ours@usdoj.gov |
| Maurice Belmont VerStandig | on behalf of Interested Party Jumbo Seafood Restaurant  Inc. mac@mbvesq.com, lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice Belmont VerStandig | on behalf of Plaintiff Jumbo Seafood Restaurant  Inc. mac@mbvesq.com, lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Nancy L. Alper | on behalf of Creditor Office of the Attorney General for the District of Columbia nancy.alper@dc.gov |
| Ronald Jay Drescher | on behalf of Debtor In Possession Cheng & Company L.L.C. rondrescher@drescherlaw.com  284@notices.nextchapterbk.com |
| Ruiqiao Wen | on behalf of Creditor United Bank ruiqiao.wen@stinson.com |
| Sara Kathryn Jackson | on behalf of U.S. Trustee U. S. Trustee for Region Four sara.kathryn.jackson@usdoj.gov  Robert.W.Ours@usdoj.gov |
| Tracey Michelle Ohm | on behalf of Creditor United Bank tracey.ohm@stinson.com |
| U. S. Trustee for Region Four | USTPRegion04.DC.ECF@USDOJ.GOV |
| Wendell W. Webster | on behalf of Trustee Wendell W. Webster wwebster@websterfredrickson.com  DC03@ecfcbis.com |
| Wendell W. Webster | wwebster@websterfredrickson.com  DC03@ecfcbis.com |

TOTAL: 20